FILED
Monday, 16 August, 2004  03:57:24 PM
Clerk, U.S. District Court, ILCD

# United States District Court

_____ DISTRICT OF _____

John E. Allen Sr.
  plaintiff;
v.
Mike McCoy ET. AL,
  defendants;

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 04-3177

I, JOHN E. ALLEN SR., declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes [ ]  No [x]
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
    last work date July 7, 2005 / 1,000 monthly

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment?  Yes [ ]  No [x]
    b. Rent payments, interest or dividends?  Yes [ ]  No [x]
    c. Pensions, annuities or life insurance payments?  Yes [ ]  No [x]
    d. Gifts or inheritances?  Yes [ ]  No [x]
    e. Any other sources?  Yes [x]  No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Please "See ATTACHED" TRUST FUND BAlance Reciept....

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   NONE I AM A I.D.O.C. INMATE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8-5-03__        __John E. Allen Sr.__
            (Date)              Signature of Applicant

---

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __16.73 as of 8/6/04__ on account to his credit at the __Pontiac Corr Center__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $_____

__Janet Jones__
Authorized Officer of Institution

---

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ _____ | _____ _____ |
| United States Judge    Date | United States Judge    Date or Magistrate |

CERTIFICATE

TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER

I hereby certify that the plaintiff or petitioner in this action has the sum of $ _16.73_ in his trust fund account at this correctional center where he is confined.

I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____

_____

_____

_Janet Jones_
Authorized officer

_Pontiac Corr Center_
Institution

_Acct Clerk II_
Title

_8/6/04_
Date

IMPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 8/6/2004 | | | Big Muddy River Correctional Center | | | Page 1 |
| Time: | 11:00am | | | Inmate Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 02/01/2004 thru End;   Inmate: B00298;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** B00298  Allen, John E.                     **Housing Unit:** BMR-R -01-51

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 79.19 |
| 02/03/04 | Disbursements | 88 B00298 Gift | 034344 | Chk #62624 | 9736 - Mail A Gift | -10.50 | 68.69 |
| 02/03/04 | Disbursements | 88 B00298 Phone Bill | 034344 | Chk #62626 | 9738 - Allen, Theresa | -40.00 | 28.69 |
| 02/04/04 | Disbursements | 80 Postage | 035344 | Chk #62630 | 25765 - State Of IL - Postage | -1.29 | 27.40 |
| 02/04/04 | Disbursements | 80 Postage | 035344 | Chk #62630 | 9718 - State Of IL - Postage | -.37 | 27.03 |
| 02/04/04 | Disbursements | 80 Postage | 035344 | Chk #62630 | 26260 - State Of IL - Postage | -.74 | 26.29 |
| 02/04/04 | Disbursements | 80 Postage | 035344 | Chk #62630 | 9736 - State Of IL - Postage | -.37 | 25.92 |
| 02/04/04 | Disbursements | 80 Postage | 035344 | Chk #62630 | 9738 - State Of IL - Postage | -.37 | 25.55 |
| 02/04/04 | Disbursements | 90 Medical Co-Pay | 035344 | Chk #62636 | 25999 - State Of IL - Medical | -2.00 | 23.55 |
| 02/05/04 | Disbursements | 88 B00298 Valentines Day | 036331 | Chk #62644 | 9757 - Mail A Gift | -10.50 | 13.05 |
| 02/11/04 | Disbursements | 84 Library | 042344 | Chk #62703 | 26673 - State Of IL - Library | -4.00 | 9.05 |
| 02/11/04 | Disbursements | 80 Postage | 042344 | Chk #62704 | 26769 - State Of IL - Postage | -1.52 | 7.53 |
| 02/11/04 | Disbursements | 80 Postage | 042344 | Chk #62704 | 26773 - State Of IL - Postage | -2.90 | 4.63 |
| 02/11/04 | Disbursements | 80 Postage | 042344 | Chk #62704 | 26772 - State Of IL - Postage | -1.75 | 2.88 |
| 02/11/04 | Disbursements | 80 Postage | 042344 | Chk #62704 | 26774 - State Of IL - Postage | -1.06 | 1.82 |
| 02/11/04 | Disbursements | 81 Legal Postage | 042344 | Chk #62704 | 26428 - State Of IL - Postage | -.37 | 1.45 |
| 02/11/04 | Disbursements | 81 Legal Postage | 042344 | Chk #62704 | 26434 - State Of IL - Postage | -.83 | .62 |
| 02/11/04 | Disbursements | 80 Postage | 042344 | Chk #62704 | 9757 - State Of IL - Postage | -.37 | .25 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #61957 Voided | 22183 - State Of IL - Postage | .37 | .62 |
| 02/13/04 | AP Correction | 81 Legal Postage | 044538 | Chk #62114 Voided | 22909 - State Of IL - Postage | .37 | .99 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62114 Voided | 22965 - State Of IL - Postage | .37 | 1.36 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62114 Voided | 23007 - State Of IL - Postage | 1.98 | 3.34 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62114 Voided | 23100 - State Of IL - Postage | 1.11 | 4.45 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62114 Voided | 9398 - State Of IL - Postage | .37 | 4.82 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62114 Voided | 23217 - State Of IL - Postage | 1.06 | 5.88 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62114 Voided | 23579 - State Of IL - Postage | 4.24 | 10.12 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62114 Voided | 23580 - State Of IL - Postage | 1.29 | 11.41 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62114 Voided | 23614 - State Of IL - Postage | 5.98 | 17.39 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62187 Voided | 23719 - State Of IL - Postage | 2.81 | 20.20 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62187 Voided | 23835 - State Of IL - Postage | .83 | 21.03 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62187 Voided | 23895 - State Of IL - Postage | 1.06 | 22.09 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62187 Voided | 24056 - State Of IL - Postage | .60 | 22.69 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62512 Voided | 25092 - State Of IL - Postage | .83 | 23.52 |
| 02/13/04 | AP Correction | 81 Legal Postage | 044538 | Chk #62512 Voided | 25206 - State Of IL - Postage | .37 | 23.89 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62512 Voided | 25218 - State Of IL - Postage | .83 | 24.72 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62512 Voided | 25228 - State Of IL - Postage | .60 | 25.32 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62512 Voided | 25374 - State Of IL - Postage | 1.52 | 26.84 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62512 Voided | 25428 - State Of IL - Postage | .83 | 27.67 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62512 Voided | 25429 - State Of IL - Postage | .37 | 28.04 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62512 Voided | 25450 - State Of IL - Postage | 1.06 | 29.10 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62512 Voided | 25618 - State Of IL - Postage | 1.06 | 30.16 |
| 02/13/04 | AP Correction | 82 ID Cards, Keys, Locks | 044538 | Chk #62514 Voided | 25502 - State Of IL - Ids/Keys | 4.00 | 34.16 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62237 Voided | 24207 - State Of IL - Postage | .37 | 34.53 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62237 Voided | 24216 - State Of IL - Postage | 1.52 | 36.05 |

Date: 8/6/2004  # Big Muddy River Correctional Center  Page 2
Time: 11:00am  Inmate Trust Fund
d_list_inmate_trans_statement_composite  Inmate Transaction Statement

1:04-cv-01295-HAB-JAG    Page 5 of 10

REPORT CRITERIA  -  Date: 02/01/2004 thru End;   Inmate: B00298;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B00298  Allen, John E.**                    **Housing Unit: BMR-R -01-51**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62237 Voided | 24238 - State Of IL - Postage | 1.11 | 37.16 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62237 Voided | 24456 - State Of IL - Postage | .74 | 37.90 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62237 Voided | 24470 - State Of IL - Postage | .97 | 38.87 |
| 02/13/04 | AP Correction | 81 Legal Postage | 044538 | Chk #62237 Voided | 24536 - State Of IL - Postage | .37 | 39.24 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62352 Voided | 24618 - State Of IL - Postage | .83 | 40.07 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62352 Voided | 24652 - State Of IL - Postage | 5.85 | 45.92 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62352 Voided | 24653 - State Of IL - Postage | 4.49 | 50.41 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62352 Voided | 24695 - State Of IL - Postage | .97 | 51.38 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62352 Voided | 24769 - State Of IL - Postage | .37 | 51.75 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62352 Voided | 25050 - State Of IL - Postage | .37 | 52.12 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62630 Voided | 25765 - State Of IL - Postage | 1.29 | 53.41 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62630 Voided | 9718 - State Of IL - Postage | .37 | 53.78 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62630 Voided | 26260 - State Of IL - Postage | .74 | 54.52 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62630 Voided | 9736 - State Of IL - Postage | .37 | 54.89 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62630 Voided | 9738 - State Of IL - Postage | .37 | 55.26 |
| 02/13/04 | AP Correction | 90 Medical Co-Pay | 044538 | Chk #62636 Voided | 25999 - State Of IL - Medical | 2.00 | 57.26 |
| 02/13/04 | AP Correction | 81 Legal Postage | 044538 | Chk #62704 Voided | 26428 - State Of IL - Postage | .37 | 57.63 |
| 02/13/04 | AP Correction | 81 Legal Postage | 044538 | Chk #62704 Voided | 26434 - State Of IL - Postage | .83 | 58.46 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62704 Voided | 9757 - State Of IL - Postage | .37 | 58.83 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62704 Voided | 26769 - State Of IL - Postage | 1.52 | 60.35 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62704 Voided | 26772 - State Of IL - Postage | 1.75 | 62.10 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62704 Voided | 26773 - State Of IL - Postage | 2.90 | 65.00 |
| 02/13/04 | AP Correction | 80 Postage | 044538 | Chk #62704 Voided | 26774 - State Of IL - Postage | 1.06 | 66.06 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 22183 - State Of IL - Postage | -.37 | 65.69 |
| 02/13/04 | Disbursements | 81 Legal Postage | 044344 | Chk #62732 | 22909 - State Of IL - Postage | -.37 | 65.32 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 22965 - State Of IL - Postage | -.37 | 64.95 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 23007 - State Of IL - Postage | -1.98 | 62.97 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 23100 - State Of IL - Postage | -1.11 | 61.86 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 9398 - State Of IL - Postage | -.37 | 61.49 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 23217 - State Of IL - Postage | -1.06 | 60.43 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 23579 - State Of IL - Postage | -4.24 | 56.19 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 23580 - State Of IL - Postage | -1.29 | 54.90 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 23614 - State Of IL - Postage | -5.98 | 48.92 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 23719 - State Of IL - Postage | -2.81 | 46.11 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 23835 - State Of IL - Postage | -.83 | 45.28 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 23895 - State Of IL - Postage | -1.06 | 44.22 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 24056 - State Of IL - Postage | -.60 | 43.62 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 25092 - State Of IL - Postage | -.83 | 42.79 |
| 02/13/04 | Disbursements | 81 Legal Postage | 044344 | Chk #62732 | 25206 - State Of IL - Postage | -.37 | 42.42 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 25218 - State Of IL - Postage | -.83 | 41.59 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 25228 - State Of IL - Postage | -.60 | 40.99 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 25374 - State Of IL - Postage | -1.52 | 39.47 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 25428 - State Of IL - Postage | -.83 | 38.64 |

Date: 8/6/2004    1:04-cv-01295-HAB-JAG    # 1    Big Muddy River Correctional Center    Page 3
Time: 11:00am    Page 6 of 10    Inmate Trust Fund
d_list_inmate_trans_statement_composite    Inmate Transaction Statement

REPORT CRITERIA - Date: 02/01/2004 thru End;    Inmate: B00298;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B00298  Allen, John E.**                                    **Housing Unit: BMR-R -01-51**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 25429 - State Of IL - Postage | -.37 | 38.27 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 25450 - State Of IL - Postage | -1.06 | 37.21 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 25618 - State Of IL - Postage | -1.06 | 36.15 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 24207 - State Of IL - Postage | -.37 | 35.78 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 24216 - State Of IL - Postage | -1.52 | 34.26 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 24238 - State Of IL - Postage | -1.11 | 33.15 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 24456 - State Of IL - Postage | -.74 | 32.41 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 24470 - State Of IL - Postage | -.97 | 31.44 |
| 02/13/04 | Disbursements | 81 Legal Postage | 044344 | Chk #62732 | 24536 - State Of IL - Postage | -.37 | 31.07 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 24618 - State Of IL - Postage | -.83 | 30.24 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 24652 - State Of IL - Postage | -5.85 | 24.39 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 24653 - State Of IL - Postage | -4.49 | 19.90 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 24695 - State Of IL - Postage | -.97 | 18.93 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 24769 - State Of IL - Postage | -.37 | 18.56 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 25050 - State Of IL - Postage | -.37 | 18.19 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 25765 - State Of IL - Postage | -1.29 | 16.90 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 9718 - State Of IL - Postage | -.37 | 16.53 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 26260 - State Of IL - Postage | -.74 | 15.79 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 9736 - State Of IL - Postage | -.37 | 15.42 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 9738 - State Of IL - Postage | -.37 | 15.05 |
| 02/13/04 | Disbursements | 81 Legal Postage | 044344 | Chk #62732 | 26428 - State Of IL - Postage | -.37 | 14.68 |
| 02/13/04 | Disbursements | 81 Legal Postage | 044344 | Chk #62732 | 26434 - State Of IL - Postage | -.83 | 13.85 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 9757 - State Of IL - Postage | -.37 | 13.48 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 26769 - State Of IL - Postage | -1.52 | 11.96 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 26772 - State Of IL - Postage | -1.75 | 10.21 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 26773 - State Of IL - Postage | -2.90 | 7.31 |
| 02/13/04 | Disbursements | 80 Postage | 044344 | Chk #62732 | 26774 - State Of IL - Postage | -1.06 | 6.25 |
| 02/13/04 | Disbursements | 82 ID Cards, Keys, Locks | 044344 | Chk #62733 | 25502 - State Of IL - Ids/Keys | -4.00 | 2.25 |
| 02/13/04 | Disbursements | 90 Medical Co-Pay | 044344 | Chk #62736 | 25999 - State Of IL - Medical | -2.00 | .25 |
| 02/23/04 | Payroll | 20 Payroll Adjustment | 054144 | | P/R month of 01/2004 | 10.00 | 10.25 |
| 03/15/04 | Payroll | 20 Payroll Adjustment | 075144 | | P/R month of 02/2004 | 3.40 | 13.65 |
| 04/13/04 | Disbursements | 99 Transfer Inmate | 104344 | Chk #63805 | Hill Correctional Center | -13.65 | .00 |

|  |  |
|---:|---:|
| **Total Inmate Funds:** | .00 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | .00 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

Date: 8/6/2004  
Time: 9:37am  
d_list_inmate_trans_statement_composite

# Hill Correctional Center
## Inmate Trust Fund
### View Transactions

Page 1

**Inmate: B00298 Allen, John E.**     **Housing Unit: HIL-S -01-16**     **Transferred**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 56.24 |
| 04/08/04 | Disbursements | 90 Medical Co-Pay | 099363 | Chk #80193 | 04-05-04 - DOC: Medical Payme | -2.00 | 54.24 |
| 04/08/04 | Disbursements | 80 Postage | 099363 | Chk #80204 | 4/7/04 - DOC: Postage | -.83 | 53.41 |
| 04/08/04 | Disbursements | 81 Legal Postage | 099363 | Chk #80204 | 4/2/04 - DOC: Postage | -.37 | 53.04 |
| 04/08/04 | Disbursements | 80 Postage | 099363 | Chk #80204 | 4/8/04 - DOC: Postage | -.37 | 52.67 |
| 04/08/04 | Disbursements | 80 Postage | 099363 | Chk #80204 | 4/1/04 - DOC: Postage | -.37 | 52.30 |
| 04/08/04 | Disbursements | 80 Postage | 099363 | Chk #80204 | 4/7/04 - DOC: Postage | -.23 | 52.07 |
| 04/08/04 | Disbursements | 80 Postage | 099363 | Chk #80204 | 4/2/04 - DOC: Postage | -.37 | 51.70 |
| 04/08/04 | Disbursements | 80 Postage | 099363 | Chk #80204 | 4/5/04 - DOC: Postage | -.37 | 51.33 |
| 04/13/04 | Mail Room | 01 MO/Checks (Not Held) | 104269 | 79784826539 | White, Ralph | 25.00 | 76.33 |
| 04/15/04 | Disbursements | 80 Postage | 106363 | Chk #80261 | 4/14/04 - DOC: Postage | -.23 | 76.10 |
| 04/15/04 | Disbursements | 80 Postage | 106363 | Chk #80261 | 4/12/04 - DOC: Postage | -.60 | 75.50 |
| 04/15/04 | Disbursements | 81 Legal Postage | 106363 | Chk #80261 | 4/13 - DOC: Postage | -.23 | 75.27 |
| 04/15/04 | Disbursements | 84 Library | 106363 | Chk #80266 | 4/14/04 - Hill CC IBF: Copies | -1.40 | 73.87 |
| 04/19/04 | Mail Room | 01 MO/Checks (Not Held) | 110215 | 08036803412 | Allen, Charise | 15.00 | 88.87 |
| 04/20/04 | Mail Room | 04 Intake and Transfers In | 111215 | 63805 | Big Muddy River C.C. | 13.65 | 102.52 |
| 04/22/04 | Disbursements | 80 Postage | 113363 | Chk #80386 | 4/20 - DOC: Postage | -.23 | 102.29 |
| 04/22/04 | Disbursements | 80 Postage | 113363 | Chk #80386 | 4/15/04 - DOC: Postage | -.37 | 101.92 |
| 04/27/04 | Mail Room | 01 MO/Checks (Not Held) | 118215 | 7972758282 | Allen, Theresa | 20.00 | 121.92 |
| 04/28/04 | Disbursements | 80 Postage | 119363 | Chk #80491 | 4/26/04 - DOC: Postage | -.23 | 121.69 |
| 04/28/04 | Disbursements | 80 Postage | 119363 | Chk #80491 | 4/26/04 - DOC: Postage | -.23 | 121.46 |
| 05/04/04 | Point of Sale | 60 Commissary | 125724 | 304899 | Commissary | -26.36 | 95.10 |
| 05/05/04 | Disbursements | 88 B00298 gift | 126363 | Chk #80550 | 05-05-04 - Mail A Gift | -17.50 | 77.60 |
| 05/06/04 | Disbursements | 80 Postage | 127363 | Chk #80585 | 4/30/04 - DOC: Postage | -.23 | 77.37 |
| 05/06/04 | Disbursements | 80 Postage | 127363 | Chk #80585 | 4/30/04 - DOC: Postage | -.37 | 77.00 |
| 05/06/04 | Disbursements | 82 ID Cards, Keys, Locks | 127363 | Chk #80587 | 05-04-04 - DOC: Keys/Ids/Locks | -5.00 | 72.00 |
| 05/06/04 | Disbursements | 84 Library | 127363 | Chk #80594 | 05-05-04 - Hill CC IBF: Copies | -2.00 | 70.00 |
| 05/06/04 | Disbursements | 84 Library | 127363 | Chk #80594 | 05-04-04 - Hill CC IBF: Copies | -2.50 | 67.50 |
| 05/14/04 | Disbursements | 80 Postage | 135363 | Chk #80697 | 5/13/04 - DOC: Postage | -.74 | 66.76 |
| 05/14/04 | Disbursements | 80 Postage | 135363 | Chk #80697 | 5/6/04 - DOC: Postage | -.37 | 66.39 |
| 05/14/04 | Disbursements | 80 Postage | 135363 | Chk #80697 | 5/11/04 - DOC: Postage | -1.29 | 65.10 |
| 05/14/04 | Disbursements | 80 Postage | 135363 | Chk #80697 | 5/6/04 - DOC: Postage | -1.85 | 63.25 |
| 05/14/04 | Disbursements | 80 Postage | 135363 | Chk #80697 | 5/10/04 - DOC: Postage | -.60 | 62.65 |
| 05/14/04 | Disbursements | 80 Postage | 135363 | Chk #80697 | 5/6/04 - DOC: Postage | -.37 | 62.28 |
| 05/14/04 | Disbursements | 80 Postage | 135363 | Chk #80697 | 5/6/04 - DOC: Postage | -.23 | 62.05 |
| 05/14/04 | Disbursements | 80 Postage | 135363 | Chk #80697 | 5/6/04 - DOC: Postage | -.23 | 61.82 |
| 05/14/04 | Disbursements | 84 Library | 135363 | Chk #80718 | 5/7/04 - Hill CC IBF: Copies | -1.60 | 60.22 |
| 05/20/04 | Disbursements | 80 Postage | 141325 | Chk #80798 | 5/17/04 - DOC: Postage | -.83 | 59.39 |
| 05/20/04 | Disbursements | 80 Postage | 141325 | Chk #80798 | 5/20/04 - DOC: Postage | -.37 | 59.02 |
| 05/20/04 | Disbursements | 80 Postage | 141325 | Chk #80798 | 5/14/04 - DOC: Postage | -1.20 | 57.82 |
| 05/20/04 | Disbursements | 84 Library | 141325 | Chk #80810 | 5/19/04 - Hill CC IBF: Copies | -2.50 | 55.32 |
| 05/20/04 | Disbursements | 88 B00298 GIFT | 141325 | Chk #80814 | 5/20/04 - Mail A Gift | -10.50 | 44.82 |
| 05/24/04 | Disbursements | 88 B00298 photos | 145363 | Chk #80869 | 05-24-04 - RELIANCE COLOR L | -13.00 | 31.82 |
| 05/26/04 | Mail Room | 01 MO/Checks (Not Held) | 147215 | 7984504971 | Allen, T | 20.00 | 51.82 |
| 05/26/04 | Mail Room | 01 MO/Checks (Not Held) | 147215 | 06413356170 | Allen, Charise | 15.00 | 66.82 |
| 05/27/04 | Disbursements | 80 Postage | 148363 | Chk #80901 | 05-24-04 - DOC: Postage | -.37 | 66.45 |
| 05/27/04 | Disbursements | 80 Postage | 148363 | Chk #80901 | 5/24/04 - DOC: Postage | -.23 | 66.22 |

Date: 8/6/2004
Time: 9:37am
d_list_inmate_trans_statement_composite

# Hill Correctional Center
## Inmate Trust Fund
### View Transactions

Page 2

**Inmate:** B00298 Allen, John E.    **Housing Unit:** HIL-S -01-16    **Transferred**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/04/04 | Disbursements | 81 Legal Postage | 156363 | Chk #81011 | 06-01-04 - DOC: Postage | -3.95 | 62.27 |
| 06/04/04 | Disbursements | 81 Legal Postage | 156363 | Chk #81011 | 6/2 - DOC: Postage | -1.52 | 60.75 |
| 06/04/04 | Disbursements | 80 Postage | 156363 | Chk #81011 | 5/28/04 - DOC: Postage | -.37 | 60.38 |
| 06/04/04 | Disbursements | 81 Legal Postage | 156363 | Chk #81011 | 6/2 - DOC: Postage | -1.06 | 59.32 |
| 06/04/04 | Disbursements | 84 Library | 156363 | Chk #81019 | 06-01-04 - Hill CC IBF: Copies | -2.00 | 57.32 |
| 06/10/04 | Point of Sale | 60 Commissary | 162705 | 307373 | Commissary | -43.07 | 14.25 |
| 06/11/04 | Disbursements | 80 Postage | 163363 | Chk #81098 | 6/7/04 - DOC: Postage | -.23 | 14.02 |
| 06/11/04 | Disbursements | 80 Postage | 163363 | Chk #81098 | 6/10 - DOC: Postage | -.74 | 13.28 |
| 06/18/04 | Disbursements | 80 Postage | 170363 | Chk #81236 | 6/11/04 - DOC: Postage | -.37 | 12.91 |
| 06/18/04 | Disbursements | 80 Postage | 170363 | Chk #81236 | 6/17/04 - DOC: Postage | -.83 | 12.08 |
| 06/18/04 | Disbursements | 81 Legal Postage | 170363 | Chk #81236 | 6/16/04 - DOC: Postage | -3.13 | 8.95 |
| 06/18/04 | Disbursements | 80 Postage | 170363 | Chk #81236 | 6/11/04 - DOC: Postage | -.74 | 8.21 |
| 06/18/04 | Disbursements | 80 Postage | 170363 | Chk #81236 | 6/11/04 - DOC: Postage | -3.75 | 4.46 |
| 06/18/04 | Disbursements | 84 Library | 170363 | Chk #81247 | 6/16 - Hill CC IBF: Copies | -1.80 | 2.66 |
| 06/18/04 | Disbursements | 84 Library | 170363 | Chk #81247 | 6/16 - Hill CC IBF: Copies | -2.25 | .41 |
| 06/24/04 | Disbursements | 80 Postage | 176363 | Chk #81341 | 6/18/04 - DOC: Postage | -.23 | .18 |
| 08/06/04 | Disbursements | 99 Transfer Inmate | 219363 | Chk #81941 | Pontiac CC | 11.61 | 11.79 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 11.79 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 11.79 |
| **Funds Available:** | .00 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

REPORT CRITERIA  -  Date: 02/01/2004 thru End;    Inmate: B00298;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B00298  Allen, John E.**　　　　　　　　　　　　　　　　Housing Unit: PON-N -04-20

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 07/07/04 | Mail Room | 01 MO/Checks (Not Held) | 189259 | 288380212 | Allen, John Henry | 50.00 | 50.00 |
| 07/12/04 | Disbursements | 84 Library | 194360 | Chk #51245 | 381359 - DOC: Library Copies | -.80 | 49.20 |
| 07/12/04 | Disbursements | 81 Legal Postage | 194360 | Chk #51246 | 380588 - DOC: Postage | -.60 | 48.60 |
| 07/12/04 | Disbursements | 90 Medical Co-Pay | 194360 | Chk #51259 | 381117 - DOC: Medical Co-Pay | -2.00 | 46.60 |
| 07/13/04 | Mail Room | 01 MO/Checks (Not Held) | 195259 | 5324165157 | Allen, Theresa | 30.00 | 76.60 |
| 07/16/04 | Mail Room | 01 MO/Checks (Not Held) | 198259 | 92306810316 | Gulley, Donnie | 10.00 | 86.60 |
| 07/19/04 | Disbursements | 84 Library | 201320 | Chk #51375 | 382384 - DOC: Library Copies | -3.60 | 83.00 |
| 07/19/04 | Disbursements | 81 Legal Postage | 201320 | Chk #51376 | 382134 - DOC: Postage | -1.52 | 81.48 |
| 07/19/04 | Disbursements | 80 Postage | 201320 | Chk #51376 | 382188 - DOC: Postage | -.37 | 81.11 |
| 07/19/04 | Disbursements | 80 Postage | 201320 | Chk #51376 | 382194 - DOC: Postage | -.60 | 80.51 |
| 07/19/04 | Disbursements | 81 Legal Postage | 201320 | Chk #51376 | 382115 - DOC: Postage | -.60 | 79.91 |
| 07/19/04 | Disbursements | 80 Postage | 201320 | Chk #51376 | 381839 - DOC: Postage | -.97 | 78.94 |
| 07/19/04 | Disbursements | 81 Legal Postage | 201320 | Chk #51376 | 381759 - DOC: Postage | -.37 | 78.57 |
| 07/19/04 | Disbursements | 81 Legal Postage | 201320 | Chk #51376 | 381760 - DOC: Postage | -.60 | 77.97 |
| 07/19/04 | Disbursements | 80 Postage | 201320 | Chk #51376 | 381620 - DOC: Postage | -.37 | 77.60 |
| 07/19/04 | Disbursements | 80 Postage | 201320 | Chk #51376 | 381621 - DOC: Postage | -.37 | 77.23 |
| 07/22/04 | Disbursements | 88 B00298 Catalog | 204320 | Chk #51395 | 07/23/2004 - Holloway House Pu | -.50 | 76.73 |
| 07/26/04 | Point of Sale | 60 Commissary | 208728 | 163426 | Commissary | -14.75 | 61.98 |
| 07/26/04 | Disbursements | 84 Library | 208360 | Chk #51434 | 382739 - DOC: Library Copies | -.50 | 61.48 |
| 07/26/04 | Disbursements | 84 Library | 208360 | Chk #51434 | 383278 - DOC: Library Copies | -5.35 | 56.13 |
| 07/26/04 | Disbursements | 84 Library | 208360 | Chk #51434 | 382953 - DOC: Library Copies | -.75 | 55.38 |
| 07/26/04 | Disbursements | 81 Legal Postage | 208360 | Chk #51435 | 383013 - DOC: Postage | -.37 | 55.01 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 382894 - DOC: Postage | -.37 | 54.64 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 382904 - DOC: Postage | -.46 | 54.18 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 382903 - DOC: Postage | -.37 | 53.81 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 383365 - DOC: Postage | -.83 | 52.98 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 383508 - DOC: Postage | -.37 | 52.61 |
| 07/26/04 | Disbursements | 81 Legal Postage | 208360 | Chk #51435 | 383012 - DOC: Postage | -.37 | 52.24 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 383037 - DOC: Postage | -.60 | 51.64 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 382675 - DOC: Postage | -1.11 | 50.53 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 382575 - DOC: Postage | -.37 | 50.16 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 382574 - DOC: Postage | -.60 | 49.56 |
| 07/27/04 | Disbursements | 88 B00298 Gift | 209360 | Chk #51458 | 07/27/2004 - Mail A Gift | -10.50 | 39.06 |
| 07/30/04 | Disbursements | 88 B00298 Gift | 212360 | Chk #51537 | 07/30/2004 - Mail A Gift | -17.00 | 22.06 |
| 08/02/04 | Disbursements | 80 Postage | 215360 | Chk #51593 | 384157 - DOC: Postage | -.37 | 21.69 |
| 08/02/04 | Disbursements | 80 Postage | 215360 | Chk #51593 | 384201 - DOC: Postage | -.37 | 21.32 |
| 08/02/04 | Disbursements | 80 Postage | 215360 | Chk #51593 | 383965 - DOC: Postage | -.37 | 20.95 |
| 08/02/04 | Disbursements | 80 Postage | 215360 | Chk #51593 | 384202 - DOC: Postage | -1.48 | 19.47 |
| 08/02/04 | Disbursements | 81 Legal Postage | 215360 | Chk #51593 | 383930 - DOC: Postage | -.37 | 19.10 |
| 08/02/04 | Disbursements | 90 Medical Co-Pay | 215360 | Chk #51607 | 383774 - DOC: Medical Co-Pay | -2.00 | 17.10 |

Date: 8/6/2004  
1:04-cv-04295-HAB-JAG    # 1    Page 2 of 10
Time: 11:05am
d_list_inmate_trans_statement_composite

**Pontiac Correctional Center**  
**Inmate Trust Fund**  
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 02/01/2004 thru End;    Inmate: B00298;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B00298  Allen, John E.**                                **Housing Unit: PON-N -04-20**

|                                   |        |
|-----------------------------------|-------:|
| Total Inmate Funds:               | 17.10  |
| Less Funds Held For Orders:       |   .00  |
| Less Funds Restricted:            |   .37  |
| Funds Available:                  | 16.73  |
| Total Furloughs:                  |   .00  |
| Total Voluntary Restitutions:     |   .00  |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description              | Vendor |              | Amount |
|--------------|----------------|------|--------------------------|--------|--------------|--------|
| 08/03/2004   | 384825         | Disb | B00298 Postage for check | 3      | DOC: Postage | $0.37  |
|              |                |      |                          |        | **Total Restrictions:** | **$0.37** |