E-FILED
Thursday, 02 September, 2004  08:22:16 AM
Clerk, U.S. District Court, ILCD

JOHN AllEN Sr. B00298
Pro'se

V.

Mike McCoy (P.C. Shrf.)
ET. AL,
Defendents!

DKT. _____

FILED
AUG 13 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes, John Allen Sr. Pro'se with the blessings of Bounds vs. Smith, Citation uknown. Humbly Request AND prays that this Honorable Court Appoint Counsel to assist the plaintiff in this action for the following,

1. This plaintiff is a pauper and lacks the financial means to hire counsel to assist this plaintiff in this action. (see attached pauperis form)

2. This plaintiff is currently incarcerated at the Pontiac Corr. Ctr. where the plaintiff is not allowed to research on his own because of the security of the maximum segergated institution

3. This plaintiff has no knowledge of the Civil Right Laws, nor does this plaintiff know how to look up Law statues and has only an 8th grade education.

4. Due to recent budget cuts this facility is now without law clerks and certified paralegals to assist on a reguler basis, High Demands for personal Help is limited.

5. Due to security reasons and rules the plaintiffs not allowed to go to the general library where the numerous law books are kept to prepare such a case.

6. This plaintiff has a claim upon which relief should prevail and is in desperate need of the asstance of a learned and exp. attorney. (The Satilite cell libraries in the cell house units not only denys accorate info. But books are out dated)

Wherefore, this plaintiff prays this Honorable Court will appoint learned counsel.

Respectfully submitted,
John E. Allen Sr.

1. of 1