Case No: 04-1295

E-FILED
Wednesday, 08 September, 2004 10:26:13 AM
Clerk, U.S. District Court, ILCD

FILED
SEP - 7 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

8-31-04

Dear Clerk of this Court,

On or about 8-12-04 I filed a 42 U.S.C. Section 1983 case for alleged violations of my constitutional rights on the Peoria Co. Jail.

Due to my lack of knowledge I filed my claim in the wrong Central area Building in Springfield instead of Peoria.

I received a notice that my claim has been received and filed case num (04-1295).

My problem is no one informed me that I must keep a copy for myself, I only understood that an extra copy should be sent with a note requesting my copy be sent back filed. I never received a filed copy of my complaint from the Springfield office or the Peoria office. With my claim is also the discovery, copies of Exhibits I presented ect. I need this court to make a complete copy of all the sent Documents Enclosed with my complaint at the Pontiac Cor. Center so I may have one for myself. Again I will need that copy in its full contents, I am a pro'se litigant in this matter and was not aware to keep a copy for myself. My copy was sent with the inicial complaint.

I will await this office reply, or tell me who to write for this request. "Thank you"

Mr. John E. Allen #B00298
P.O. Bx 99
Pontiac Cor. Ctr.
Pontiac, Ill. 61764

Pg 1 of 1