# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA
# VIDEO WRIT

| CASE NAME: Allen v. McCoy, et al | CASE NO. 04-1295 | Beginning Date of Trial: 10/21/04 at 2:30 p.m. | Type of Trial: Merit Review  Length of Trial: 1 hour |
|---|---|---|---|

**TO: THE WARDEN OF Pontiac Correctional Center**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| John E. Allen, Sr. | B00298 | Pontiac Correctional Center at Pontiac, IL | 10/21/04 | 2:30 p.m. - 3:30 p.m. |
| Judge Harold A. Baker | n/a | U.S. District Courthouse at Urbana, IL | 10/21/04 | 2:30 p.m. - 3:30 p.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: September 13, 2004

        s/ John M. Waters  
JOHN M. WATERS, CLERK  
UNITED STATES DISTRICT COURT

BY:  s/ C. Douglas  
     DEPUTY CLERK

CC: Plaintiff, Urbana Video Clerk, all counsel  
Faxed to: Warden of Pontiac Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98