Respondent:
John E. Allen Sr. B00298
Pontiac Corr. Ctr.
Pontiac Ill. 61764

Case Name:
Allen v. McCoy, et al
No: 04-1295

FILED
SEP 22 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DATE: 9-19-04

Dear Honorable Judge,
Harold Baker,

Sir, I know nothing about the law or how to prepare it, infact I had help by many inmates with civil law exp. preparing my complaint. When it was sent off around aug. 8, 2004 I sent in 6 copies and the original, I was told to place a note on one copy to send back filed. To show my lack of knowledge of the law I also sent in the Discovery, appointment of counsel, Interogatories the whole 9 yards with the complaint.

The problem is your honor is, I have not one copy of this complaint or it's entire contents. Beleiving that the office of the clerk would send it all back in full with the stamped filed and case num.

I've written 2 times now to get a copy sent back and can't get a response. A copy was sent to each defendent, yourself, and one with a note attached to return the entire package filed. As you know we are scheduled for a video/telephone conference on 10-21-04 at 2:30 pm. I filed the indegent forms and can't afford to send any money now because I have none on my trust fund account. Your honor I beleave I may need appointed counsel for this hearing as you can see I don't even have a copy of any of the documents in my claim, I'm asking you to order the clerk of the court to send me the copy with it's full contents so I may prepare for this hearing... I further ask this Honorable court to appoint me counsil for this video conference.
Respectfully Submitted John E. Allen Sr.

I JOHN ALLEN SR. Declair under the penalty of purjery that all the statements in this letter/document are true to the best of my knowledge.

*John E. Allen Sr.*
JOHN ALLEN SR. B00298
P.O. BX 99
Pontiac, Ill. 61764

Proof of Service

I Declare under the penalty of purjury JOHN ALLEN SR. that a copy of these documents has been sent to the clerk of the district court for Peoria county from Pontiac Correctional Center by U.S. Mail on 9-20-04 to be forwarded to the following, ① Honorable Judge, ② States Attorneys office, ③ The clerk of the court
HAROLD A BAKER;
United States District Court, Clerk of the Court
Room 309
Federal Building
100 N.E. Monroe
Peoria Ill. 61602

*John E. Allen Sr.*

NOTARY:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA
## VIDEO WRIT

| CASE NAME: Allen v. McCoy, et al | CASE NO. 04-1295 | Beginning Date of Trial: 10/21/04 at 2:30 p.m. | Type of Trial: Merit Review<br><br>Length of Trial: 1 hour |
|---|---|---|---|

**TO: THE WARDEN OF Pontiac Correctional Center**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| John E. Allen, Sr. | B00298 | Pontiac Correctional Center at Pontiac, IL | 10/21/04 | 2:30 p.m. - 3:30 p.m. |
| Judge Harold A. Baker | n/a | U.S. District Courthouse at Urbana, IL | 10/21/04 | 2:30 p.m. - 3:30 p.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: September 13, 2004

s/ John M. Waters
JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: s/ C. Douglas
DEPUTY CLERK

CC: Plaintiff, Urbana Video Clerk, all counsel
Faxed to: Warden of Pontiac Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:Chambers.Baker@ilcd.uscourts.gov,Chambers.Gorman@ilcd.uscourts.gov
Message-Id:<25849>
Subject:Activity in Case 1:04-cv-01295-HAB-JAG Allen v. McCoy et al "Merit Review Orde
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from CAD, ilcd entered on 9/9/2004 at 10:28 AM CDT and filed on 9/9/2004

**Case Name:**     Allen v. McCoy et al
**Case Number:**   1:04-cv-1295
**Filer:**
**Document Number:**

**Docket Text:**
MERIT REVIEW ORDER entered by Judge Harold A. Baker on 9/9/04: This case is set for merit review. The court is required by 28 U.S.C. Section 1915A to "screen" the plaintiff's complaint, and through such process to identify and dismiss any legally insufficient claim, or the entire action if warranted. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." The plaintiff must be prepared to identify each of his claims and defendants during the hearing. The clerk is to notify the plaintiff's place of incarceration and to issue a writ for the plaintiff's participation in the video/telephone conference call. Merit Review Hearing set for Thursday, 10/21/2004 at 02:30 PM by video conference (court to initiate conference) before Judge Harold A. Baker.(CAD, ilcd)

The following document(s) are associated with this transaction:

**1:04-cv-1295 Notice will be electronically mailed to:**

**1:04-cv-1295 Notice will be delivered by other means to:**

John E Allen
B00298
PCC
Pontiac Correctional Center
PO Box 99
Pontiac, IL 61764