Plaintiff Reply on Prepayment Order

JOHN E. ALLEN B00298
    Plaintiff
        vs.
mike mccoy
    Defendents

CASE NO. 04-1295
DATE: 10-5-04

**FILED**

OCT 07 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Honorable Judge,

John A. Gorman, or to whom it may concern, on or about 09-12-04 I the plaintiff recieved a prepayment order from your office ordered by you that I prepay the amount of $6.61 20% of my adverage monthly income to cover the 150.00 filing fee for my pending complaint. Your request was to send in the $6.61 within 28 days of the mailing date: or show this court why I can't pay and this maybe waived.

Your Honor enclosed is a copy of my trust fund slip at the Pontiac Corr. Ceter (sic) for the past 3 mos. Also on record is my trust fund slips for the last 6 months. At this moment I have -0- funds avalible and can't afford to pay the $6.61. This court should now that I am currently minus $7.19. I have not recieved any funds from family, friends ect. sense my mailing in my 6 mos. copy and donot have any idea when funds will be sent to me.

Becouse of lack of funding this plaintiff once again ask this court to allow this matter to proceed in good faith that payment will be sent as this court has ordered when recieved.

Respecfully submitted.
    Inmate, John E. Allen B00298

1 of 2

I JOHN ALLEN Declare UNDER THE penalty OF purjery THAT All THE MENTIONED STATEMENTS IN THIS Document ARE TRUE TO THE Best OF my knowledge.

Mr. John allen Sr. B00298

Proof OF service

I JOHN ALLEN Futher Declair THAT THIS Document WAS copied, DATED, AND Signed AND THE original COPY WAS FORWARDED TO Honorable Judge JOHN A. Gorman AND THE Clerk OF THE District COURT IN Peoria Co. OF THE STATE OF ILL. From THIS plaintiff From THE Pontiac CORR. CTR. Pontiac, ILL, P.O. BX 99, 61764 By U.S. mail on 10-5-04.

Respectfully,

John E. allen Sr. B00298
P.O. BX 99
pontiac Ill. 61764.

TO: Honorable Judge John A Dorman and the clerk of the District Court. Peoria County, Federal Building Peoria Ill.

2 of 2

Date: 9/30/2004  
Time: 7:45am  
d_list_inmate_trans_statement_composite

1:04-cv-01295-HAB-JAG  # 7  Page 3 of 5

Pontiac Correctional Center  
Inmate Trust Fund  
Inmate Transaction Statement

Page 7

REPORT CRITERIA - Date: Start thru End;  Inmate: B00298;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: B00298 Allen, John E.**  **Housing Unit: PON-N -04-20**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/15/04 | AP Correction | 80 Postage | 259560 | Chk #52037 Voided | 389015 - DOC: Postage | 1.80 | 22.88 |
| 09/15/04 | Disbursements | 84 Library | 259318 | Chk #52097 | 389399 - DOC: Library Copies | -4.25 | 18.63 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 389610 - DOC: Postage | -.37 | 18.26 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 389537 - DOC: Postage | -3.85 | 14.41 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 390733 - DOC: Postage | -.23 | 14.18 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 385964 - DOC: Postage | -.37 | 13.81 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 387179 - DOC: Postage | -2.67 | 11.14 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 387180 - DOC: Postage | -1.98 | 9.16 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 387756 - DOC: Postage | -.37 | 8.79 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 387760 - DOC: Postage | -.37 | 8.42 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 387761 - DOC: Postage | -.37 | 8.05 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 387762 - DOC: Postage | -.37 | 7.68 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 387763 - DOC: Postage | -.37 | 7.31 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 387764 - DOC: Postage | -.37 | 6.94 |
| 09/15/04 | Disbursements | 81 Legal Postage | 259318 | Chk #52098 | 388163 - DOC: Postage | -.37 | 6.57 |
| 09/15/04 | Disbursements | 80 Postage | 259318 | Chk #52098 | 389015 - DOC: Postage | -1.80 | 4.77 |
| 09/15/04 | Disbursements | 90 Medical Co-Pay | 259318 | Chk #52102 | 388450 - DOC: Medical Co-Pay | -2.00 | 2.77 |
| 09/15/04 | Disbursements | 90 Medical Co-Pay | 259318 | Chk #52102 | 388457 - DOC: Medical Co-Pay | -2.00 | .77 |
| 09/27/04 | Disbursements | 81 Legal Postage | 271318 | Chk #52324 | 392385, DOC: Postage, Inv. Date: 09/21/2004 | -.60 | .17 |

| | |
|---|---|
| Total Inmate Funds: | .17 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 7.19 |
| Funds Available: | -7.02 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|
| 09/16/2004 | 391573 | Disb | B00298 Legal Postage | 3 | DOC: Postage | $3.85 |
| 09/21/2004 | 392393 | Disb | B00298 Legal Postage | 3 | DOC: Postage | $0.37 |
| 09/28/2004 | 393656 | Disb | B00298 Medical Co-Pay | 99999 | DOC: 523 Fund R | $2.00 |
| 09/29/2004 | 393813 | Disb | B00298 Legal Postage | 99999 | DOC: 523 Fund R | $0.60 |
| 09/29/2004 | 393846 | Disb | B00298 Legal Postage | 99999 | DOC: 523 Fund R | $0.37 |
| | | | | | Total Restrictions: | $7.19 |

Date: 09/30/2004  
1:04-cv-01295-HAB-JAG   # 7  
Time: 7:45am  
d_list_inmate_trans_statement_composite  

Pontiac Correctional Center  
Inmate Trust Fund  
Inmate Transaction Statement  

Page 5

REPORT CRITERIA - Date: Start thru End;   Inmate: B00298;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B00298  Allen, John E.**                                **Housing Unit: PON-N -04-20**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/22/99 | Disbursements | 80 Postage | 356318 | Chk # 23817 | DOC: Postage | -.88 | 16.46 |
| 12/22/99 | Disbursements | 80 Postage | 356318 | Chk # 23817 | DOC: Postage | -.33 | 16.13 |
| 12/27/99 | Disbursements | 99 Transfer Inmate | 361318 | Chk # 23898 | Western IL CC | -15.14 | .99 |
| 12/27/99 | Disbursements | 80 Postage | 361318 | Chk # 23900 | DOC: Postage | -.99 | -.00 |
| 01/17/00 | Payroll | 20 Payroll Adjustment | 017118 | | P/R month of 12/1999 | 7.48 | 7.48 |
| 01/24/00 | Disbursements | 99 Transfer Inmate | 024318 | Chk # 24388 | Western IL CC | -7.48 | -.00 |
| 01/25/00 | Disbursements | 99 Transfer Inmate | 025300 | Chk # 024388 Voide | Western IL CC | 7.48 | 7.48 |
| 01/25/00 | Disbursements | 99 Transfer Inmate | 025318 | Chk # 24389 | Western IL CC | -7.48 | -.00 |
| 07/07/04 | Mail Room | 01 MO/Checks (Not Held) | 189259 | 288380212 | Allen, John Henry | 50.00 | 50.00 |
| 07/12/04 | Disbursements | 84 Library | 194360 | Chk #51245 | 381359 - DOC: Library Copies | -.80 | 49.20 |
| 07/12/04 | Disbursements | 81 Legal Postage | 194360 | Chk #51246 | 380588 - DOC: Postage | -.60 | 48.60 |
| 07/12/04 | Disbursements | 90 Medical Co-Pay | 194360 | Chk #51259 | 381117 - DOC: Medical Co-Pay | -2.00 | 46.60 |
| 07/13/04 | Mail Room | 01 MO/Checks (Not Held) | 195259 | 5324165157 | Allen, Theresa | 30.00 | 76.60 |
| 07/16/04 | Mail Room | 01 MO/Checks (Not Held) | 198259 | 92306810316 | Gulley, Donnie | 10.00 | 86.60 |
| 07/19/04 | Disbursements | 84 Library | 201320 | Chk #51375 | 382384 - DOC: Library Copies | -3.60 | 83.00 |
| 07/19/04 | Disbursements | 81 Legal Postage | 201320 | Chk #51376 | 382134 - DOC: Postage | -1.52 | 81.48 |
| 07/19/04 | Disbursements | 80 Postage | 201320 | Chk #51376 | 382188 - DOC: Postage | -.37 | 81.11 |
| 07/19/04 | Disbursements | 80 Postage | 201320 | Chk #51376 | 382194 - DOC: Postage | -.60 | 80.51 |
| 07/19/04 | Disbursements | 81 Legal Postage | 201320 | Chk #51376 | 382115 - DOC: Postage | -.60 | 79.91 |
| 07/19/04 | Disbursements | 80 Postage | 201320 | Chk #51376 | 381839 - DOC: Postage | -.97 | 78.94 |
| 07/19/04 | Disbursements | 81 Legal Postage | 201320 | Chk #51376 | 381759 - DOC: Postage | -.37 | 78.57 |
| 07/19/04 | Disbursements | 81 Legal Postage | 201320 | Chk #51376 | 381760 - DOC: Postage | -.60 | 77.97 |
| 07/19/04 | Disbursements | 80 Postage | 201320 | Chk #51376 | 381620 - DOC: Postage | -.37 | 77.60 |
| 07/19/04 | Disbursements | 80 Postage | 201320 | Chk #51376 | 381621 - DOC: Postage | -.37 | 77.23 |
| 07/22/04 | Disbursements | 88 B00298 Catalog | 204320 | Chk #51395 | 07/23/2004 - Holloway House Pu | -.50 | 76.73 |
| 07/26/04 | Point of Sale | 60 Commissary | 208728 | 163426 | Commissary | -14.75 | 61.98 |
| 07/26/04 | Disbursements | 84 Library | 208360 | Chk #51434 | 382739 - DOC: Library Copies | -.50 | 61.48 |
| 07/26/04 | Disbursements | 84 Library | 208360 | Chk #51434 | 383278 - DOC: Library Copies | -5.35 | 56.13 |
| 07/26/04 | Disbursements | 84 Library | 208360 | Chk #51434 | 382953 - DOC: Library Copies | -.75 | 55.38 |
| 07/26/04 | Disbursements | 81 Legal Postage | 208360 | Chk #51435 | 383013 - DOC: Postage | -.37 | 55.01 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 382894 - DOC: Postage | -.37 | 54.64 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 382904 - DOC: Postage | -.46 | 54.18 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 382903 - DOC: Postage | -.37 | 53.81 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 383365 - DOC: Postage | -.83 | 52.98 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 383508 - DOC: Postage | -.37 | 52.61 |
| 07/26/04 | Disbursements | 81 Legal Postage | 208360 | Chk #51435 | 383012 - DOC: Postage | -.37 | 52.24 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 383037 - DOC: Postage | -.60 | 51.64 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 382675 - DOC: Postage | -1.11 | 50.53 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 382575 - DOC: Postage | -.37 | 50.16 |
| 07/26/04 | Disbursements | 80 Postage | 208360 | Chk #51435 | 382574 - DOC: Postage | -.60 | 49.56 |
| 07/27/04 | Disbursements | 88 B00298 Gift | 209360 | Chk #51458 | 07/27/2004 - Mail A Gift | -10.50 | 39.06 |
| 07/30/04 | Disbursements | 88 B00298 Gift | 212360 | Chk #51537 | 07/30/2004 - Mail A Gift | -17.00 | 22.06 |
| 08/02/04 | Disbursements | 80 Postage | 215360 | Chk #51593 | 384157 - DOC: Postage | -.37 | 21.69 |
| 08/02/04 | Disbursements | 80 Postage | 215360 | Chk #51593 | 384201 - DOC: Postage | -.37 | 21.32 |
| 08/02/04 | Disbursements | 80 Postage | 215360 | Chk #51593 | 383965 - DOC: Postage | -.37 | 20.95 |

Pontiac Correctional Center
Inmate Trust Fund
Inmate Transaction Statement

REPORT CRITERIA  -  Date: Start thru End;    Inmate: B00298;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B00298  Allen, John E.**                    **Housing Unit: PON-N -04-20**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/02/04 | Disbursements | 80 Postage | 215360 | Chk #51593 | 384202 - DOC: Postage | -1.48 | 19.47 |
| 08/02/04 | Disbursements | 81 Legal Postage | 215360 | Chk #51593 | 383930 - DOC: Postage | -.37 | 19.10 |
| 08/02/04 | Disbursements | 90 Medical Co-Pay | 215360 | Chk #51607 | 383774 - DOC: Medical Co-Pay | -2.00 | 17.10 |
| 08/06/04 | Disbursements | 88 B00298 Photo Copies | 219360 | Chk #51621 | 08/06/2004 - Reliance Color La | -12.00 | 5.10 |
| 08/09/04 | Disbursements | 81 Legal Postage | 222360 | Chk #51669 | 385463 - DOC: Postage | -3.95 | 1.15 |
| 08/09/04 | Disbursements | 80 Postage | 222360 | Chk #51669 | 384825 - DOC: Postage | -.37 | .78 |
| 08/11/04 | Mail Room | 04 Intake and Transfers In | 224225 | 81941 | Hill C.C. | -11.61 | -10.83 |
| 08/25/04 | Mail Room | 01 MO/Checks (Not Held) | 238259 | 07051841673 | Allen, Hazel | 25.00 | 14.17 |
| 08/27/04 | Mail Room | 01 MO/Checks (Not Held) | 240225 | 08182596344 | Allen, Theresa | 30.00 | 44.17 |
| 08/31/04 | Disbursements | 84 Library | 244360 | Chk #52036 | 386976 - DOC: Library Copies | -1.65 | 42.52 |
| 08/31/04 | Disbursements | 84 Library | 244360 | Chk #52036 | 386722 - DOC: Library Copies | -1.35 | 41.17 |
| 08/31/04 | Disbursements | 84 Library | 244360 | Chk #52036 | 385887 - DOC: Library Copies | -.50 | 40.67 |
| 08/31/04 | Disbursements | 84 Library | 244360 | Chk #52036 | 385888 - DOC: Library Copies | -3.65 | 37.02 |
| 08/31/04 | Disbursements | 80 Postage | 244360 | Chk #52037 | 389015 - DOC: Postage | -1.80 | 35.22 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 387756 - DOC: Postage | -.37 | 34.85 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 387760 - DOC: Postage | -.37 | 34.48 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 387762 - DOC: Postage | -.37 | 34.11 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 387764 - DOC: Postage | -.37 | 33.74 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 387761 - DOC: Postage | -.37 | 33.37 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 387763 - DOC: Postage | -.37 | 33.00 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 387179 - DOC: Postage | -2.67 | 30.33 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 387180 - DOC: Postage | -1.98 | 28.35 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 385964 - DOC: Postage | -.37 | 27.98 |
| 08/31/04 | Disbursements | 81 Legal Postage | 244360 | Chk #52037 | 388163 - DOC: Postage | -.37 | 27.61 |
| 08/31/04 | Disbursements | 90 Medical Co-Pay | 244360 | Chk #52051 | 388457 - DOC: Medical Co-Pay | -2.00 | 25.61 |
| 08/31/04 | Disbursements | 90 Medical Co-Pay | 244360 | Chk #52051 | 388450 - DOC: Medical Co-Pay | -2.00 | 23.61 |
| 09/08/04 | Point of Sale | 60 Commissary | 252728 | 166759 | Commissary | -14.14 | 9.47 |
| 09/15/04 | AP Correction | 90 Medical Co-Pay | 259560 | Chk #52051 Voided | 388450 - DOC: Medical Co-Pay | 2.00 | 11.47 |
| 09/15/04 | AP Correction | 90 Medical Co-Pay | 259560 | Chk #52051 Voided | 388457 - DOC: Medical Co-Pay | 2.00 | 13.47 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 385964 - DOC: Postage | .37 | 13.84 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 387179 - DOC: Postage | 2.67 | 16.51 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 387180 - DOC: Postage | 1.98 | 18.49 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 387756 - DOC: Postage | .37 | 18.86 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 387760 - DOC: Postage | .37 | 19.23 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 387761 - DOC: Postage | .37 | 19.60 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 387762 - DOC: Postage | .37 | 19.97 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 387763 - DOC: Postage | .37 | 20.34 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 387764 - DOC: Postage | .37 | 20.71 |
| 09/15/04 | AP Correction | 81 Legal Postage | 259560 | Chk #52037 Voided | 388163 - DOC: Postage | .37 | 21.08 |