AO 440 (Rev. 8/01) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

Central District of Illinois

John Allen Sr., B00298

V.

McCoy, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-1295

TO: (Name and address of Defendant)

Mike McCoy, Sheriff of Peoria County
Peoria County Sheriff's Office
301 N. Maxwell Rd.
Peoria, IL 61604

Pro Se

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Allen, Sr., B00298
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with Clerk of this Court within a reasonable period of time after service.

John M. Waters
CLERK

11/1/04
DATE

M. Leininger
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

COPY

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |

John Allen, Sr., B00298

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:  04-1295

Mike McCoy, et al.

TO: (Name and address of Defendant)

    Steve Smith, Jail Superintendent
    Peoria County Jail
    301 N. Maxwell Rd.
    Peoria, IL  61604

Pro Se
**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    John E. Allen, B00298
    Pontiac Correctional Center
    P O Box 99
    Pontiac, IL  61764

an answer to the complaint which is served on you with this summons, within ___20___ days after servi of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with Clerk of this Court within a reasonable period of time after service.

_John M. Waters_             _11/1/04_
CLERK                                                                         DATE

_M. Leininger_
(By) DEPUTY CLERK



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

John Allen, Sr., B00298

V.

Mike McCoy, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 4-1295

TO: (Name and address of Defendant)

Detective Fisher
Peoria County Jail
301 N. Maxwell Rd.
Peoria, IL 61604

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S Pro Se ~~ATTORNEY~~ (name and address)

John Allen, Sr., B00298
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John M. Waters
CLERK

(By) DEPUTY CLERK

DATE  11/1/04

⚜AO 440 (Rev. 8/01) Summons in a Civil Action

COPY

# UNITED STATES DISTRICT COURT

Central District of Illinois

John E. Allen, Sr., B00298

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 4-1295

Mike McCoy, et al.

TO: (Name and address of Defendant)

Tanya Gibbs, Jail Officer
Peoria County Jail
301 N. Maxwell Rd.
Peoria, IL  61604

Pro Se

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S~~ATTORNEY~~ (name and address)

John E. Allen, Sr., B00298
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL  61764

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

John M. Waters                                      11/1/04
CLERK                                                 DATE

M. Reiminger
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<u>Central</u> District of <s>Illinois</s>

John E. Allen, Sr., B00298

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-1295

Jeffrey Gaulandi, et al.

TO: (Name and address of Defendant)

    Jeffrey Gaulandi, Peoria County Jail Officer
    Peoria County Jail
    301 N. Maxwell Rd.
    Peoria, IL  61604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S <s>ATTORNEY</s> Pro Se (name and address)

    John E. Allen, Sr., B00298
    Pontiac Correctional Center
    P.O. Box 99
    Pontiac, IL  61764

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with Clerk of this Court within a reasonable period of time after service.

_John M. Waters_        11/1/04
CLERK        DATE

_M. Reminger_
(By) DEPUTY CLERK