**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN E. ALLEN SR. B00298 | 04-1295 |
| DEFENDANT | TYPE OF PROCESS |
| TANYA GIBBS | |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
301 Maxwell Rd. Peoria, ILL. 61603

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Peoria Co. Jail

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John E. Allen Sr. B00298
Pontiac Corr. Ctr. P.O. Bx 99
Pontiac, IL. 61764

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

**FILED**
DEC 01 2004
JOHN M WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Peoria Co. Jail
Serve Between 2pm & 10pm

Signature of Attorney or other Originator requesting service on behalf of:
John E. Allen Sr.    ☑ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 815-842-2816
DATE: July 31, 04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 26
District to Serve No. P
Signature of Authorized USMS Deputy or Clerk
Date: 11/2/4

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service    Time    am / pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
No longer employed by Peoria County Sheriff's Dept.

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)