E-FILED
Thursday, 02 December, 2004 10:44:02 AM
Clerk, U.S. District Court, ILCD

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| John Allen Sr | 04-1295 |
| DEFENDANT | TYPE OF PROCESS |
| Detective – Fisher, Peoria Co. Jail | |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
301 Maxwell Rd. Peoria, Ill. 61604

AT ADDRESS: Peoria Co. Jail

FILED
DEC 0 1 2004
JOHN M. WATERS
U.S. DISTRICT COURT
CENTRAL DISTRICT OF IL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John E. Allen B00298
P.O. Bx 99
Pontiac, IL. 61764

| | |
|---|---|
| Number of process to be served with this Form - 285 | 03 |
| Number of parties to be served in this case | 03 |
| Check for service on U.S.A. | 03 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Peoria Co. Jail
Mon. – Fri.   9am to 5pm

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
John E. Allen Sr.
TELEPHONE NUMBER: 815-842-2816
DATE: July 31, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. P | Signature of Authorized USMS Deputy or Clerk | Date 11-2-4 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Steve Smith, P.C.J. Superintendent

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/22/04   Time: 10:00 ☒ pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $40.00 | — | | $40.00 | | | |

REMARKS:
11/22/04 – Served on Peoria County Jail Supt. Steve Smith

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |