**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN** E-FILED
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Thursday, 02 December, 2004 11:00:28 AM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JOHN ALLEN SR. B00298 | 04-1295 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| (Peoria Co. Jail Supt.) STEVE SMITH | FILED |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ 301 Maxwell Rd. Peoria, ILL. 61604

DEC 0 1 2004

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Peoria County Jail

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John E. Allen B00298 P.O. Bx 99
Pontiac ILL. 61764

| | |
|---|---|
| Number of process to be served with this Form - 285 | 03 |
| Number of parties to be served in this case | 03 |
| Check for service on U.S.A. | 03 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Peoria Co. Jail
Mon. — Fri. 9am to 5pm

Signature of Attorney or other Originator requesting service on behalf of:
John E. Allen Sr.

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 815-842-2816
DATE: July 31, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | 26 | P | [signature] | 11/2/4 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Steve Smith Jail Supt.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

| Date of Service | Time | |
|---|---|---|
| 11/22/04 | 16:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $40.00 | | | $40.00 | | | |

**REMARKS:**
11/22/04 - Personally served on Peoria County Jail Supt. Steve Smith

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of ____ Illinois ____

John Allen, Sr., B00298

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   04-1295

Mike McCoy, et al.

TO: (Name and address of Defendant)

Steve Smith, Jail Superintendent
Peoria County Jail
301 N. Maxwell Rd.
Peoria, IL  61604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY Pr Se (name and address)

John E. Allen, B00298
Pontiac Correctional Center
P O Box 99
Pontiac, IL  61764

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against yo for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with th Clerk of this Court within a reasonable period of time after service.

_John M. Waters_   _11/1/04_
CLERK                DATE

_M. Cuminger_
(By) DEPUTY CLERK