U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form.

E-FILED
Thursday, 02 December, 2004 11:02:31 AM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| John Allen Sr. B00298 | 04-1295 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| (Peoria Co. Sheriff) Mike McCoy | FILED |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
301 Maxwell Rd. Peoria Ill. 61604

DEC 01 2004

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT Peoria County Jail

JOHN M. WATERS,
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John E. Allen B00298
Pontiac Corr. Ctr. P.O. Bx 99
Pontiac, Ill. 61764

| | |
|---|---|
| Number of process to be served with this Form - 285 | 03 |
| Number of parties to be served in this case | 03 |
| Check for service on U.S.A. | 03 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Peoria Co. Jail
Serve Between 9AM & 5PM
Mon-Fri.

Signature of Attorney or other Originator requesting service on behalf of:
John E. Allen Sr.
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 815-842-2816
DATE: July 31, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. P | Signature of Authorized USMS Deputy or Clerk | Date 11-2-4 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Steve Smith, P.C.J. Superintendent

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 11/22/04 | 10:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $40.00 | $7.50 | — | $47.50 | | | |

REMARKS:
11/22/04 - Served on Peoria County Jail Supt. Steve Smith

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

John Allen Sr., B00298

**SUMMONS IN A CIVIL CASE**

V.

McCoy, et al.

CASE NUMBER:    04-1295

TO: (Name and address of Defendant)

Mike McCoy, Sheriff of Peoria County
Peoria County Sheriff's Office
301 N. Maxwell Rd.
Peoria, IL 61604

Pro Se

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

John Allen, Sr., B00298
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_John M. Waters_                                         _11/1/04_
CLERK                                                    DATE

_M. Feininger_
(By) DEPUTY CLERK