### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| JOHN E. ALLEN SR., )<br>              Plaintiff, )<br>v.                         )<br>                          )<br>MIKE McCOY, STEVE SMITH, )<br>DETECTIVE FISHER, TONYA GIBBS, )<br>JEFFREY GUALANDI           )<br>              Defendants. ) | Case No. 04-1295 |

### MOTION AND MEMORANDUM OF LAW SEEKING SUSPENSION OF DISCOVERY ON A TEMPORARY BASIS

Now come the Defendants, MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER by and through their attorneys, KEVIN W. LYONS, State's Attorney of Peoria County and WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, and submit this Motion and Memorandum of Law seeking suspension of discovery, on a temporary basis.  In support thereof, the Defendants state as follows:

1. The Defendants have filed a Motion to Dismiss Plaintiff's Complaint;

2. Contained in that Motion to Dismiss are substantive legal arguments which could result in dismissal of all or a significant portion of the Plaintiff's Complaint;

3. A Rule 16 Conference is currently set for February 10, 2005 at 2:30 p.m.;

4. The Defendants do not seek to be permanently relieved of their obligations to tender discovery to Plaintiff.  The Defendants are simply requesting that the Court delay the Defendants' obligation until the Court has ruled on the Defendants' Motion to Dismiss;

5. This case is likely to be resolved by the pending Motion to Dismiss.  Requiring the Defendants to prepare discovery responses at this time will be unduly burdensome.

**WHEREFORE**, the Defendants herein, MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER request that this Court temporarily exempt these Defendants from the requirement of tendering discovery until such time as the Court has ruled on their Motion to Dismiss.

RESPECTFULLY SUBMITTED,
MIKE McCOY, STEVE SMITH, and
DETECTIVE FISHER
Defendants

By: /s/ William W. P. Atkins
    Assistant State's Attorney of Peoria County
    Peoria County Courthouse
    Room 111, 324 Main Street
    Peoria, Illinois  61602
    (309)  672-6017

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOHN E. ALLEN, ) | |
|       Plaintiff, ) | |
| v. ) | Case No. 04-1295 |
| ) | |
| MIKE McCOY, STEVE SMITH, ) | |
| DETECTIVE FISHER, TONYA GIBBS, ) | |
| JEFFREY GUALANDI ) | |
|       Defendants. ) | |

### CERTIFICATE OF SERVICE

I, WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, hereby certify that on the 8th day of December, 2004, I caused a true and correct copy of the attached Motion and Memorandum of Law Seeking Suspension of Discovery on a Temporary Basis to be served upon:

> John Allen, #B00298
> Pontiac Correctional Center
> P.O. Box 99
> Pontiac, IL 61764

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.


By: /s/ William W. P. Atkins_____
     Assistant State's Attorney
     Peoria County Courthouse
     324 Main Street, Room 111
     Peoria, IL 61602
     (309) 672-6017

WPA/04/allen mot-mem to suspend discovery.DOC/plf