E-FILED
Wednesday, 08 December, 2004  04:46:36 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| JOHN E. ALLEN SR., ) | |
|        Plaintiff, ) | |
| v. ) | Case No. 04-1295 |
| ) | |
| MIKE McCOY, STEVE SMITH, ) | |
| DETECTIVE FISHER, TONYA GIBBS, ) | |
| JEFFREY GUALANDI, ) | |
|        Defendants. ) | |

## MOTION TO DISMISS

Now come the Defendants, MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER by and through their attorneys, KEVIN W. LYONS, State's Attorney of Peoria County and WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, and ask this Court to dismiss the Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and 42 U.S.C. §1997e(a). The Defendants state as follows:

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Plaintiff's claims contained in the Complaint as filed against MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER must be dismissed because they fail to state a claim upon which relief can be granted.

**WHEREFORE**, Defendants MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER pray the claims against each of them be dismissed with prejudice.

RESPECTFULLY SUBMITTED,
MIKE McCOY, STEVE SMITH, and
DETECTIVE FISHER
Defendants

By:  /s/ William W. P. Atkins
      Assistant State's Attorney of Peoria County
      Peoria County Courthouse
      Room 111, 324 Main Street
      Peoria, Illinois  61602
      (309)  672-6017

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| JOHN E. ALLEN, ) | |
|         Plaintiff, ) | |
| v. ) | |
| ) | Case No. 04-1295 |
| MIKE McCOY, STEVE SMITH, ) | |
| DETECTIVE FISHER, TONYA GIBBS, ) | |
| JEFFREY GUALANDI, ) | |
|         Defendants. ) | |

## CERTIFICATE OF SERVICE

I, WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, hereby certify that on the 8th day of December, 2004, I caused a true and correct copy of the attached Motion to Dismiss to be served upon:

    John Allen, #B00298
    Pontiac Correctional Center
    P.O. Box 99
    Pontiac, IL 61764

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.

By: /s/ William W. P. Atkins
     Assistant State's Attorney
     Peoria County Courthouse
     324 Main Street, Room 111
     Peoria, IL 61602
     (309) 672-6017