E-FILED
Thursday, 09 December, 2004  02:25:59 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

December 9, 2004

John Allen, B00298
c/o Pontiac Correctional Center
PO Box 99
Pontiac, IL. 61764


RE: Allen vs McCoy, etal
CASE NO. 04-1295


Dear Mr Allen:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).


                                s/H. Kallister
                                JOHN M. WATERS, CLERK
                                U.S. DISTRICT COURT


cc: all counsel