IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

JOHN ALLEN SR,
    Plaintiff,

V.

Mike McCoy, Steve Smith,
Detective Fisher, Tonya Gibbs,
Jeffrey Gaulandi,
    Defendents,

CASE NO. 04-1295

FILED
DEC 21 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Plaintiffs Motion for Extension of Time to Defendents Motions to Dismiss and Defendents Motion for Temporary Suspension of Discovery

Now comes the plaintiff JOHN ALLEN SR, pro'se filing his response to this Honorable court in regaurds to the motions filed by the defendents on Dec. 9, 2004.

1. Motion to Dismiss
2. Motion seeking dismissal/suspension of discovery on a temporary basis.

The plaintiff kindly and prayerfully request that this district court grant a extention of time for the plaintiff to respond to these filed motions for 60 to 90 days for reasons as followed, in support thereof, the plaintiff states as follows,

(1.) The court is aware that the plaintiff is a pro'se litigant without consel and has no knowledge how to do legal work or research or understand legal documents and law statues clearly.

(2.) THAT THE plaintiff IS WITHOUT proper legal counsil AND STILL seeking A ATTORney TO assist Him IN THIS litigation.

(3.) THAT THE Facility THE plaintiff IS INcarcerated IN, Pontiac, Corr. Center HAS Current Problems WITH THE U.S. mail, By Being unDER STAFFED THIS plaintiff DiD NOT Recieve THE Defendents CURRent Filed motions until Dec. 15, 04, THAT IS STAMPED mailed From THIS COURT oN Dec. 9, 04. Do TO THE ShorTage IN THE mail Room, THere was A Delay IN THIS plaintiff Recieving THese Documents.

(4.) THE plaintiff Also HAD THE understanding THAT THE Deadline TO ANswer ANy Filed motions would Be A 30 TO 60 Day Time Limit Rather THAN THE (14) given By THE COURT TO answer THE said motions OF THE Defendents, which only gives THE plaintiff (7) days TO Reply, once He Recieved THese Documents By mail on Dec. 15, 2004.

(A.) ENClosed IS A letter written TO THE pontiac CoRR. Centers mail Room AND ITS Supervisors Response. Please see (EXiBiT (A.)) Enclosed with THIS motion.

(5.) THE plaintiff Also Request THe extention OF Time TO RespoND FOR OTHER Reasons AS Follows,

(A.) Certain Documents Needed TO prepare THE Plaintiffs Response ARe NoT kept IN THE Plaintiffs Cell AND A Request TO enter THE Plaintiffs legal Box MUST Be seNT TO Jail/Prison management AND Approved which takes Approx

2 of 5

10 to 15 days to get approved and then several days more for staff to take the plaintiff to the storage area where the legal boxes are kept.

(B.) The plaintiff has no real knowledge of the law or how to read case law and is in his beginning stages in learning and to do any kind of research to reply to any and all the defendents motions # 21, 22, 23 filed on 12/9/04 the plaintiff must have adiquate time to prepare and read and study case law

(C.) The plaintiff nor does his cell or cell house has or provide the law books needed to prepare a response to the defendents filed motions therefore the plaintiff must once again submitt a written request for approvel to be taken to the main library or have one of its clerks come to the plaintiffs cell to assist in whats needed for this plaintiff to prepare a decent response

(D.) This court should now that the plaintiff is now alone in preparing documents for this claim and has no personal help from any jail house lawyers in this matter which is more reason to grant the extention of time of 60 to 90 days the plaintiff is prayerfully requesting.

3 of 5

10/1 To whom it may concern,                                    12-5-04

It appears you are either understaffed in the mail room or someone is not doing something right. I have written several times concerning my mail, I have been to several institutions; Logan, Hill, Ill. River, Stateville, Big Muddy ect. and its never taken more than 3 days to get my mail. I'm from Peoria Ill. and I can't seem to understand why its taken 7 to 10 days to recieve my mail here.

There's Rumor that mail comes to this institution and sometimes sits in the mail room 3 or 4 days before its even processed. This is what the officers are spreading around. If there is a problem or your short of staff we need to know this so we as a whole can try to get you more help. I and many other Inmates are complaining about this major problem thats been going on for atleaste 6 or more months. At the bottom of this page can you please explain why we are having such delays in getting our mail and what needs to be done to fix this major problem ... This letter is Directed to the mail room supervisor. I await a Response.

C/C    Inmate John Allen Jr. B00298  West Cell 405


Because we are short of help


4 of 5

FOR All THE ABOVE REASONS, THE PlainTIFF IN THIS SAID CASE RespectFully Request AND prays THAT THIS COURT Grant AN Extension OF Time FOR THIS Response TO DefenDents motions # 21, 22, 23, IN THE AMOUNT OF 90 Days, NO Less THan 60 AS TO THE DATE THIS Reply/Request IS Filed. THAT THIS plaintiff more THan needs TO prepare AND Because OF His Conditions AND Lack OF knowledge OF THE LAW.

Respectfully submitted,

MR. JOHN AllEN SR. B00298

pro'se P.O. BX 99
PonTiac CORR. Center.
PonTiac Ill. 61764

*Mr. John E. Allen Sr.*

NOTE: Documentation AND evidence FORTHcomming IN extention of Time Date Reply!

## CertiFicate OF Service

I, JOHN AllEN SR, pro'se A INMATE AT THE PonTiac CORR. Center IN PonTiac Ill. 61614 hereby certify THAT ON THE 17TH Day OF December, 2004, I Attached A TRUE AND CORRect COPY OF THE Attached motion IN TOTAL OF (5) complete pages Along with Certificate of Service TO THE Following people... I FUTHER Contend UNDER THE penalty OF purjery THAT All Statements Enclosed ARE TRUE AND TO THE Best OF my knowledge AND Sent TO THE Following BY U.S. Mail From THE PonTiac CORR. Center AT THE Above ADDress By Mr. JOHN E. AllEN SR.

TO: United States District Court
Central District (Peoria, Ill.)
 Office of The Clerk Room 309
Federal Building
100 N.E. Monroe
Peoria Ill. 61602
(WITH 3 Copies)

TO: William W.P. Atkins
ASST. States Attorney
Peoria Co. Court House Rm. 111
Peoria, Il. 61602
(WITH 3 Copies)

*Mr. John E. Allen Sr.*
(Affiant)

5 of 5