E-FILED
Wednesday, 22 December, 2004 01:43:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
Central District of Illinois
Peoria Illinois

CASE NO. 04-1295

John Allen Sr.
  plaintiff,
vs.

Mike McCoy, et al
  Defendents,

FILED
DEC 21 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion to Order Defendents to be Served at Last Known Addresses or Place of Employment by Peoria County Sheriffs Department.

Now comes the plaintiff John Allen Sr, pro se Requesting this Honorable Court to order the Peoria County Sheriffs Dept. to serve District Sommons on Defendents and Ex-County officers Tanya Gibbs, and Jefferey Gualandi, the plaintiff request this order for reasons as follows.

(1.) The Defendents in question are the officers over-seeing the plaintiff and the Jail Pod where the plaintiff resided in the Jail.

(2.) The unserved Defendents are key Defendents to the plaintiffs accusasions and claim and need to be found.

(3.) The Jails records could and should show the phone numbers and last known addresses of the two unserved Defendents

The plaintiff now Respectfully ask this court to

Pg 1 of 2

ENTER A ORDER ordering THE Peoria County Jail Officials TO Hand OVER ANY LAST known ADDresses and Phone Numbers FOR DeFenDents Tanya Gibbs AND Jeffery Gualandi TO THE U.S. Marshal TO enSURE THE will Be Served Should either DeFendent Be Found AT THE LAST known ADDresses THE Peoria County Jail Should HAVE oN Record Being They were once employed By THE Peoria County Sheriffs office,

Now comes THIS plaintiff Respectfully Asking THis motion Be granted IN Hopes OF locating THE 2 UNServed ex- County Jail officers.

Respectfully submitted,
M. John E. allen Sr.
P.O. BX 99
Pontiac, Ill. 61764

---

Proof of Service

I JOHN ALLEN SR. Pro'se, Swear UNDER THE Penalty OF PUR JURY THAT THIS Document HAS Been Served TO THE Following By U.S. Mail, Postage paid By John AllEN SR. Sent From Pontiac, Corr. Center ON 12-17-04.

John E. allen Sr.
P.O. BX 99
Pontiac Ill. 61764

TO: Clerk of the court
District court, Peoria County
100 N. E. Monroe room 309
Peoria, Ill. 61602
(3 copies)

TO: attorney at Law
For: Mikke McCoy, etal,
M. William W.P. Atkins
Peoria County Court House room 111
Peoria, Ill. 61602   (3 copies)

Pg. 2 of 2