
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Peoria Division

JOHN ALLEN SR.
      Plaintiff,

V.

Mike McCoy, Steve Smith,
Detective Fisher, Tonya Gibbs,
Jeffery Gaulan D I
      Defendents,

CASE NO. 04-1295

FILED
JAN 1 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

---

MOTION AND MEMORANDUM BY PLAINTIFF TO DISMISS/STRIKE DEFENDENTS MOTION FOR TEMPORARY SUSPENSION OF DISCOVERY

Now comes the plaintiff JOHN ALLEN SR. pro'se respectfully and prayerfully requesting this Honorable Court to strike the Defendents motion or dismiss Defendents motion for suspension of Discovery Temporary for reasons as follows,

(1.) The Court has orderd in its 10/21/2004 Video Conference that plaintiff has stated a claim.

(2.) The plaintiff stongly feels that the Defendents are with holding information that the Court needs to see and address that would more than assist the the plaintiff in his claim and would show fault on the Defendents behalf if certian documents and statements are enterd into the record, therefore the Defendents wish for a dismissel in this matter and hope to keep the Court blinded on several past issues and incidents that documentation and statements given in the Discovery will bring fourth and they are as follows,

1 of 4

(1.) Prior meetings with the Jail Superintendent Steve Smith with this plaintiff where the plaintiff complainend many times of the following by Jail staff

   (A) Staff misconduct
   (B) cruel & unuseual punishment
   (C.) excessive force being used
   (D.) Letters written to mike mccoy, Rob mccoy, steve smith, Capt. Briggs, Sarg. koolmen, Sarg. Closen, pear wilson, Buck Bucannon, Judy moss, where some of these defendents are yet to be added to the plaintiffs claim as witnesses or defendents to be later added.
   (E.) Harrassment
   (F.) Deliberate indifference
   (G.) Health and sanitation violations where on 2 occassions the Dept. of (Jail Detention Standards) was called in and this Jail and staff was found in violation of some of this plaintiffs constitutional rights.
   (H.) Lack of medical treatment

3) There are these issues and more that discovery will uncover and expose jail officials of many violations that would assist the plaintiff in his claim that this Jail prayerfully hopes this court will dismiss with case law they have presented that is questionable.

(4.) This court should more than acknowledge that apparently the Peoria Co. Jails Sheriff and his staff evidintely have something to hid and do not want to expose.

(5.) The Jail and ~~its~~ defendents has not entered any kind of motion asking for extention of time with there discovery and the court should also note that no such motion to extend the time on the discovery has been enterd

2 of 4

OR SEEN BY THE PLAINTIFF AS BEING FILED, ONLY THE MOTION FOR TEMP. SUSPENSION OF THE PLAINTIFFS DISCOVERY HAS BEEN ENTERD. THEREFORE THIS PLAINTIFF ASK THIS COURT TO ORDER THE DEFENDENTS TO PRODUCE THERE DISCOVERY BY THE DESIGNATED COURT ORDERD TIME THE COURT HAS SET.

(6.) THE DEFENDENTS ARE ONLY PROLONGING THESE MATTERS AND HAS NOT GIVEN GOOD ENOUGH REASON TO THIS COURT WHY THIS THIS DISCOVERY SHOULD BE SUSPENDED TEMPORARLY, AND HAS NO CASE LAW TO SUPPORT THE ⑤ THE WISHES TO HAVE DISCOVERY SUSPENDED. IT APPEARS THAT THE DEFENDENTS DO HAVE HIDDEN MOTIVES FOR NOT WANTING TO PRODUCE ALL INFORMATION IN THE PLAINTIFFS DISCOVERY AND PRODUCTION OF DOCUMENTS, AND HAVING GREAT APPOINTED EDUCATED ATTORNEYS TO REPRESENT THEM THEY ARE INTITTLED TO BRING FORTH ALL DISCOVERY THE PLAINTIFF REQUEST.

(7.) THE ORDERS SHOW THE PLAINTIFF HAS RIGHTFULLY STATED A CLAIM, THEREFORE THE DEFENDENTS SHOULD NOT BE ALLOWED TEMP. SUSPENSION OF DISCOVERY BECAUSE OF THERE FIGURING THE CASE WILL BE DISMISSED AND TO PRODUCE DISCOVERY WILL BE BURDENSOME. IN CLOSING, THE COURT SHOULD TAKE IN CONSIDERATION THAT A CLAIM HAS BEEN PROPERLY MADE, AND THAT HIGHLY EDUCATED ATTORNEYS THAT THE DEFENDENTS HAVE OVER THE PLAINTIFF, COULD AND SHOULD ONLY BE BURDENSOME TO THE PRO'SE UNEDUCATED PLAINTIFF, WHO HAS NO LAW KNOWLEDGE AND A 8TH GRADE EDUCATION. THEREFORE THIS PLAINTIFF REQUEST THIS MOTION BE STRIKEN/DISMISSED AND THE DEFENDENTS BE ORDERD TO PRESENT THE ENTIRE DISCOVERY REQUESTED. THIS COURT MUST NOT ALLOW ANY MORE DELAY AND ORDER DISCOVERY TO BE ANSWERD PROMPTLY OR ORDER DEFAULT BY JUDGMENT FOR THE PLAINTIFF. RESPECTFULLY SUBMITTED,

John Allen Jr.

3 of 4

IN THE UNITED STATES DISTRICT
COURT, CENTRAL Illinois DISTRICT
Peoria DIVISION

JOHN ALLEN SR.
　　Plaintiff,

VS.

Mike McCoy, Steve Smith,
Det. Fisher, Tonya Gibbs
Jeffry Ghalandi
　　　　Defendents,

Case No. 04-1295

## Certificate of Service

I JOHN ALLEN SR, pro'se hereby Certify THAT All STATEments IN these (4) Documents with proof of service ARE TRUE AND correct to the Best of my knowledge.

I further Declare under the penalty of Pursury THAT A Copy of these (4) Documents HAVE Been Sent By U.S. mail By JOHN ALLEN SR, TO THE Following people From THE pontiac CORR. center. ON 12-17-04 By U.S. mail AND POSTAGE HAS Been paid FOR AND ADDRESSED CORRECTLY.

TO: ATTORNEY AT LAW FOR:
DEFENDENTS Mike McCoy, ET AL
TO: MR. William W. P. Atkins
　Peoria Co. STATES ATTORNEYS OFFICE,
　324 Main ST. Room 111
　Peoria ILL. 61602
　　(3 copies)

TO: THE Clerk of THE DISTRICT COURT. Central ILL. Division. Peoria Co. Federal Building
100 N.E. Monroe  Rm. 309
Peoria, ILL. 61602
　3 copies

_John F. Allen_ A1. B00298
AFFIANT:  P.O. Bx 99
　　pontiac, ILL. 61614

4 of 4