Dear Honorable Judge Harold Baker,

I am writing you in regards to my pending Complaint case no. 04-1295 RE: ALLEN VS. MCCOY, ETAL. On or about Dec. 9, 2004 I recieved by U.S. mail the following Documents from the Defendents attorney, assistant states attorney (William W.P. Atkins)

1. Memorandum of law in Support of defendents motion to dismiss.

2. The Defendents motion to dismiss

3. The defendents motion to Suspension of Discovery on a temporary basis.

On Dec. 17, 2004 I the plaintiff sent out by U.S. mail my responses to these motions filed by the defendents where I was only given 14 days to respond. Dec. 22, 2004 in response to these filed motions by the defendents and there counsil, I the plaintiff sent to the clerk of your court and to Defendents attorney (William W.P. Atkins) the following with the correct amount of copies to each party by U.S. mail from the Pontiac corr. center and have proof of the date my response was mailed.

On Dec. 17, 2004 I the plaintiff John E. Allen B00298 sent the following.

1. Plaintiffs motion for extension of time in the amount of 60 to 90 days from this court

Pg 1 of 3

2. Motion to Dismiss/Strike the defendents motion to suspension of discovery temporarly.

3. Motion to order the defendents to present the last known addresses or any information known to the plaintiff and U.S. Marshalls of the 2 defendents who hasn't been served. (① Tanya Dibbs, & ② Jeffery Duabrandi)

Your Honor, I have proof of the date these motions I prepared were sent out by U.S. mail from the Pontiac Corr. Center. on Dec. 17, 2004. These motions should have been recieved by your clerk before or on the Deadline date of Dec. 22, 2004. the 14 days required. Today is Dec. 10, 2005 and I the plaintiff have not recieved anykind of response from your clerk. as always I the plaintiff did include an extra copy for the clerk of the court to return to me stamped filed.

Enclosed are copies of the motions I sent out on 12-17-04 in response to the defendents motions. I wish to know know what the courts delay is on if I will or will not recieve my extention of time I am intitled to and its ruling on my responses to the other motions enterd so I my know how to proceed. please know that proof of service was written and added with the plaintiffs reply motions.

Respectfully Submitted,
Inmate John E. Allen H. B00298
Pontiac Corr. Center.

## Certificaat of Service

I JOHN ALLEN SR. HERE BY CERTIFY AND SWEAR UNDER THE PENALTY OF PURJURY THAT I HAVE SERVED COPIES OF THIS DOCUMENT IN TOTAL OF 3 PAGES TO THE FOLLOWING PEOPLE IN CASE NO. 04-1295 ALLEN VS. MIKE MCCOY, ETAL. BY U.S. MAIL LEAVING THE PONTIAC CORR. CENTER ON 1-10-04.

I FURTHER DECLARE UNDER THE PENALTY OF PURJURY THAT ALL STATEMENTS IN THESE 3 DOCUMENTS ARE TRUE AND TO THE BEST OF MY KNOWLEDGE.

THESE LEGAL DOCUMENTS HAVE BEEN SERVED TO AND SENT BY US. MAIL TO THE FOLLOWING.

① JOHN M. WATERS
Clerk of the Court
305 U.S. Courthouse (Rm 309)
100 N.E. Monroe St.
Peoria, ILL. 61602

② Judge,
HAROLD BAKER & Clerk
Federal Court Building
305 U.S. Courthouse
100 N.E. Monroe St.
Peoria, IL. 61602

Affiant John E. Allen Sr. B00298
P.O. Bx 99
Pontiac IL. 61764      Pg 3 of 3