THis letter Is Addressed To THE DISTRICT COURT, Central DISTRICT
Peoria County

E-FILED
Wednesday, 26 January, 2005 03:19:12 PM
Clerk, U.S. District Court, ILCD

To: THE chief Judge Joe MCDADE or His Replacement

To: Judge HAROLD BAKER, or His Replacement,

To: Clesk OF THE COURT, JOHN WATERS or His Replacement

**FILED**

**JAN 2 6 2005**

**JOHN M. WATERS, Clerk**
**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

DATE: 1-23-05
CASE NO. 04-1295
JOHN ALLEN
vs.
mike mccoy, ETAL

To whom It may concern,

I JOHN ALLEN SR. Am THE plaintiff IN THE ABOVE case AND Request A COURT ORDER OF THE CURRENT STATUS OF THIS CASE AND ITS proceedings FoR THE following Reasons.

1. ON OR ABOUT 12-10-05 THE plaintiff JOHN ALLEN SR. Recieved at THE pontiac COPR. Center THE said MOTIONS FROM THE DefenDents Appointed ATTORNEY william W.P. Watkins OF THE Peoria County STATES ATTORNEYS Office

1. A motion To Dismiss plaintiffs claim AND ADDED Memor-andum To THAT motion

2. A motion To Temporarly suspend THE plaintiffs Discovery.

THis plaintiff WAS given 14 Days To Reply To THE DefenDents MOTIONS AND WAS given A Deadline Date To ANSWER THE DefenDents MOTIONS OF Dec. 22, 2004.

THis plaintiff ResponDED To THE DefenDents MOTIONS WITH THE Following pro'se MOTIONS. THAT were maileD out By us mail From THE pontiac CORR. CENTERS mail Room ON Dec. 20, 2004 To THE Clerk OF THE COURT, 3 Copies OF each answerD motion + A FourTH Copy ADDED WITH AN ATTATCHED NOTE FOR THE Clerk OF THIS COURT TO Return To THE plaintiff WITH ITS DATE OF Filing.

THE plaintiff FURTHER ON 12-20-04 Sent 4 Copies OF THE answering MOTIONS To ATTORNY AT law william W.P. ATKINS ATTORNEY FOR THE DefenDents IN THis Complaint. THis plaintiffS 3 MOTIONS sent To each OF THese OFFices are As Follows,

Pg 1 of 4

. 1. MOTION OF EXTENTION OF TIME TO answer THE DeFenDents motions of 60 to 90 Days. according to STATE/FeDeral law THE plaintiff who Is A pro'se litigant IS INTITTLED TO A extextion of Time.

2. THE Sec006 motion ENTERD By THis plaintiff Is A motion to stRike/Dismiss THE DefenDents motion T Temporary Dismiss plaintiffs Discovery, with reasons why THe DeFenDents motion shouiD Be STRiKeN or Dismissed.

3. THe THiRD motion ENTERD By THe plaintiff was A motion Asking JuDge HAROlD BAKeR To ofDER THE Defen Dents To produce ANy AND All INFORMATION ON THe 2 Cou. OFFiceRS, TaNYA GiBBS, & Jeffeey GaulanDI, IT HAS TO THE U.S. MARShal AND THe plaintiff Such As THe phone numbers AND LAST KNowN ADDresses IN HopeS of LocaTing THem AND Serving each oF THE DefenDents wh. No Longer work FoR Peoria County SheriFF.

THe plaintiff wishes THis CouRT To know THAT Se. THE mailing of THese motions ENTERD By THE plaintiff, T. plaintiff HAS NOT HeaRD ANY Response AT All From THi. CouRT or ITS CleRK. Allowing THis plaintiff To kno THE Response motions were RecieueD By THis couRT or T. Ruling IF ANY HAS BeeN MADE Sense THe motions File By DefenDents were enterD, oR IF THE ANSwering motio By THe plaintiff, THAT were mail ouT 12-20-04 HAve Be RuleD oN or THere CuRRent STATUS. I unDeRSTanD IT I THE Clerk of THE CouRTS JoB To HanDle Such matte AND aSSuRE THE plaintiff Recieues All Documents ENTERD A. Rulings.

ON 1-10-05 & 1-12-05 THis plaintiff JoHN AllEN again Sent A Follow up letteR TO JuDge HAROlL BAKeR, AND TO THE ChieF CleRk oF THE CouRT MR. JoHN M. WATERS, (please see ENcloseD letteR TO JuDge H. BAKer maileD 1-12-05 — 1-10-05, WRITTEN 1-10-05.
Pg 2 of 4

Sense THE mailing OF THIS LAST LETTER THIS plaintiff HAS NOT yet Heard ANY thing From THIS COUR. OF ITS clerks AND THIS plaintiff Fears A Ruling may HAVE Been MADE THAT He HAS NOT Been MADE AWARE OF.

ENClosed IS PRINT OUT OF All THE mail Sent OUT OF THE Pontiac CORR. Centers mail Room By THE plaintiff By U.S. mail AND THE COURT Can see where THE DATE Circled VARIFYS ████ THE plaintiffs Facts, THAT THE DEFenDents motions were answerd, AND placed IN U.S. mail TO THE Clerk OF THE COURT AND TO ASST. STATES ATTORNEY (william atkins) ATTORNEY FOR THE DefenDents (2, days pryer TO THE 111 Day DeadLine THE plaintiff WAS given TO ANSWER.

IN Closing, THE plaintiff seeks A Vedio Confellence WITH THE Presiding Judge HAROLD BAKER, OR ANY Judge ASSIGNED TO THIS CASE TO explain why THE ████ plainti, HAS Heard Nothing From THIS COURT IN THE PAST 30 Da, AS TO ITS Rulings ON THE plaintiffs FileD motions, w THERE'S A Delay From THIS COURT TO THE plaintiff, IF THE plaintiff IS granteD His EXTENTION OF Time, LAS; THE CURRENT STATUS OF THIS CASE.

THIS plaintiff Feels something IS Terriably Wrong WITH THE Delay OF THIS COURT AND ITS NOT answering AT All OR Showing ANYkinD OF Rulings ON THIS MATTER, plaintiff Also Fears THE Clerk HAS NOT Sent ANYthing TO THE plaintiff Regaurding THIS MATTER. THE ATTacheD NOTATIC OF THE plaintiffs IN & OUT going legal mail Confirms THE plaintiff HAS NOT HearD on single thing From THIS COURT Se; THE answering motions were FileD By THE plaintiff on 12-20-0 Please see Copies OF motions Sent IN By plaintiff, AND THE Dates mailed From INSTITUTION ON mail Room print OUT. Print OU; shows NO INComming mail TO THIS plaintiff, Sense 1-18-09 From ANOTHER COURT Issue, 12-10-04 IS when Day MOTION TO Dismiss WAS RecieveD. Respectfully Submitted, John Callen Sr.

B00298 JOHN ALLEN

LEGAL MAIL

| ORGANIZATION | OUTGOING | INCOMING |
|---|---|---|
| ARB | 07/02/04-07/13/04-<br>07/15/04-07/21/04-<br>08/19/04-09/16/04-<br>09/29/04(2)-1/3/05- | 08/24/04-09/09/04-<br>1/6/05- |
| JESSE MONTGOMERY, DEPUTY DIRECTOR | | 07/06/04- |
| JOHN HOWARD ASSN | 06/19/04 (RETURNED) - | |
| LEO GHONTOUS ATTY | 07/13/04-07/28/04-<br>08/25/04- | |
| PRB | 07/15/04-08/19/04-<br>01/04/05-(2) - | |
| KNOX CO CIRC COURT CLK | 07/21/04- | |
| IDOC | | 07/22/04-09/28/04- |
| U.S. DISTRICT CT. SPRINGFIELD | 08/09/04- | |
| KAREN M. BALA ATTY. | 08/11/04- | |
| CARL R. DRAPER, ATTY. | 08/23/04- | |
| CHARLES S. WATSON ATTY. | 08/23/04- | |
| STANLEY N. WASSER ATTY. | 08/23/08 | |
| GRADY & HOLLEY ATTY. | 08/23/04- | |
| HOWARD W. THELDMAN ATTY | 08/23/04- | |
| PATRICIA L HAYES ATTY. | 08/23/04- | |
| HOLLEY & ROSEN ATTY. | | 08/26/04- |
| CLERK CENTRAL US DIST COURT, PEORIA | 09/03/04-12/20/04- _Answer To Defendents 3 motion_<br>01/10/05-01/12/05- | |
| BARBARA CLINITE ATTY | 09/21/04 (RETURNED) -<br>10/01/04 (RETURNED) - | |
| JUDGE HAROLD BAKER | 09/21/04-01/12/05 _Sent Follow up letter_ | |
| JUDGE JOHN DORMAN | 10/06/04- | |
| JUDGE TIM LUCAS | 10/14/04- | |
| PEORIA CO CIRC CT CLRK | 11/10/04-11/19/04- | |
| PEORIA CO STATES ATTY | 12/20/04- _Answer To Def. motions To (William Watkins)_ | 12/10/04 _Recieve Def. motion To Dismiss From (W) Watk_ |
| PEORIA CO CHIEF JUDGE | | 1/18/05 (ARRIVED IN MAIL ROOM TORN OPEN) - |

END OF CARD

NOTE:
NOTHING HAS BEEN RECIEVED Fr
THIS DISTRICT COURT Sense Plaintiff
RESPONSE TO DEF. MOTION TO DISMISS m

IN THE

UNITED STATES DISTRICT COURT

Central District Peoria Illinois

JOHN ALLEN SR.

Plaintiff,

)
)
) Case No. 04/1295
)
)
)

v.

Mike McCoy, ETAL

Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the Court
JOHN M. WATERS
100 N.E. MONROE ST.
Peoria Ill. 61602

TO: Judge HAROLD BAKER
& The Chief District Judge
100 N.E. MONROE. ST.
Peoria IL. 61602

PLEASE TAKE NOTICE that on ___1-24___, 2005, I have placed the
documents listed below in the institutional mail at __Pontiac__ Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal

Service: From the Pontiac
Correctional Center P.O. BX 99
Pontiac Ill. 61617 (Sent with money voucher to.
Record payment AND Date.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury,
that I am a named party in the above action, that I have read the above documents, and that the
information contained therein is true and correct to the best of my knowledge.

DATE: __1-24-04__

/s/ John E. allen Sr.
NAME: John Allen SR.
IDOC#: B00298/
Pontiac Correctional Center
P.O. BOX 99
Pontiac, IL 61764

Revised Jan 2002