Central District Court
Central District of Illinois
Peoria Illinois

John Allen Sr.
            Plaintiff,
vs.

Mike McCoy, et al
            Defendants,

Case No. 04-1295

FILED
JAN 13 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

---

## Motion to Order Defendents to be Served at Last Known Addresses or Place of Employment by Peoria County's Sheriffs Department.

Now comes the plaintiff John Allen Sr, pro se Requesting this Honorable Court to order the Peoria County Sheriffs Dept. to serve District Sommons on Defendents and Ex-County Officers Tanya Gibbs, and Jefferey Gualandi, the plaintiff request this order for reasons as follows.

(1.) The Defendents in question are the officers overseeing the plaintiff and the jail pod where the plaintiff resided in the jail.

(2.) The unserved defendents are key defendents to the plaintiffs accusasions and claim and need to be found.

(3.) The Jails Records could and should show the Phone Numbers and last known Addresses of the two unserved Defendents

The plaintiff now respecfully ask this court to

Pg 1 of 2          1/26/5     AAK

ENTER A ORDER ordering THE Peoria County Jail officials TO HanD oveR ANY LAST known ADDresses anD phone Numbers FoR DeFenDents Tanya GiBBS AND Jeffery Gualandi TO THE U.S. MARShal To ensure they will Be serveD shoulD eitHer Defendent Be FounD AT THE last known ADDresses THe Peoria County Jail shoulD HAve on RecorD Being THey were once employeD By THE Peoria County SheriFFS oFFice.

Now comes THis plaintiFF RespectFully Asking THis motion Be granted IN Hopes oF locating THe 2 unserveD ex-county Jail oFFicers.

Respect Fully submitted,
M. John E. allen Sr.
P.O. Bx 99
Pontiac, Ill. 61764

---

### PROOF OF SERVICE

I JOHN ALLEN SR. Pro'se swear unDER THE penalty oF pur Jury THAT THis Document HAs Been ServeD TO THE Following By U.S. Mail, Postage paid By JoHN AllEN SR. SENT FRom Pontiac, CoRR. Center on 12-17-04.

John E. allen Sr.
P.O. Bx 99
Pontiac Ill. 61764

TO: Clerk of the Court
District Court, Peoria County
100 N.E. Monroe room 309
Peoria, Ill. 61602
(3 copies)

TO: attorney at law
For: Mikke McCoy, et Al,
M. William W.P. Atkins
Peoria County Court House room 111
Peoria, Ill. 61602  (3 copies)

Pg. 2 of 2

Dear Honorable Judge Harold Baker,    1-10-05

I am writing you in regards to my pending Complaint Case no. 04-1295 RE: ALLEN VS. MCCOY, ETAL. On or about Dec. 9, 2004 I recieved by U.S. mail the following Documents from the Defendents attorney, assistant states attorney (William W. P. Atkins)

1. Memorandum of law in support of defendents motion to dismiss.

2. The Defendents motion to dismiss

3. The defendents motion to Suspension of Discovery on a temporary basis.

On Dec. 17, 2004 I the plaintiff sent out by U.S. mail my responses to these motions filed by the defendents where I was only given 14 days to respond. Dec. 22, 2004. in response to these filed motions by the defendents and there counsil, I the plaintiff sent to the clerk of your court and to Defendents ▮▮▮▮ attorney (William W. P. Atkins) the following with the correct amount of copies to each party by U.S. mail from the Pontiac Corr. Center and have proof of the date my response was mailed.

On Dec. 17, 2004 I the plaintiff John E. Allen B00298 sent the following.

1. Plaintiffs motion for extension of time in the amount of 60 to 90 days from this court

Pg 1 of 3

2. Motion to Dismiss / Strike the ■ defendents motion to suspension of discovery temporarily.

3. Motion to order the defendents to present the last known addresses or any information known to the plaintiff and U.S. Marshals of the 2 defendents who hasn't been served. (①. Tanya Dibbs, & ② Jeffery Duabandi)

Your Honor, I have proof of the date these motions I prepared were sent out by U.S. mail from the Pontiac Corr. Center on Dec. 17, 2004. These motions should have been recieved by your clerk before or on the deadline date of Dec. 22, 2004. the 14 days required. Today is Dec. 10, 2005 and I the plaintiff have not recieved anykind of response from your clerk. as always I the plaintiff did include an extra copy for the clerk of the court to return to me stamped filed.

Enclosed are copies of the motions I sent out on 12-17-04 in response to the defendents motions. I wish to know know what the courts delay is on if I will or will not recieve my extention of time I am intittled to and its ruling on my responses to the other motions entered so I my know how to proceed. Please know that proof of service was written and added with the plaintiffs reply motions.

Respectfully submitted,
Inmate John E. Allen #. B00298
Pontiac Corr. Center.

# Certificaat of Service

I JOHN ALLEN SR. HERE BY CERTIFY AND swear UNDER THE penalty OF purJury THAT I HAVE Served copies OF THIS Document IN TOTAl OF 3 pages TO THE Following people IN case No. 04-1295 ALLEN vs. mike mccoy, ETAL. BY U.S. mail leaving THE Pontiac corr. Center on 1-10-04.

I FurTHER Declare UNDER THE penalty OF purJury THAT All STATEments IN THese 3 Documents ARE TRUE AND TO THE BEST OF my knowledge. THESE legal Documents HAVE BEEN Served TO AND Sent BY U.S. mail TO THE Following.

① JOHN m. WATERS
Clerk OF THE COURT
305 U.S. COURT HOUSE (Rm 309)
100 N.E. MONROE ST.
Peoria, ILL. 61602

② Judge,
HAROLD BAKER & Clerk
Federal Court BuilDing
305 U.S. COURT HOUSE
100 N.E. MONROE ST.
Peoria, IL. 61602

Affiant John E. Allen SR. B00298
P.O. BX 99
PONTIAC IL. 61764          Pg 3 of 3