Respondent:
Mr. John Allen B00298
Pontiac Corr. Center,
Pontiac, Ill. 61764

RECEIVED FEB 15 2005 JOHN M. WATERS, CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

FILED FEB 15 2005 JOHN M. WATERS, CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

DATE:

Dear Mr. Waters,

I am writting you in regaurds to my pending Claim, case no. 1:04-cv-1295.

Recently the Judge (Harold Baker) orderd the Defendents in the above case to turn over any and all information the Peoria County Jail has on the 2 unserved defendents in this case, (Tanya Dibbs, & Jefferey Dalaundi) such as there last known addresses and phone numbers. To be handed over to you, the U.S. Marshals in hopes of them being served.

(1.) I need to know if this information has been re-cieved from the defendents and for it to also be handed over to me as discovery for my files sense I am a pro-se lidigant.

(2.) If you have recieved the information if I must re-do the marshal forms (If so please send me a new civil packet from your office)

(3.) The defendents had until Feb. 7, 05 to turn over this information, if they haven't I need to know if I can now file my motion of default by judgement on the grounds of there lack to obey Judge Bakers orders.

I need a ergent response from your office right away please on the above matter. (Please do not forget to send my new civil claim packet please)

Thank You Mr. John E. Allen Sr. (Carbon copy)

1 of 1