IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
MAR 0 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOHN E. ALLEN SR.,
    Plaintiff
v.
Mike McCoy, Steve Smith,
Detective Fisher, Tonya Gibbs,
Jeffrey Gualandi,
    Defendants,

Case No. 04-1295

MOTION TO SUBMIT DECLARATION
WITH SUPPORTING DOCUMENTS AND
EXHIBITS

Now Comes the Plaintiff, John E. Allen SR., Pro-se for Motion To Submit Declaration with Supporting Documents And Exhibits, pursuant to Rule 7(a)(b) Federal Rules of Civil Procedure. The Plaintiff states as follows:

MOTION TO SUBMIT DECLARATION WITH SUPPORTING
DOCUMENTS AND EXHIBITS

Plaintiff submit this Declaration with Supporting Document and Exhibits before this Honorable Court, and humbly request this Court to allow the same before ruling on Defendants' MOTION TO DISMISS.

WHEREFORE, Plaintiff, John E. Allen Sr., prays that this Honorable Court grant admittance of this Motion To Submit Declaration with Supporting Documents and Exhibits.

RESPECTFULLY SUBMITTED
JOHN E. ALLEN SR., Plaintiff, Pro-se
By: /s/ John E. Allen M.
JOHN E. ALLEN SR., Plaintiff, Pro-se
Register No. B00298
Pontiac Correctional Center
P.O. Box-99
Pontiac, Illinois 61764

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

JOHN E. ALLEN SR.,  )
          Plaintiff,  )
v.  )  Case No. 04-1295
   )
Mike McCoy, Steve Smith,  )
Detective Fisher, Tonya Gibbs,  )
Jeffrey Gualandi,  )
          Defendants.  )

CERTIFICATE OF SERVICE

I, JOHN E. ALLEN SR., Plaintiff, pro-se, hereby certify that on the 18th day of February, 2005, I caused a true and correct copy of the attached MOTION TO SUBMIT DECLARATION WITH SUPPORTING DOCUMENTS AND EXHIBITS to be served upon:

Mike McCoy
301 Maxwell Rd.
Peoria Co. Jail
Peoria, Ill.
61604

Steve Smith
301 Maxwell Rd.
Peoria Il.
Peoria Co. Jail
61604

Detective Fisher
301 Maxwell Rd.
Peoria Co. Jail
Peoria Il.
61604

Tonya Gibbs
301 Maxwell Rd.
Peoria Co. Jail
Peoria Il.
61604

Jeffrey Gualandi
301 Maxwell Rd.
Peoria Co. Jail
Peoria Ill.
61604

John Waters
100 N.E. Monroe Rm 309
Peoria IL. 61602
Clerk of the Court

by depositing the same in the United States Mail at P.O. Box-99, Pontiac Correctional Center, Pontiac, Illinois 61764, postage fully prepaid and addressed as aforesaid.

By: /s/ John E. Allen Sr.
John E. Allen Sr., Plaintiff, Pro-se
Register No. B00298
Pontiac Correctional Center
P.O. Box-99
Pontiac, Illinois 61764

2 of 2