E-FILED
Wednesday, 02 March, 2005  02:57:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
MAR 0 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOHN E. ALLEN SR.,
    Plaintiff,
v.

Mike McCoy, Steve Smith,
Detective Fisher, Tonya Gibbs,
Jeffrey Gualandi, Defendants.

Case No. 04-1295

MOTION For Response In Opposition To MOTION TO DISMISS

Now comes the Plaintiff, John E. Allen, pro-se, For Motion For Response In Opposition To Defendants Motion To Dismiss pursuant to Rule 7(b) of the Federal Rules of Civil Procedure. The Plaintiff states as follows:

Motion For Response In Opposition To Motion To Dismiss For Failure To State A Claim

Defendants claims contained in the Motion To Dismiss do not support or warrant dismissal of Plaintiffs complaint because Plaintiff do state a claim upon which relief can be granted.

WHEREFORE, Plaintiff, John E. Allen Sr., prays that this Honorable Court grant this Complaint against all of the above-named Defendants herein.

RESPECTFULLY SUBMITTED,

JOHN E. ALLEN SR., Plaintiff

By: /s/ John E. Allen Sr.
John E. ALLEN SR., Pro-se
Register No. B00298
Pontiac Correctional Center
P.O. Box-99
Pontiac, Illinois 61764

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

JOHN E. ALLEN SR., )
　　　　　　　Plaintiff, )
V )
 ) Case No. 04-1295
MIKE McCOY, STEVE SMITH, )
DETECTIVE FISHER, TONYA GIBBS, )
JEFFREY GUALANDI, )
　　　　　　　Defendants. )

## CERTIFICATE OF SERVICE

I, JOHN E. ALLEN SR., Plaintiff, pro-se, hereby certify that on the 18 day of February, 2005, I caused a true and correct copy of the attached Motion For Response In Opposition To Motion to Dismiss to be served upon:

Mike McCoy
301 Maxwell RD.
Peoria Co. Jail
Peoria Il. 61604

Steve Smith
301 Maxwell RD.
Peoria Co. Jail
Peoria Il. 61604

Detective Fisher
301 Maxwell RD.
Peoria Co. Jail
Peoria Il. 61604

Tonya Gibbs
301 Maxwell RD.
Peoria Co. Jail
Peoria Il. 61604

Jeffrey Gualandi
301 Maxwell RD.
Peoria Co. Jail
Peoria Il. 61604

by depositing the same in the United States Mail at Pontiac, (P.O. Box-99) Correctional Center, Pontiac, Illinois, postage fully prepaid and addressed as aforesaid.

By: /S/ John E. Allen Sr.
JOHN E. ALLEN SR., Pro-Se
Register No. B00298
Pontiac Correctional Center
P.O. Box-99
Pontiac, Illinois 61764

2 of 2

STATE OF ILLINOIS )
                  )SS
COUNTY OF         )

## AFFIDAVIT

I, JOHN ALLEN SR., do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

THAT THE COURT HAS prior knowledge THAT THE Mail Room FoR THE PonTiac CORR. CenTER IS UNDERSTAFFED AND FOR THE LAST 5 TO 6 mos. THERE HAS Been long Delays with mail Being sent out. THEREFORE THE plaintiff Needs TO ADDRess TO THIS COURT THAT IF THIS MOTION IS LATE OR ExCeeDS THE 2-25-05 DeaDline THAT IT IS NOT THE Fault OF THE plaintiff. THE Court Should know THAT ON 2-18-2005 THE Following Documents WAS placed IN THE U.S. mail By THE Plaintiff FOR THE MailRoom STAFF TO process ON 2-18-05 THese DoCumens ARE AS Follows.
① Pages From THE Peoria Co. Jail Hand Book, Pg 1, 13, 14, 15. (EXIBIT 2) Rules & Regulations
② motion FoR Response IN opposition TO motion TO Dismiss AND proof OF service
③ motion For Response To motion To Dismiss FOR Failure To STATE A Claim. 1-17 + EXIBITS 1-0
④ 1 AFFIDaviT PerTaining To mail STAFF shortage.
⑤ motion To submit DeclARation With supporting Doc-uments AND Exibits 1-0.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 18 day of Febuary, 2005.

*John E. allen Sr.*
JoHN E. AlleN                          Affiant
B00298
P.O. Box 99, PonTiac CoRR. CenTER
PonTiac, Ill. 61764