AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

John Allen, Sr. B00298

v.

McCoy, et al.

Alias
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1295

TO: (Name and address of Defendant)

Jeff Sialandi

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Allen, Sr. B00298
Pontiac Correctional Center
PO Box 99
Pontiac, IL. 61764

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John Waters                          4-14-05
CLERK                                   DATE
s/ R. Knox
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

John Allen, Sr., B00098

Alias

**SUMMONS IN A CIVIL CASE**

V.

McCoy, et al.

CASE NUMBER: 04-1295

TO: (Name and address of Defendant)

Tanya Globos

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Allen, Sr., B00098
Pontiac Correctional Center
PO Box 99
Pontiac, IL. 61764

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

S/ J Waters    4-14-05
CLERK          DATE
S/ R. Knox

(By) DEPUTY CLERK