

# United States District Court
### central district of illinois

**JOHN M. WATERS**
clerk of court

**TEL:** 309.671.7117
**FAX:** 309.671.7120

#### office of the clerk
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

May 18, 2005

John Allen, Sr. B00298
Pontiac Correctional Center
PO Box 99
Pontiac, IL 61764

Re: 04-1295
    Return of Service unexecuted for
    defendants Jeff Gualandi and Tonya Gibbs

Dear Mr. Allen:

    As the attached copy of the docket sheet indicates, the U.S. Marshal's service has returned an unexecuted summons as to one or more of the named defendants. In its order granting leave to proceed in forma pauperis, the court provided for attempted service by the U.S. Marshal. However, ultimately it is the plaintiff's responsibility to locate and effect service on the defendants pursuant to Fed. R. Civ. P. 4. Each defendant must be served within 120 days of the date the complaint was filed. The court may dismiss the complaint as to any defendant not served within that time period. See Fed. R. Civ. P. 4(m).

                              /s/ John M. Waters
                              JOHN M. WATERS
                              CLERK, U.S. DISTRICT COURT

Enclosure:  docket