UNITED STATES DISTRICT COURT Central
DISTRICT OF ILLINOIS

JOHN E. ALLEN SR.
   Plaintiff
  VS.
MIKE McCOY et, AL
   Defendents

CASE NO: 04-1295
Judge HAROLD BAKER
Presiding

04-1295

DATE: 5-19-05

E-FILED
Monday, 23 May 2005 12:12:45 PM
Clerk, U.S. District Court, ILCD
MAY 23 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PlainTIFFS NOTICE OF CHANGE OF ADDRESS

Now comes THE plainff, JOHN ALLEN SR, pro'se AND Hereby Files his Notice of Change of Address, AND For said Notice plaintiff, Allen, Submitts:

① On May 24, 2005 I JOHN Allen will Be Released From THE Illinois Dept. OF Corrections Pontiac Corr. Center, P.O. Bx 99, Pontiac Ill. 61764

② My Future AND current Address As of May 24, 2005 will Be 718 MARY St., Peoria Ill. 61603 THE plaintiff Is Requesting A STATUS check on THE Above case From THE Clerk of THIS court AND THAT All Future mail Be Addressed to THE 718 MARY St. Address From THIS Court.

③ THE plaintiff Futher wishes THE court to know THAT Sense His Entry OF Answering THE Defendents Motion to Dismiss of Feb. 25, 2005. The plaintiff HAS Not Recieved Any Response From THIS court AND IS Requesting A STATUS check.

          Respectfully submitted by,
          JOHN E. Allen, B00298
          Pontiac Corr. Center.
          Pontiac IL. 61764

STATE OF ILLINOIS    )
                     )SS
COUNTY OF            )

## AFFIDAVIT

I, __JOHN E. ALLEN SR.__ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

Court that on 5-19-05 I wrote to Clerk of the Central the Clerk of the court in the Central Devision in Peoria Ill, Peoria County in regaurds to a status update on the case no. inclosed 04-1295 on the current status sence the Plaintiffs response to the defendents Motion to Dismiss case 04-1295. In which the plaintiff did answer and filed with this court on or about Feb. 25, 2005 and March 1, 2005. Sence then this plaintiff has recieved no response from the court as of this date

The plaintiff further advises this court and Clerk of the Court of his release from the Ill. dept. of Corrections on 5-24-05 and includes his forwarding address in a letter to the Clerk of the court and in this affidavit. The plaintiffs new address as of 5-24-05 will be as follows
718 Mary St.
Peoria Ill. 61603
Respectfully
_John E. Allen Sr._

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __18__ day of __MAY__, 200__5__.

_John E. Allen Sr._
                                                        Affiant

2 of 3

IN THE
UNITED STATES DISTRICT
COURT CENTRAL DISTRICT
OF ILLINOIS

JOHN ALLEN )
Plaintiff, )
) Case No. 04-1295
v. )
)
MIKE McCOY ET, AL )
Defendant )

**PROOF/CERTIFICATE OF SERVICE**

TO: Clerk of the Court (JOHN WATERS) CENTRAL DISTRICT OF Ill. Federal Court Building Room 309 100 N.E. Monroe Peoria Il. 61602

TO: Peoria Co. States Attorneys office Defendents Attorney 324 Main ST. Peoria, Ill. 61602

PLEASE TAKE NOTICE that on May 19, 20 05, I have placed the documents listed below in the institutional mail at Pontiac Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Notice of Change of Address and Status Report on 04-1295 Case. (New Address) - 718 Mary ST. Peoria IL. 61603.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: May 18, 05

/s/ John F. Allen Sr.
NAME: JOHN. F. ALLEN SR.
IDOC#: B00298
Pontiac Correctional Center
P.O. BOX 99
Pontiac IL., IL 61764

Revised Jan 2002

3 of 3