John E Allen B00298
PCC
PO Box 99
Pontiac, IL 61764

FILED

JUN - 1 2005

JOHN M WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS



| | **United States District Court** | |
|---|---|---|
| **JOHN M. WATERS**<br>clerk of court | **central district of illinois**<br>**office of the clerk**<br>309 U.S. COURTHOUSE<br>100 N.E. MONROE STREET<br>PEORIA, ILLINOIS 61602 | **TEL:** 309.671.7117<br>**FAX:** 309.671.7120 |

May 18, 2005

John Allen, Sr. B00298
Pontiac Correctional Center
PO Box 99
Pontiac, IL 61764

Re: 04-1295
  Return of Service unexecuted for
  defendants Jeff Gualandi and Tonya Gibbs

Dear Mr. Allen:

  As the attached copy of the docket sheet indicates, the U.S. Marshal's service has returned an unexecuted summons as to one or more of the named defendants. In its order granting leave to proceed in forma pauperis, the court provided for attempted service by the U.S. Marshal. However, ultimately it is the plaintiff's responsibility to locate and effect service on the defendants pursuant to Fed. R. Civ. P. 4. Each defendant must be served within 120 days of the date the complaint was filed. The court may dismiss the complaint as to any defendant not served within that time period. See Fed. R. Civ. P. 4(m).

                                                    John M. Waters
                                                    JOHN M. WATERS
                                                    CLERK, U.S. DISTRICT COURT

Enclosure: docket

22, PRISONER, PRISONER, TRANSF

# U.S. District Court
## Central District of Illinois (Peoria)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01295-HAB-JAG

| | |
|---|---|
| Allen v. McCoy et al | Date Filed: 08/13/2004 |
| Assigned to: Judge Harold A. Baker | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge John A. Gorman | Nature of Suit: 550 Prisoner: Civil Rights |
| Case in other court: Springfield Division, 04-03177 | Jurisdiction: Federal Question |
| Cause: 42:1983 Prisoner Civil Rights | |

**Plaintiff**

**John E Allen**
*Sr*

represented by **John E Allen**
B00298
PCC
Pontiac Correctional Center
PO Box 99
Pontiac, IL 61764
PRO SE

V.

**Defendant**

**Mike McCoy**
*Sheriff*

represented by **William W P Atkins**
PEORIA COUNTY STATES ATTORNEY
324 Main St
Room 111
Peoria, IL 61602
309-672-6017
Fax: 309-672-6029
Email: batkins@co.peoria.il.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve Smith**
*Jail Superintendent*

represented by **William W P Atkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**. Fisher**
*Detective*

represented by **William W P Atkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tanya Gibbs**
*Jail Officer*

**Defendant**

**Jeffrey Gualandi**
*Jail Officer*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2004 | 1 | PETITION TO PROCEED IN FORMA PAUPERIS and Complaint against. Fisher, Tanya Gibbs, Jeffrey Gualandi, Mike McCoy, Steve Smith , filed by John E Allen.(CC, ilcd) (Entered: 08/16/2004) |
| 08/26/2004 |  | TEXT ORDER: The plaintiff filed this 42 U.S.C. Section 1983 case for alleged violations of his constitutional rights while in Peoria County Jail. Peoria County Jail is part of the Central District of Illinois, but it is within the district's Peoria Division. Accordingly, the Court directs the clerk to transfer this case to the United States District Court for the Central District of Illinois, Peoria Division. See 28 U.S.C. 1391(a). The new case number in the Peoria Division is 04-1295. The clerk of court is directed to mail the file to the Peoria Division. All future pleadings shall be filed in Peoria under the new case number 04-1295. Entered by Judge Harold A. Baker on 8/26/04. (CC, ilcd) (Entered: 08/26/2004) |
| 09/01/2004 | 2 | MOTION to Appoint Counsel by Plaintiff John E Allen. Responses due by 9/15/2004 (CAD, ilcd) (Entered: 09/02/2004) |
| 09/07/2004 | 3 | Letter from pro se plaintiff stating he'd never received a filed-stamped copy of his complaint (ML, ilcd) (Entered: 09/08/2004) |
| 09/09/2004 | 4 | PREPAYMENT ORDER entered by Judge John A. Gorman on September 9, 2004,directing partial fee of $6.61 to be paid by 10/7/2004, or case will be dismissed. (ML, ilcd) (Entered: 09/09/2004) |
| 09/09/2004 |  | MERIT REVIEW ORDER entered by Judge Harold A. Baker on 9/9/04: This case is set for merit review. The court is required by 28 U.S.C. Section 1915A to "screen" the plaintiff's complaint, and through such process to identify and dismiss any legally insufficient claim, or the entire action if warranted. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." The plaintiff must be prepared to identify each of his claims and defendants during the hearing. The clerk is to notify the plaintiff's place of incarceration and to issue a writ for the plaintiff's participation in the video/telephone conference call. Merit Review Hearing set for Thursday, 10/21/2004 at 02:30 PM by video conference (court to initiate conference) before Judge Harold A. Baker.(CAD, ilcd) (Entered: 09/09/2004) |
| 09/13/2004 | 5 | VIDEO Writ of Habeas Corpus Issued as to Pro se Plaintiff John E. Allen, Sr. for appearance for Merit Review set on Thursday, 10/21/04 at 2:30 p.m. (CAD, ilcd) (Entered: 09/13/2004) |
| 09/22/2004 | 6 | MOTION to Appoint Counsel; MOTION for Order directing the clerk to |

| | | |
|---|---|---|
| | | send back copies filed by Plaintiff John E Allen. Responses due by 10/6/2004 (ML, ilcd) (Entered: 09/24/2004) |
| 10/07/2004 | 🔵 | TEXT ORDER- This cause is before the court for case management. The plaintiff submitted a complaint with proposed motions within the complaint. The plaintiff's motion for trust fund documents is denied. The clerk of the court can obtain the necessary trust fund ledgers. The plaintiff's proposed interrogatories and requests for documents are striken. The plaintiff should not file discovery documents with the court. In addition, the defendants have not been served in this case and will not be served until after the merit review hearing on October 21, 2004 at 2:30p.m. The plaintiff's motions for appointment of counsel are denied. [d/e 2, 6-1]. Appointment of counsel is not warranted in this case. Neither the legal issues raised in the complaint nor the evidence that might support the plaintiff's claims are so complex or intricate that a trained attorney is necessary. It should additionally be noted that the court grants pro se litigants wide latitude in the handling of their lawsuits. Therefore, the plaintiff's motion for appointment of counsel is denied pursuant to Maclin v. Freake, 650 F.2d 885, 887-89 (7th Cir. 1981). See also Merritt v. Faulkner, 697 F.2d 761 763 (7th Cir. 1983) and Jackson v. County of McLean, 953 F.2d 1070, 1071 (7th Cir. 1992). The plaintiff's motion for a copy of his complaint and attachments is granted. [d/e 6-1]. The plaintiff is advised that in the future he should keep a copy of all documents he files with the court. Entered by Judge Harold A. Baker on 10/7/04. (TD, ilcd) (Entered: 10/07/2004) |
| 10/07/2004 | 🔵7 | MOTION for Reconsideration of the Court's 4 Prisoner Prepayment Order of 9/9/04 by Plaintiff John E Allen. Responses due by 10/21/2004 (ML, ilcd) (Entered: 10/08/2004) |
| 10/21/2004 | 🔵 | Minute Entry for proceedings held before Judge Harold A. Baker : Merit Review Hearing held on 10/21/2004. Appearance of plaintiff pro se. Plaintiff's oral motion for continuance of hearing; Denied. A case management order to be entered. (Court Reporter TJ.) (KW, ilcd) (Entered: 10/21/2004) |
| 10/29/2004 | 🔵8 | ORDER entered by Judge Harold A. Baker on 10/29/04. It is therefore Ordered that: 1) The plaintiff has adequately alleged that the defendants violated his Fourteenth Amendment rights when they were deliberately indifferent to his health and safety when he was a pretrial detainee. 2) All other intended claims are dismissed for failure to state a claim upon which relief can be granted. 3) The plaintiff's motion to waive the initial partial payment is granted [d/e 7]. A scheduling order shall be entered. (RK, ilcd) (Entered: 10/29/2004) |
| 11/01/2004 | 🔵9 | PRISONER SCHEDULING ORDER entered by Judge John A. Gorman on November 1, 2004: Plaintiff's motion to proceed without full prepayment of fees and costs granted. U.S. Marshal to serve defendants. Defendants to answer or respond to plaintiff's complaint within 20 days. Cause set for further scheduling procedures under Fed. R. Civ. P. 16 by video conference. Rule 16 Scheduling Conference set for 2/10/2005 02:30 PM in by video conference (court to initiate conference) before |

| | | |
|---|---|---|
| | | Judge Harold A. Baker. Clerk to issue video writ. Clerk to notify parties of their option to consent to disposition of this case before a U.S. Magistrate Judge. (ML, ilcd) (Entered: 11/01/2004) |
| 11/01/2004 | 10 | COMPLAINT against Dfts Fisher, Tanya Gibbs, Jeffrey Gualandi, Mike McCoy, Steve Smith, filed by John E Allen.(ML, ilcd) (Entered: 11/01/2004) |
| 11/01/2004 | 11 | Summons Issued as to Dfts Fisher, Tanya Gibbs, Jeffrey Gualandi, Mike McCoy, Steve Smith and given to US Marshal to serve (ML, ilcd) (Entered: 11/01/2004) |
| 12/01/2004 | 12 | Summons Returned Unexecuted by plaintiff John E Allen as to dft Jeffrey Gualandi - returned marked: "No longer employed by Peoria County Sheriff's Dept". (ML, ilcd) (Entered: 12/02/2004) |
| 12/01/2004 | 13 | Summons Returned Unexecuted by plaintiff John E Allen as to dft Tanya Gibbs - returned marked: "No longer employed by Peoria County Sheriff's Dept". (ML, ilcd) (Entered: 12/02/2004) |
| 12/01/2004 | 15 | SUMMONS Returned Executed as to dft Fisher - served on 11/22/2004, answer due 12/13/2004. (ML, ilcd) (Entered: 12/02/2004) |
| 12/01/2004 | 16 | SUMMONS Returned Executed as to dft Steve Smith - served on 11/22/2004, answer due 12/13/2004. (ML, ilcd) (Entered: 12/02/2004) |
| 12/01/2004 | 17 | SUMMONS Returned Executed as to dft Mike McCoy - served on 11/22/2004, answer due 12/13/2004. (ML, ilcd) (Entered: 12/02/2004) |
| 12/02/2004 | 14 | NOTICE to pro se plaintiff re 12 Summons Returned Unexecuted, 13 Summons Returned Unexecuted and time limit on serving same, sent by clerk (ML, ilcd) (Entered: 12/02/2004) |
| 12/08/2004 | 18 | EDIT BY CLERK: DISMISSED PER TEXT ORDER 12/9/4: MOTION to Dismiss by Defendants Mike McCoy, Steve Smith. Responses due by 12/22/2004 (Atkins, William) Modified on 12/9/2004 (HK, ilcd). Modified on 12/9/2004 (HK, ilcd). (Entered: 12/08/2004) |
| 12/08/2004 | 19 | EDIT BY CLERK: DISMISSED PER TEXT ORDER OF 12/9/4: MEMORANDUM in Support re 18 MOTION to Dismiss filed by Defendants Mike McCoy, Steve Smith. (Atkins, William) Modified on 12/9/2004 (HK, ilcd). Modified on 12/9/2004 (HK, ilcd). (Entered: 12/08/2004) |
| 12/08/2004 | 20 | EDIT BY CLERK: DISMISSED PER TEXT ORDER of 12/9/04: MOTION for Extension of Time to Complete Discovery by Defendants Mike McCoy, Steve Smith. Responses due by 12/22/2004 (Atkins, William) Modified on 12/9/2004 (HK, ilcd). (Entered: 12/08/2004) |
| 12/08/2004 | 21 | MOTION to Dismiss by Defendant Fisher. Responses due by 12/22/2004 (Atkins, William) Modified on 12/9/2004 to add Defendants McCoy & Smith also filed this motion (HK, ilcd). (Entered: 12/08/2004) |
| 12/08/2004 | 22 | MEMORANDUM in Support re 21 MOTION to Dismiss filed by |

| | | |
|---|---|---|
| | | Defendant Fisher. (Atkins, William) Modified on 12/9/2004 to add filers McCoy & Smith (HK, ilcd). (Entered: 12/08/2004) |
| 12/08/2004 | 23 | MOTION for Extension of Time to STAY Discovery by Defendant Fisher. Responses due by 12/22/2004 (Atkins, William) Modified on 12/9/2004 to add additional filers of McCoy & Smith (HK, ilcd). Modified on 1/21/2005 to reflect STAY discovery not extend. (HK, ilcd). (Entered: 12/08/2004) |
| 12/09/2004 | 24 | NOTICE to Pltf notifying him his response to 21 MOTION to Dismiss is due w/i 14 days of today (cc: all counsel & Pla)(HK, ilcd) (Entered: 12/09/2004) |
| 12/09/2004 | | TEXT ORDER- Due to a computer filing error, the defendants have inadvertently filed the same motions twice. The court will therefore dismiss documents #18, 19, 20. The court will consider the corrected documents #21, 22, 23. Entered by Judge Harold A. Baker on 12/9/04. (TD, ilcd) (Entered: 12/09/2004) |
| 12/21/2004 | 25 | MOTION for Extension of Time to File Response/Reply as to 23 MOTION for Extension of Time to Complete Discovery & 21 MOTION to Dismiss (filed as Pla motion for extensino of time to defendants motions to dismiss & defendants motion for temporary suspension of discovery) by Plaintiff John E Allen. Responses due by 1/4/2005 (HK, ilcd) (Entered: 12/22/2004) |
| 12/21/2004 | 26 | RESPONSE to 23 MOTION for Extension of Time to Complete Discovery (filed as Motion & Memorandum by Pla to dismiss/strike Defendants motion for temporary suspension of discovery)filed by Plaintiff John E Allen. (HK, ilcd) (Entered: 12/22/2004) |
| 12/21/2004 | 27 | MOTION for Order for Defendants to be served at last known address or place of employment by Peoria County's Sheriffs Department by Plaintiff John E Allen. Responses due by 1/4/2005 (HK, ilcd) (Entered: 12/22/2004) |
| 01/11/2005 | | Prisoner Prepayment Fee received in the amount of $ 15.00; receipt number P11687. (KB, ilcd) (Entered: 01/12/2005) |
| 01/13/2005 | 28 | MOTION for Extension of Time to File Response to Defendants: [23 MOTION for Temporary Suspension of Discovery 21 MOTION to Dismiss by Plaintiff John E Allen. Responses due by 1/27/2005 (HK, ilcd) (Entered: 01/13/2005) |
| 01/13/2005 | 29 | MOTION to order defendants to be served at last known address or place of employment by Peoria Countys Sheriffs Dept by Plaintiff John E Allen. Responses due by 1/27/2005 (HK, ilcd) (Entered: 01/13/2005) |
| 01/13/2005 | 30 | MOTION & Memorandum by Plaintiff to Strike Defendants: 23 MOTION for Extension of Time to Complete Discovery, 21 MOTION to Dismiss by Plaintiff John E Allen. Responses due by 1/27/2005 (HK, ilcd) (Entered: 01/13/2005) |
| 01/13/2005 | 31 | Letter dated 1/10/05 from Pla Allen wanting to know why the delay in |

|  |  |  |
|---|---|---|
|  |  | ruling on motions (HK, ilcd) (Entered: 01/13/2005) |
| 01/24/2005 | 🔵 | Reset Response Deadline as to 21 MOTION to Dismiss: Responses due by 2/25/2005, pursuant to text order of 1/24/05. (ML, ilcd) (Entered: 01/24/2005) |
| 01/24/2005 | 🔵 | ORDER entered by Judge Harold A. Baker on January 24, 2005. This cause is before the Court for case management. The hearing scheduled pursuant to Rule 16 of the Federal Rules of Civil Procedure on February 10, 2005, is CANCELED and the writ is recalled. The hearing will be rescheduled if necessary after consideration of the pending motion to dismiss. The Court is granting in part and denying in part 25 Plaintiff's Motion for Extension of Time to File Response/Reply re 21 Motion to Dismiss and to Stay Discovery. The Court will allow defendants' Motion to Stay Discovery until after consideration of the motion to dismiss 23. The main issue in the motion to dismiss is whether or not the plaintiff fully exhausted his administrative remedies before filing suit. This is not a complex issue. In his response, the plaintiff should inform the Court of any steps he took to exhaust his administrative remedies. The Court will allow the plaintiff some additional time to file a response. The Court notes that the plaintiff has now filed one response dated 12/21/04. If the plaintiff wishes to file any additional response, it must be filed on or before February 25, 2005. The defendants should allow the plaintiff access to his legal box in order to meet this deadline. The plaintiff's Motion for Order directing the defendants to provide the last known addresses of Defendants Tanya Gibbs and Jeffery Gualandi is granted 27. The defendants are ordered to provide these addresses to the clerk of the court and the U.S. Marshal's office within fourteen days, by 2/7/05, if not previously provided.(ML, ilcd) (Entered: 01/24/2005) |
| 01/26/2005 | 🔵32 | Letter from pro se plaintiff filed with (Attachments: # 1 copy of motion for extension of time, # 2 copy of motion to order dfts to be served, and # 3 copy of motion and memo to dismiss/strike dfts motion for temporary suspension of discovery) (ML, ilcd) (Entered: 01/26/2005) |
| 01/26/2005 | 🔵 | Prisoner Prepayment Fee received in the amount of $ 11.00; receipt number P11807 mailed to prisoner. (ML, ilcd) (Entered: 01/27/2005) |
| 02/07/2005 | 🔵33 | **+++ SEALED DOCUMENT - letter from Assistant State's Attorney providing the last known addresses for dfts Jeffrey Gualandi and Tanya Gibbs to the US Marshal and Clerk of the Court . (ML, ilcd) (Entered: 02/07/2005)** |
| 02/07/2005 | 🔵 | Prisoner Prepayment Fee received in the amount of $ 4.00; receipt number P11906 mailed to prisoner. (ML, ilcd) (Entered: 02/08/2005) |
| 02/15/2005 | 🔵34 | Letter from pro se plaintiff asking if the defendants had provided the two unserved defendants' addresses to the US Marshal and the Court. (ML, ilcd) (Entered: 02/16/2005) |
| 03/02/2005 | 🔵35 | MOTION for Leave to File Declaration with Supporting Documents and Exhibits by Plaintiff John E Allen. Responses due by 3/16/2005 (ML, ilcd) (Entered: 03/02/2005) |

| | | |
|---|---|---|
| 03/02/2005 | ●36 | AFFIDAVIT by plaintiff John E Allen, filed as: "Declaration". (ML, ilcd) (Entered: 03/02/2005) |
| 03/02/2005 | ●37 | MOTION for Leave to File Response in Opposition to Motion to Dismiss by Plaintiff John E Allen. Responses due by 3/16/2005 (ML, ilcd) (Entered: 03/02/2005) |
| 03/02/2005 | ●38 | MEMORANDUM OF LAW in Opposition to 21 MOTION to Dismiss filed by Plaintiff John E Allen. (ML, ilcd) (Entered: 03/02/2005) |
| 03/02/2005 | ●39 | AFFIDAVIT re 38 Memorandum in Opposition to Motion/Petition by John E Allen. (ML, ilcd) (Entered: 03/03/2005) |
| 03/09/2005 | ● | Prisoner Prepayment Fee received in the amount of $ 10.00; receipt number P12185 mailed to prisoner. (ML, ilcd) (Entered: 03/10/2005) |
| 03/31/2005 | ● | Prisoner Prepayment Fee received in the amount of $ 20.00; receipt number P12368. (KB, ilcd) (Entered: 04/04/2005) |
| 04/14/2005 | ●40 | Alias Summons and USM 285 Issued as to Tanya Gibbs, Jeffrey Gualandi. (RK, ilcd) (Entered: 04/14/2005) |
| 04/21/2005 | ● | Prisoner Prepayment Fee received in the amount of $ 5.00; receipt number P12548 mailed to prisoner. (ML, ilcd) (Entered: 04/25/2005) |
| 05/10/2005 | ● | Prisoner Prepayment Fee received in the amount of $ 2.00; receipt number P12695. (KB, ilcd) (Entered: 05/11/2005) |
| 05/16/2005 | ● | Prisoner Prepayment Fee received in the amount of $ 5.00; receipt number P12747. (KB, ilcd) (Entered: 05/17/2005) |
| 05/18/2005 | ●41 | Alias Summons Returned Unexecuted as to defendant Tanya Gibbs - individual no longer works at Peoria County Jail - no other address available at this time. (KB, ilcd) (Entered: 05/18/2005) |
| 05/18/2005 | ●42 | Alias Summons Returned Unexecuted as to defendant Jeffrey Gualandi - individual no longer works at Peoria County Jail - no other address available at this time. (KB, ilcd) (Entered: 05/18/2005) |
| 05/18/2005 | ●43 | Letter from Clerk's Office to plaintiff re: summons returned unexecuted for defendants Gualandi and Gibbs. (KB, ilcd) (Entered: 05/18/2005) |