**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| JOHN E. ALLEN SR., ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 04-1295 |
| MIKE McCOY, STEVE SMITH, ) | |
| DETECTIVE FISHER, TONYA GIBBS, ) | |
| JEFFREY GUALANDI ) | |
| Defendants. ) | |

**ANSWER**

Now come the Defendants, MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER by and through their attorneys, KEVIN W. LYONS, State's Attorney of Peoria County and WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, and for their Answer to Plaintiff's Complaint state as follows:

**A.   CLAIMS AGAINST DEFENDANTS IN THEIR OFFICIAL CAPACITIES**

1. Defendants admit that Mike McCoy is the Sheriff of Peoria County.

2. Defendants admit that Steve Smith is Superintendent of the Peoria County Jail.

3. Defendants admit that Detective Fisher is employed by the Peoria County Sheriff but deny that he works in the Peoria County Jail division of the Peoria County Sheriff's Office.

4. Defendants admit that Plaintiff was an inmate in the Peoria County Jail on August 12, 2002

5. Defendants admit that Plaintiff was injured when he fought with at least one other inmate on August 12, 2002.

6. Defendants admit that Plaintiff was given medical treatment at the Peoria County Jail upon his request and then transported to a hospital for treatment.

7. Defendants deny Plaintiff's remaining allegations.

**WHEREFORE**, Defendants pray that judgment be entered in their favor and that the relief requested in Plaintiff's Complaint be denied.

## AFFIRMATIVE DEFENSES

Now come the Defendants by their attorneys, KEVIN W. LYONS, State's Attorney of Peoria County, WILLIAM W. P. ATKINS, Assistant State's Attorney, and for their affirmative defense to Plaintiff's Complaint against them in their official capacity state as follows:

1. That Plaintiff's claims are barred because he failed to exhaust his administrative remedies.

2. That Plaintiff's claims are barred by the statute of limitations.

**WHEREFORE**, Defendants pray that judgment be entered in their favor and that the relief requested in Plaintiff's Complaint be denied.

**D.   CLAIMS AGAINST DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES**

1. Defendants admit that Mike McCoy is the Sheriff of Peoria County.

2. Defendants admit that Steve Smith is Superintendent of the Peoria County Jail.

3. Defendants admit that Detective Fisher is employed by the Peoria County Sheriff but deny that he works in the Peoria County Jail division of the Peoria County Sheriff's Office.

4. Defendants admit that Plaintiff was an inmate in the Peoria County Jail on August 12, 2002

5. Defendants admit that Plaintiff was injured when he fought with at least one other inmate on August 12, 2002.

6. Defendants admit that Plaintiff was given medical treatment at the Peoria County Jail upon his request and then transported to a hospital for treatment.

7. Defendants deny Plaintiff's remaining allegations.

**WHEREFORE**, Defendants pray that judgment be entered in their favor and that the relief requested in Plaintiff's Complaint be denied.

WPA/05/allen answer.doc/plf

## **AFFIRMATIVE DEFENSES**

Now come the Defendants by their attorneys, KEVIN W. LYONS, State's Attorney of Peoria County, WILLIAM W. P. ATKINS, Assistant State's Attorney, and for their affirmative defense to Plaintiff's Complaint against them in their official capacity state as follows:

1. That Plaintiff's claims are barred because he failed to exhaust his administrative remedies.

2. That Plaintiff's claims are barred by the statute of limitations.

3. That Defendants are entitled to qualified immunity.

**WHEREFORE**, Defendants pray that judgment be entered in their favor and that the relief requested in Plaintiff's Complaint be denied.

RESPECTFULLY SUBMITTED,
MIKE McCOY, STEVE SMITH, and
DETECTIVE FISHER
Defendants

KEVIN W. LYONS
State's Attorney of Peoria County

**s/ William W. P. Atkins**
William Attorney Bar Number: 6228780
Attorney for Defendants
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: batkins@peoriacounty.org

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOHN E. ALLEN,                  )<br>    Plaintiff,     )<br>v.                               )<br>               )<br>MIKE McCOY, STEVE SMITH,         )<br>DETECTIVE FISHER, TONYA GIBBS,   )<br>JEFFREY GUALANDI                 )<br>    Defendants.    ) | Case No. 04-1295 |

## CERTIFICATE OF SERVICE

I, WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, hereby certify that on the 2nd day of August, 2005, I caused a true and correct copy of the attached Answer to be served upon:

  John Allen
  718 Mary Street
  Peoria, IL 61603

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.

                 **s/ William W. P. Atkins**
                 William Attorney Bar Number: 6228780
                 Attorney for Defendants
                 Peoria County Courthouse
                 324 Main Street, Room 111
                 Peoria, Illinois 61602
                 Telephone: (309) 672-6017
                 Fax: (309) 495-4914
                 E-mail: batkins@peoriacounty.org