

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 17, 2005

John E. Allen
718 Mary Street
Peoria, IL  61603

Case Name:  Allen v. McCoy, et al.
Case No. :  04-1295

    As the attached copy of the docket sheet indicates, the U.S. Marshal's service has returned an unexecuted summons as to one or more of the named defendants.  In its order granting leave to proceed in forma pauperis, the court provided for attempted service by the U.S. Marshal.  However, ultimately it is the plaintiff's responsibility to locate and effect service on the defendants pursuant to Fed. R. Civ. P. 4.  Each defendant must be served within 120 days of the date the complaint was filed.  The court may dismiss the complaint as to any defendant not served within that time period.  See Fed. R. Civ. P. 4(m).

                                        JOHN M. WATERS
                                        CLERK, U.S. DISTRICT COURT

Enclosure:  docket