E-FILED
Tuesday, 15 November, 2005 01:36:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS Peoria County

John E. Allen Sr.
Plaintiff

vs.

Mike McCoy et, al
Defendents

Case No 04-1295

Honorable Judge,
Harold Baker Presiding

FILED
NOV 14 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion For Appointment Of Counsil

Now comes the plaintiff John E. Allen Sr. Pro Se prayerfully requesting to this Honorable Court that legal counsil now be appointed in this case for the following reasons.

1.) Plaintiff is indigent and cannot afford to hire counsil.

2.) Plaintiff is not edducated enough with law and how to prepare legal documents and answer legal documents recently sent by the court and defendents, and needs legal assistance.

3.) Plaintiff has been unsecessful over the last year in obtaining legal counsil in Central Ill.

4.) The case at hand has just become to complicated for the plaintiff to continue on his on.

For the above reasons the plaintiff humblely request that appointment of be orderd in this case.

Respectfully, Submitted
Mr. John E. Allen Sr. B00298
Ill. Dept. Of Corrections

Given to C/O Burger on 11-9-05 P.C.J.

1 of 2

DATE: 10-10-0[?]

## Letter Seeking Continuence

CASE NO 041295

ATTN:

Mr. W.P. Atkins Attorney at Law, Mike McCoy et, al,

I John Allen Sr. am in reciept of your letter advising me of the deposition hearing scheduled Nov. 21, 2005 at 9 am

Please be advised that I have recently been incarcerated and am currently being held at the Peoria Co Jail. It is possible I will be transported back to Ill. Dept. of Corr on or about 11-10-05 and may not be available for this hearing/deposition ect. Therefore I am advising you and the courts that I am still yet seeking counsil to represent me and unable to pre-pare for any such hearing/deposition ect. At this time due to my lack of knowledge of the law and my recent incarceration.

I feel a 90 day continuence is needed and have petitioned the courts for such time to answer any and all documents sent from you and all defendant

Should you need to contact me I can be reached in the Ill. Dept. of Corrections or at the 718 Mary Street Address you already have.

Respecfully Submitted
John E. Allen Sr.
B00298  I.D.O.C.
Currently at: Peoria Co. Jail

1 of 2

NOTICE OF FILING / PROOF OF SERVICE

I JOHN ALLEN SR. SWEAR UNDER THE PENALTY OF PURJURY THAT ALL STATEMENTS IN THIS DOCUMENT TO BE TRUE, AND THAT THIS DOCUMENT HAS BEEN MAILED TO THE CLERK OF THE DISTRICT COURT AT 100 N.E. MONROE ST. Peoria IL. 61602 AND TO COUNSIL FOR THE DEFENDENTS IN CASE NO. 04-1295 TO WILLIAM W. P. ATKINS AT 324 MAIN ST. Peoria, IL. 61602 AT THE PEORIA CO. STATES ATTORNEYS OFFICE ON 11-10-05 BY US MAIL FROM THE PEORIA CO JAIL CHAPLINES OFFICE. THAT COPIES FOR EACH DEFENDENT IS ALSO INCLUDED.

RESPECTFULLY, SUBMITTED

INMATE

JOHN E. ALLEN SR. B00298
CURRENTLY AT Peoria CO JAIL
301 MAXWELL RD. Peoria ILL, 61604
CURRENTLY AWAITING TRANSPORT TO
ILL. DEPT. OF CORRECTIONS ON 10-10-05

2 of 2

# **INMATE REQUEST FORM**

I am interested in, or have a question about:

( ) Programs (GED, Recreation, AA, etc.)
( ) Religious services/counseling
( ) Classification
( ) Inmate Disciplinary Procedures
( ) Department Superintendent of Programs & Services
( ) Jail Chaplain
( ) Services/Classification Director
( ) Department Superintendent of Operations

( ) Other _____

TO: _Judy Moss_   DATE: _11-9-05_
FROM: _John Allen_   CELL BLOCK: _H-4-TL_

COMPLAINT OR PROBLEM: _Judy I don't have the self addressed envelopes until my indigent package comes on Monday. The court requires 2 copies of these documents and the states Attorneys office requires 4 and I'm only asking for 4 copies. Look I leave for I.D.O.C. Tomorrow I need this in the mail today. Please, I need 3 more copies._

SIGNATURE: _John Allen Jr._ / _John E Allen Sr._
(written) / (printed)

## **RESPONSE**

TO: _____  DATE: _____

_____
_____
_____
_____
_____

SIGNATURE: _____  TITLE: _____

u:\dataword\forms\form01.doc    ( 5M ~ 4/2005 )

# INMATE REQUEST FORM

I am interested in, or have a question about:

( )  Programs (GED, Recreation, AA, etc.)
( )  Religious services/counseling
( )  Classification
( )  Inmate Disciplinary Procedures
( )  Department Superintendent of Programs & Services
( )  Jail Chaplain
( )  Services/Classification Director
( )  Department Superintendent of Operations

( )  Other _____

TO: Judy Moss                    DATE: 11-9-05
FROM: John Allen                 CELL BLOCK: H-4-

COMPLAINT OR PROBLEM: For 2 days I've asked my POD officer that I've needed Xerox copies for legal matters, I am indigent and have no money or the books and need to get these documents in the U.S. mail before my transfer to I.D.O.C. on 11-10-05. The jail should have a policy for "indigent" inmates needing legal copies. I need that service and my crys are being ignored.

SIGNATURE: John E. Allen  /  JOHN E. ALLEN SR.
           (written)              (printed)

## RESPONSE

TO: _____    DATE: _____

_____
_____
_____
_____

SIGNATURE: _____    TITLE: _____

u:\dataword\forms\form01.doc    ( 5M ~ 4/2005 )