**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| JOHN E. ALLEN SR., ) | |
|          Plaintiff, ) | |
| v. ) | Case No. 04-1295 |
| ) | |
| MIKE MCCOY, STEVE SMITH, ) | |
| DETECTIVE FISHER, TONYA GIBBS, ) | |
| JEFFREY GUALANDI ) | |
|          Defendants. ) | |

**RESPONSE TO PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**
**AND OTHER RELIEF**

Now come Defendants, MIKE MCCOY, STEVE SMITH, and DETECTIVE FISHER by their attorney, KEVIN W. LYONS, State's Attorney of Peoria County, WILLIAM W. P. ATKINS, Assistant State's Attorney, and respond to Plaintiff's Motion for Appointment of Counsel and Other Relief as follows:

1. Plaintiff filed this case on August 13, 2004 and filed a Motion to Appoint Counsel on September 1, 2004 followed by a second Motion to Appoint Counsel on September 22, 2004.

2. Both of Plaintiff's Motions to Appoint Counsel were denied by this Court on October 7, 2004. In ruling on those motions, the Court stated, "Appointment of counsel is not warranted in this case. Neither the legal issues raised in the complaint nor the evidence that might support the plaintiff's claims are so complex or intricate that a trained attorney is necessary."

3. Plaintiff has not alleged any change in the nature of this litigation that would require the appointment of an attorney, but merely alleges that he is not educated enough to answer documents sent to him by Defendants and the Court. In the belief that the documents he is referencing are the discovery requests sent by Defendants, Defendants have attached a copy of the discovery requests to this response.

4. Review of the attached discovery requests will reveal that Plaintiff has not been asked to provide anything that would require a high level of education. The requests essentially ask Plaintiff to give details of what he alleges happened to him when he was in the Peoria County Jail. The Plaintiff should not require the assistance of an attorney to be able to honestly answer the Defendant's discovery requests.

5. Plaintiff has also included with his Motion for Appointment of Counsel a request for a 90 day continuance to respond to Defendant's discovery requests. Since Defendant's requests are not complicated and the Plaintiff should have responded by November 14, 2005 in accord with F.R.C.P. Rules 33, 34, and 36, this request should also be denied.

WHEREFORE, Defendants MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER respectfully request that this Honorable Court deny the Plaintiff's Motion for Appointment of Counsel and Other Relief and grant any other and further relief to Defendants that this Honorable Court deems just and equitable.

RESPECTFULLY SUBMITTED
MIKE MCCOY, STEVE SMITH, and
DETECTIVE FISHER
Defendants

KEVIN W. LYONS
State's Attorney of Peoria County

**s/ William W. P. Atkins**
William Attorney Bar Number: 6228780
Attorney for Defendants
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: batkins@peoriacounty.org

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| JOHN E. ALLEN SR., ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 04-1295 |
| MIKE MCCOY, STEVE SMITH, ) | |
| DETECTIVE FISHER, TONYA GIBBS, ) | |
| JEFFREY GUALANDI ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, hereby certify that on the 28th day of November, 2005, I caused a true and correct copy of the attached Response to Plaintiff's Motion for Appointment of Counsel and Other Relief to be served upon:

    John Allen, #B00298
    Pontiac Correctional Center
    700 West Lincoln Street
    P.O. Box 99
    Pontiac, IL 61764

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.

          **s/ William W. P. Atkins**
          William Attorney Bar Number: 6228780
          Attorney for Defendants
          Peoria County Courthouse
          324 Main Street, Room 111
          Peoria, Illinois 61602
          Telephone: (309) 672-6017
          Fax: (309) 495-4914
          E-mail: batkins@peoriacounty.org