**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| JOHN E. ALLEN SR., ) | |
|     Plaintiff, ) | |
| v. ) | Case No. 04-1295 |
| ) | |
| MIKE McCOY, STEVE SMITH, ) | |
| DETECTIVE FISHER, TONYA GIBBS, ) | |
| JEFFREY GUALANDI ) | |
|     Defendants. ) | |

## INTERROGATORIES

Now come Defendants, MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER by their attorney, KEVIN W. LYONS, State's Attorney of Peoria County, WILLIAM W. P. ATKINS, Assistant State's Attorney, and pursuant to Rule 33 of the Federal Rules of Civil Procedure, serves the following Interrogatories upon the Plaintiff to be answered under oath within 30 days after service:

1. **Interrogatory No. 1:** State the name, address and phone number of any lay witness who will testify at trial together with the subject of their testimony.

2. **Interrogatory No. 2:** State the name, address and phone number of all expert witnesses, if any, who will testify at trial together with the subject of their testimony.

3. **Interrogatory No. 3:** Give full details of each and every occasion on August 12, 2002 that the Plaintiff requested medical attention and did not receive medical attention. Details include but are not limited to:
   a. Time of request;
   b. Who was present when Plaintiff made request;
   c. Whether request was oral or written; and
   d. Which nurse failed to provide requested medical attention.

4. **Interrogatory No. 4:** Describe all details of grievances and other documents filed by Plaintiff concerning fear for safety of Plaintiff.

5. **Interrogatory No.** 5 Describe all details of grievances and other documents filed by Plaintiff concerning inadequate medical attention for Plaintiff.

6. **Interrogatory No. 6:** Describe all details of any evidence that Defendant Detective Fisher acted with deliberate indifference to Plaintiff's health and safety.

7. **Interrogatory No.** 7: Describe all details of any evidence that Defendant Steve Smith acted with deliberate indifference to Plaintiff's health and safety.

8. **Interrogatory No.** 8: Describe all details of any evidence that Defendant Mike McCoy acted with deliberate indifference to Plaintiff's health and safety.

9. **Interrogatory No.** 9: State all actual harm or damage which Plaintiff suffered as a result of the alleged deliberate indifference to his health and safety.

10. **Interrogatory No.** 10: List any and all individuals who would have information regarding Plaintiff's Claims.

MIKE McCOY,
STEVE SMITH, and
DETECTIVE FISHER

By:   KEVIN W. LYONS
      State's Attorney of Peoria County

_____
**WILLIAM W. P. ATKINS**
Assistant State's Attorney
Room 111, Peoria County Courthouse
324 Main St.
Peoria, IL 61602
(309) 672-6900

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| JOHN E. ALLEN SR., ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 04-1295 |
| MIKE McCOY, STEVE SMITH, ) | |
| DETECTIVE FISHER, TONYA GIBBS, ) | |
| JEFFREY GUALANDI ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

I, WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, hereby certify that on the _____ day of _____, 2005, I caused a true and correct copy of the attached Interrogatories to be served upon:

>John Allen
>718 Mary Street
>Peoria, IL 61603

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.

By: _____
**WILLIAM W. P. ATKINS**
Assistant State's Attorney of Peoria County
Room 111, Peoria County Courthouse
324 Main Street
Peoria, IL 61602
(309) 672-6900