E-FILED
Monday, 28 November, 2005  10:31:44 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| JOHN E. ALLEN SR., | ) |
|             Plaintiff, | ) |
| v. | ) |
| | )  Case No. 04-1295 |
| MIKE McCOY, STEVE SMITH, | ) |
| DETECTIVE FISHER, TONYA GIBBS, | ) |
| JEFFREY GUALANDI | ) |
|             Defendants. | ) |

### REQUEST FOR PRODUCTION OF DOCUMENTS

The Defendants, MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER, pursuant to Rule 34 of the Federal Rules of Civil Procedure, request that you produce the following described documents in whatever form you have kept them, organized and labeled to correspond with the categories in the request, and delivered to the office of Defendant's attorney within 30 days after service of this request.

Identify any requested document which you claim to be work product or subject to any common law or statutory privilege, and with respect to each document, specify the legal basis for the claim.

"Document" as used in this request includes all writings, drawings, photographs, audio tapes, video tapes, digital recordings and all computer stored information, including discs, tapes and printouts.

**Request No. 1:** All documents relating to your answer to Defendant's Interrogatory No. 1.

**Request No. 2:** All documents relating to your answer to Defendant's Interrogatory No. 2.

**Request No. 3:** All documents relating to your answer to Defendant's Interrogatory No. 3.

**Request No. 4:** All documents relating to your answer to Defendant's Interrogatory No. 4.

**Request No. 5:** All documents relating to your answer to Defendant's Interrogatory No. 5.

**Request No. 6:** All documents relating to your answer to Defendant's Interrogatory No. 6.

**Request No. 7:** All documents relating to your answer to Defendant's Interrogatory No. 7.

**Request No. 8:** All documents relating to your answer to Defendant's Interrogatory No. 8.

**Request No. 9:** All documents relating to your answer to Defendant's Interrogatory No. 9.

**Request No. 10:** All documents relating to your answer to Defendant's Interrogatory No. 10.

MIKE McCOY,
STEVE SMITH, and
DETECTIVE FISHER
Defendants

KEVIN W. LYONS
State's Attorney of Peoria County


By: _____
    **WILLIAM W. P. ATKINS**
    Assistant State's Attorney
    Peoria County Courthouse
    324 Main Street, Room 111
    Peoria, IL 61602
    (309) 672-6900

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| JOHN E. ALLEN SR., ) | |
|           Plaintiff, ) | |
| v. ) | |
| ) | Case No. 04-1295 |
| MIKE McCOY, STEVE SMITH, ) | |
| DETECTIVE FISHER, TONYA GIBBS, ) | |
| JEFFREY GUALANDI ) | |
|           Defendants. ) | |

**CERTIFICATE OF SERVICE**

      I, WILLIAM W. P. ATKINS, Assistant State's Attorney for the County of Peoria, State of Illinois, hereby certify that on the _____ day of _____, 2005, a copy of the attached Request for Production of Documents was served on:

      John Allen
      718 Mary Street
      Peoria, IL 61603

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.

By: _____
     **WILLIAM W. P. ATKINS**
     Assistant State's Attorney
     Peoria County Courthouse
     324 Main Street, Room 111
     Peoria, IL 61602
     (309) 672-6900