IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOHN E. ALLEN SR., )<br>      Plaintiff, )<br>v. )<br>)<br>MIKE McCOY, STEVE SMITH, )<br>DETECTIVE FISHER, TONYA GIBBS, )<br>JEFFREY GUALANDI )<br>      Defendants. ) | Case No. 04-1295 |

## REQUESTS FOR ADMISSION

Defendants, MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER by their attorney, KEVIN W. LYONS, State's Attorney of Peoria County, WILLIAM W. P. ATKINS, Assistant State's Attorney, request Plaintiff within 30 days after service, pursuant to Rule 36 of the Federal Rules of Civil Procedure, to make the following admissions for the purpose of this action only and subject to all pertinent objections to admissibility which may be interposed at trial:

1. That each of the following documents, exhibited with this request, is genuine:
   a. Eight (8) pages of medical records for John E. Allen, Sr. from treatment received at the Peoria County Jail on August 12 and 13, 2002.
   b. Inmate Request Form signed by T. Purdle, Mark Hoover, Andrew Lehman, and Demetrius Moore.
   c. Ten (10) pages of Jail Incident Reports prepared by various Peoria County Jail staff regarding incidents occurring on or about August 12, 2002.
2. That each of the following statements is true:
   a. Plaintiff, John E. Allen, Sr., refused medical treatment on August 12, 2002 at approximately 7:30 p.m.
   b. Plaintiff, John E. Allen, Sr., again refused medical treatment on August 12, 2002 at approximately 9:30 p.m.

  c. Plaintiff, John E. Allen, Sr., caused injury to his eye by striking his head against his cell door at approximately 10:50 p.m. on August 12, 2002.

  d. Plaintiff, John E. Allen, Sr., was taken to Medical at the Peoria County Jail on August 12, 2002 at approximately 10:55 p.m.

MIKE MCCOY,
STEVE SMITH, and
DETECTIVE FISHER

KEVIN W. LYONS
State's Attorney of Peoria County

_____
**WILLIAM W. P. ATKINS**
Assistant State's Attorney
Room 111, Peoria County Courthouse
324 Main St.
Peoria, IL 61602
(309) 672-6900

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| JOHN E. ALLEN SR., ) | |
|         Plaintiff, ) | |
| v. ) | |
| ) | Case No. 04-1295 |
| MIKE McCOY, STEVE SMITH, ) | |
| DETECTIVE FISHER, TONYA GIBBS, ) | |
| JEFFREY GUALANDI ) | |
|         Defendants. ) | |

## CERTIFICATE OF SERVICE

    I, WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, hereby certify that on the _____ day of _____, 2005, I caused a true and correct copy of the attached Requests for Admissions to be served upon:

        Mr. John E. Allen, Sr.
        718 Mary St.
        Peoria, IL 61603

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.


By: _____
     **WILLIAM W. P. ATKINS**
     Assistant State's Attorney of Peoria County
     Room 111, Peoria County Courthouse
     324 Main Street
     Peoria, IL 61602
     (309) 672-6900