**E-FILED**
Wednesday, 07 December, 2005  03:20:41 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| JOHN E. ALLEN SR., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 04-1295 |
| MIKE McCOY, STEVE SMITH, | ) | |
| DETECTIVE FISHER, TONYA GIBBS, | ) | |
| JEFFREY GUALANDI | ) | |
| Defendants. | ) | |

### MOTION TO DISMISS FOR WANT OF PROSECUTION

Now come Defendants, MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER by their attorney, KEVIN W. LYONS, State's Attorney of Peoria County, WILLIAM W. P. ATKINS, Assistant State's Attorney, and file this Motion to Dismiss for Want of Prosecution.  In support thereof Defendants state as follows:

1.    Under F.R.C.P. Rule 41(b) this cause should be dismissed because Plaintiff has not complied with the F.R.C.P. Rules 33, 34, and 36 and has also not complied with this Court's previous orders.

2.    Under F.R.C.P. Rule 37(d) this cause should be dismissed because Plaintiff has not complied with discovery requests as required.

WHEREFORE, Defendants MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER respectfully request that this Honorable Court dismiss this cause with prejudice and grant any other and further relief to Defendants that this Honorable Court deems just and equitable.

RESPECTFULLY SUBMITTED,
MIKE McCOY, STEVE SMITH, and
DETECTIVE FISHER
Defendants

KEVIN W. LYONS
State's Attorney of Peoria County


**s/ William W. P. Atkins**
William Attorney Bar Number: 6228780
Attorney for Defendants
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: batkins@peoriacounty.org

G:\Civil\batkins\2005\Allen motion to dismiss.doc

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

JOHN E. ALLEN SR., )
                Plaintiff, )
v. )
                                ) Case No. 04-1295
MIKE McCOY, STEVE SMITH, )
DETECTIVE FISHER, TONYA GIBBS, )
JEFFREY GUALANDI )
          Defendants. )

**CERTIFICATE OF SERVICE**

I, WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, hereby certify that on the 7th day of December, 2005, I caused a true and correct copy of the attached Motion to Dismiss for Want of Prosecution to be served upon:

> John Allen, Sr. B00298
> Peoria County Jail
> 301 Maxwell Road
> Peoria, IL 61604

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.

**s/ William W. P. Atkins**
William Attorney Bar Number: 6228780
Attorney for Defendants
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: batkins@peoriacounty.org

G:\Civil\batkins\2005\Allen motion to dismiss.doc