IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOHN E. ALLEN SR., ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 04-1295 |
| MIKE McCOY, STEVE SMITH, ) | |
| DETECTIVE FISHER, TONYA GIBBS, ) | |
| JEFFREY GUALANDI, ) | |
| Defendants. ) | |

**MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS FOR WANT OF PROSECUTION**

Now come Defendants, MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER by their attorney, KEVIN W. LYONS, State's Attorney of Peoria County, WILLIAM W. P. ATKINS, Assistant State's Attorney, and file this Memorandum in support of Motion to Dismiss for Want of Prosecution. In support of this Motion Defendants state as follows:

1.  Plaintiff filed this case on August 13, 2004.

2.  On November 1, 2004, Magistrate Judge Gorman entered a Scheduling Order requiring Plaintiff to "immediately notify the court of any change in his mailing address and telephone number." That Order also stated, "Failure to notify the court of any change in the mailing address will result in dismissal of this lawsuit, with prejudice." Document #9.

3.  On July 12, 2005, Judge Baker ruled on Defendants' Motion to Dismiss (Doc. #21) and the Plaintiff's Responses to that Motion (Doc. # 30, 35, 36, 37, 38, and 39). In addition to disposing of those motions, the Court included scheduling deadlines in the Order, stated as follows: "The court will abide by the following scheduling deadlines: … 2) All

discovery in this case must be completed by Thursday December 1, 2005." Document #48.

4. Defendants served Interrogatories, Requests for Production of Documents, and Requests for Admissions on Plaintiff on October 11, 2005, which would have allowed Plaintiff until November 14, 2005 to respond under F.R.C.P. Rules 33, 34, and 36.

5. Defendants also scheduled a deposition of the Plaintiff for November 21, 2005 and sent notice to the Plaintiff on October 13, 2005.

6. Plaintiff was arrested on November 4, 2005 and transported to the Peoria County Jail, where he was held until November 10, 2005, when he was transported to the Illinois Department of Corrections.

7. Plaintiff informed this court of his new address by letter dated November 10, 2005. By the time the letter reached the Court or Defendant's counsel, Plaintiff had already been transported to the Illinois Department of Corrections.

8. Plaintiff's failure to notify the Court and Defendant's counsel in a timely fashion prevented rescheduling of Plaintiff's transportation to Illinois Department of Corrections and Defendants were unable to arrange with the Illinois Department of Corrections to transport Plaintiff back to Peoria for the deposition as scheduled.

9. Plaintiff still has not notified this Court of his actual location within the Department of Corrections, nor has he notified Defendant's counsel.

10. Plaintiff still has not tendered answers to any of the discovery requests served upon him, although he acknowledged receiving the discovery requests in his Motion for Appointment of Counsel and Other Relief, Doc. #53.

11. F.R.C.P. Rule 41(b) provides, "For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant."

12. F.R.C.P. Rule 37(d) provides,

    "If a party … fails (1) to appear before the officer who is to take the deposition, after being served with a proper notice, or 2) to serve answers or objections to interrogatories submitted under Rule 33, after proper service of the interrogatories, or 3) to serve a written response to a request for inspection under rule 34, after proper service of the request, the court in which the action is pending on motion may make such orders in regard to the failure as are just, and among others it may take any action authorized under subparagraphs (A), (B), and (C) of subdivision (b)(2) of this rule."

13. F.R.C.P. Rule 37(b)(2) allows the Court to take various actions, including "dismissing the action or proceeding or any part thereof, or rendering a judgment by default against the disobedient party."

14. The Seventh Circuit has previously upheld dismissals with prejudice because Plaintiffs have refused to cooperate in discovery and this is an appropriate case for dismissal with prejudice. *Lucien v. Breweur*, 9 F.3d 26 (1993); *Halas v. Consumer Service, Inc.*, 16 F.3d 161 (1994); *Stevens v. Greyhound Lines*, 710 F.2d 1224 (1987)

WHEREFORE, Defendants MIKE McCOY, STEVE SMITH, and DETECTIVE FISHER respectfully request that this Honorable Court dismiss this cause with prejudice for the Plaintiff's failure to prosecute this cause and for Plaintiff's failure to comply with this Court's discovery orders and grant any other and further relief to Defendants that this Honorable Court deems just and equitable.

    RESPECTFULLY SUBMITTED,
MIKE McCOY, STEVE SMITH, and
DETECTIVE FISHER
Defendants

KEVIN W. LYONS
State's Attorney of Peoria County

**s/ William W. P. Atkins**
William Attorney Bar Number: 6228780
Attorney for Defendants
Peoria County Courthouse
324 Main Street, Room 111
Peoria, Illinois 61602
Telephone: (309) 672-6017
Fax: (309) 495-4914
E-mail: batkins@peoriacounty.org

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| JOHN E. ALLEN SR., ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | Case No. 04-1295 |
| MIKE McCOY, STEVE SMITH, ) | |
| DETECTIVE FISHER, TONYA GIBBS, ) | |
| JEFFREY GUALANDI ) | |
|     Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, WILLIAM W. P. ATKINS, Assistant State's Attorney of Peoria County, hereby certify that on the 7th day of December, 2005, I caused a true and correct copy of the attached Memorandum in Support of Motion to Dismiss for Want of Prosecution to be served upon:

> John Allen, Sr. B00298
> Peoria County Jail
> 301 Maxwell Road
> Peoria, IL 61604

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.

> **s/ William W. P. Atkins**
> William Attorney Bar Number: 6228780
> Attorney for Defendants
> Peoria County Courthouse
> 324 Main Street, Room 111
> Peoria, Illinois 61602
> Telephone: (309) 672-6017
> Fax: (309) 495-4914
> E-mail: batkins@peoriacounty.org