

# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

**INMATE'S NAME:** Allen, John    **ID NUMBER:** 60888

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8/13/02 1700 | S/O) I/M returned from appt. c̄ Bond Eye Associates. Eye patch applied to OS. OS swollen c̄ sutures intact, ∅ drainage noted. Returned c̄ orders. Dr. notified. | P) Atropine gtts i gtt OS QID, Neosporin gtts i gtt OS QID, & Pred Forte gtts i gtt OS Q2°. T.O. c̄ Dr. Johnson / O. Radcliff LPN<br><br>N Johnson |

ATTACHMENT A

f:\julie\dataword\forms\form87.doc ~ (1000 – 12/2001)



# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

**INMATE'S NAME:** Allen, John          **ID NUMBER:** 60888

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8/13/02 1200 | SOA) Took eye gtts to Im. Im states "I just got bad news from my wife Theresa & I might do something. I would like to be moved T front c a blanket." Ref. to discuss why he would like to be moved c myself & c/o. Sgt. Pompa notified & denied Im's request to be moved. | P) Monitor closely. — D. Radcliff LPN |
| 1630 | SOA) ~~Took~~ error Took eye gtts to Im. Im states "This is the last time that I am asking you to move me or I hurt myself." Sgt. Pompa notified | P) Placed in restraint chair in cell s clothes & c blanket on per jail staff. Monitor. Schedule for mental health on 8/19/02. — D. Radcliff LPN |



# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

**INMATE'S NAME:** Allen, John          **ID NUMBER:** _____

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8.13.02 0430 | S/O/A IM has returned to PCJ c̄ orders to follow up c̄ apthomology today and to have Neosporn daily to site. Ice to affected areas x24° and sutures to be removed in 5 days. No other papers returned c̄ IM to PCJ. This nurse notified Rumel @ the ER who reports that he will fax all results to PCJ. | P. will call @ office hrs to make appointment c̄ opthomology sutures out × ice await results from MMC ER — Pinotoske |
| 8/13/02 245/pm | 1000 appt. made c̄ Dr. Bond today. B. Helen RN | |



# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

**INMATE'S NAME:** Allen, John                    **ID NUMBER:** _____

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8·13·02 1130 | S/O/A Received call from MMC ER. ER M.D. requesting to speak c̄ Dr Johnson. ER MD suspects IM c̄ fx of jaw and requesting X-Ray to rule out. | P: await w/o and/or RM's return Pr masoke |



# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

INMATE'S NAME: Allen, John         ID NUMBER: _____

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8·12·03 2330 | S/O Rob McCoy called c concerns of IM's transfer to MMC ER. Reports this info and IM is high security risk and requesting IM be-transported back c transport on 1st shift RH having more security help. | P: This nurse notified Dr Johnson c this info. N/O recieved for a N/S IM be transported on 1st shift. DCS Buchanan notified. —Pratt RN |
| 8·12·03 2345 | S/O/A DCS Buchanan called stating they recieved help for transport from a Deputy and will transport to MMC ER Tonight | P: await departure —Pratt RN |



# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

**INMATE'S NAME:** Allen, John          **ID NUMBER:** 6G888

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8·12·02 2250 | S/O/A Sargent Johnson called & reported that IM was smashing face on window of cell door spreading blood all over the door, and requesting medical attention | P. Instructed to have IM brought to medical. P Matoske [signature] |
| 8·12·02 2255 | S/O IM to medical being cooperative. ® eye laceration now gapping. The whole lid has opened up. ® eye patch put in place, and Dr Johnson called. A: ® eye laceration | P: V.O. per Dr Johnson to send to MMC ER for eval. Sargent Johnson and OCS Buchanon notified. P Matoske [signature] |



# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

INMATE'S NAME: Allen, John    ID NUMBER: _____

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 2030 8-12-02 | O/A Sargent Clauser called & reported that IM's eye had moderate bleed and was placed in H-SP R/T being noncooperative | P: await IMS cooperation to v cut eye — Pricaske |
| 8-12-02 2130 | S/O/A This nurse to H-SP to v/on IM. IM's ® eye c̄ moderate bleed, and swelling from about a 1 inch laceration just below eyebrow. IM c/o "I think my jaw is Fx", but reported he would not come to Medical for eval until 3rd shift | P: Will await IMS arrival to Medical after shift change. Pricaske |

# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

**INMATE'S NAME:** Allen, John    **ID NUMBER:** 60858

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8.12.02<br>1930 | S: Back up call to Q.4. IM in altercation c̄ another IM. IM aggressive and non cooperative stating he was not going to Medical unless he was garanteed sutures.<br>O: Fighting poss at cell door and due to IM noncooperative behavior was only able to see quick glance of IM's (L) eye. IM c̄ laceration just below (L) eye brow, and not gapping. IM was cleaning it @ sink.<br>A: Non compliant | P: Dr. Johnson notified of IM's noncompliance c̄ medical unless guaranteed sutures. v/o to just monitor until compliant.<br>_[signature]_ |



# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

INMATE'S NAME: Allen, John          ID NUMBER: 60888

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8/13/02 1700 | S0A) I/M returned from appt. c̄ Bond Eye Associates. Eye patch applied to OS. OS swollen c̄ sutures intact, ∅ drainage noted. Returned c̄ orders. Dr. notified. | P) Atropine gtts ĩ gtt OS QID, Neosporin gtts ĩ gtt OS QID, & Pred Forte gtts ĩ gtt OS Q2°. T.O. c̄ Dr. Johnson/O. Radcliff/lpn<br><br>N Johnson |

ATTACHMENT A

# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

INMATE'S NAME: Allen, John          ID NUMBER: 60888

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8/13/02 1200 | SOA) Took eye gtts to Im. Im states "I just got bad news from my wife Theresa & I might do something. I would like to be moved T front c a blanket." Ref. to discuss why he would like to be moved c myself & C/O. Sgt. Pompa notified & denied Im's request to be moved. | P) Monitor closely. — D. Radcliff LPN |
| 1630 | SOA) ~~Fook~~ 2/10 or Took eye gtts to Im. Im states "This is the last time that I am asking you to move me or I hurt myself." Sgt. Pompa notified | P) Placed in restraint chair in cell s̄ clothes & c̄ blanket on per jail staff. Monitor. Schedule for mental health on 8/19/02. — D. Radcliff LPN |



## PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
### MEDICAL PROGRESS NOTES

**INMATE'S NAME:** Allen, John     **ID NUMBER:** _____

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8-13-02 0430 | S/O/A I/M has returned to PCJ c̄ orders to follow up c̄ ophthalmology today and to have Neosporin daily to site. Ice to affected areas x24° and sutures to be removed in 5 days. No other papers returned c̄ I/M to PCJ. This nurse notified Rumel @ the ER who reports that he will fax all results to PCJ. | P. will call @ office hrs to make appointment c̄ ophthalmology. Sutures out × self await results from MMC ER. ―――― Pratt RN |
| 8/13/02 1000 | Appt. made c̄ Dr. Bond 245 PM today. | Mitchell RN |



## PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

INMATE'S NAME: Allen, John     ID NUMBER: _____

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8.13.02 130 | S/O/A Received call from MMC ER. ER M.D. requesting to speak č Dr Johnson. ER MD suspects IM č fx of jaw and requesting X-Ray to rule out. | P: await N/O / and or IM's return P. Massey(?) |



# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

**INMATE'S NAME:** Allen, John          **ID NUMBER:** _____

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8.12.02 2330 | S/O Rob McCoy called c̄ concerns of IM's transfer to MMC ER. Reports IM is high security risk and requesting IM be-transported back c̄ on 1st shift RT having more security help. | P. This nurse notified Dr Johnson c̄ this info and S/O recieved for a V/S transport on 1st shift. OCS Buchanan notified. Protasko |
| 8.12.02 2345 | S/O/A OCS Buchanan called stating they recieved help for transport from a Deputy and will transport to MMC ER Tonight | P. await departure Protasko |



# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

**INMATE'S NAME:** Allen, John    **ID NUMBER:** 6G888

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8·12·02 2250 | S/O/A Sargent Johnson called & report that IM was smashing face on window of cell door spreading blood all over the door, and requesting medical attention | P. Instructed to have IM brought to medical. P. Matoske [signature] |
| 8·12·02 2255 | S/O IM to Medical being cooperative. ® eye laceration now gapping. The whole lid has opened up. ® eye patch put in place, and Dr. Johnson called. A: ® eye laceration | P: V.O. per Dr. Johnson to send to MMCER for eval. Sargent Johnson and DCS Buchanon notified P Matoske [signature] |



# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

INMATE'S NAME: Allen, John    ID NUMBER: _____

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 2030 8·12·02 | O/O/A Sargent Clausen called & reported that IM's eye had moderate bleed and was placed in H-sp R/t being noncooperative | P: await IMS cooperation to v/ at eye. Pructoske |
| 8·12·02 2130 | S/O/A This nurse to HSP to c/o IM. IM's ⓁⒹ eye c̄ moderate bleed, and swelling from about a 1 inch laceration just below eyebrow. IM c/o "I think my jaw is fx", but reported he would not come to Medical for ex· until 3rd shift | P: will await IMS arrival to Medical after shift change. Pructoske |

# PEORIA COUNTY SHERIFF'S DEPARTMENT ~ JAIL
## MEDICAL PROGRESS NOTES

**INMATE'S NAME:** Allen, John    **ID NUMBER:** 60858

| DATE / TIME | SOA | PLAN |
|---|---|---|
| 8·12·02 1930 | S: Back up call to G·4. IM in altercation c̄ another IM. IM agressive and non cooperative stating he was not going to Medical unless he was garunteed sutures. O: Fighting pod at cell door and due to IM noncooperative behavior was only able to see quick glance of IM's ® eye. IM c̄ laceration just below ® eye brow, and not gapping. IM was cleaning it @ sink. A: Non compliant | P: Dr Johnson notified of IM's noncompliance c̄ Medical unless garunteed suture. I/O to yard monitor until compliant. —Matt RN |