E-FILED
Thursday, 15 December, 2005 10:42:22 AM
Clerk, U.S. District Court, ILCD

Page one (1) of 1 Pages

# JAIL INCIDENT REPORT

PEORIA COUNTY SHERIFF'S DEPT.

ORIG ☒ SUP ☐ EXT ☐ JAIL REPORT NO 02J1700

| POD | BLOCK | CELL | SHIFT | NAME PERSON DISCOVERED INCIDENT | TIME DATE DAY REPORTED | REL INC NO |
|---|---|---|---|---|---|---|
| H | 4 | 6 | 1st | P. Burns | 0745 HRS 8/12/02 Mon | |

| NO | SEC A | SEC B | SEC C | SEC D | SEC E | NAME AND ALIAS | ADDRESS NO CITY STREET STATE ZIP | ID NO | DOB AGE | BOOKING NO | REF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | O | S | M W | Pol | Burns, P. | 301 N Maxwell Rd | — | — | — | |
| 2 | V | O | S | F W | Med | Halsted, Liz | 301 N Maxwell Rd | — | — | — | |
| 3 | S | O | S | M B | Inm | Allen, John | 4106 Morton Peoria Il | 60888 | 4/3/62 | 60888 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEC. A: C—Complainant S—Suspect V—Victim W—Witness O—Other (Narr.)

SEC. B: K—Dead Before Report O—No Indication of Injury A—Bleeding, Carried from Scene B—Visible Injury C—No Visible Injury, Momentary Unconscious, Complaint of Pain

SEC. C: S—Sober D—Been Drinking I—Intoxicated/Under Influence O—Other (Describe In Narrative)

SEC. D: M—Male F—Female X—Unknown W—White N—Negro M—Mexican J—Japanese I—Indian P—Puerto Rican C—Chinese O—Other

SEC. E: POL—On Duty Police OD—Off Duty Police INM-Inmate

NARRATIVE:

On the above date and approximate time I, (Ofc Burns) was in the process of feeding H Pod. Medical Staff Liz Halstead told me she had Meds for, Inmate John Allen. I entered the block and walked to the cell where John Allen was locked back. Medical Staff followed me with the Medication. I opened the cell door and said, "Sir Medical has Meds for you." Inmate Allen then jumped, up from his bed and walked toward me aggressively pointing his finger yelling "You do not open my door to give me Medication." I told Allen, I could open the door anytime I see fit. Allen said he would write and keep me from working the Pod. He said he would keep away anyone who did not cooperate with him. When I took Allen his food tray, he said "I don't want anything you touch." "I'm going to make sure you don't touch anything of mine

REPORTING OFFICER (TYPE OR PRINT): P. Burns ID: 317

TIME/DATE REPORT COMPLETED: 0845 HRS 8 MO 13 DA 02 YR

SUPERVISOR APPROVING: [signature] ID: 314

EXTRA COPIES:

ATTACHMENT C

NARRATIVE CONT.:

John Allen was issued tickets for the incident during Med Pass.

Supervisors Comments:

SUPERVISOR APPROVING

I.D. NO

Page one (1) of 1 Pages

# JAIL INCIDENT REPORT

PEORIA COUNTY SHERIFF'S DEPT.

ORIG ☒ SUP ☐ EXT ☐ JAIL REPORT NO 02J 1713

| POD | BLOCK | CELL | SHIFT | NAME PERSON DISCOVERED INCIDENT | TIME DATE DAY REPORTED | REL INC NO |
|---|---|---|---|---|---|---|
| G | — | 5TC | 2ND | GUALANDI JEFFREY | 1500 HRS 6 11 02 TUE | |

| NO | SEC A | SEC B | SEC C | SEC D | SEC E | NAME AND/OR ALIAS | ADDRESS NO CITY STREET STATE ZIP | ID NO | DOB AGE | BOOKING NO | REF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | W C | S | M/W | POL | GUALANDI JEFFREY | 301 N. MAXWELL RD | | | | |
| 2 | W | C | S | F/W | POL | CLOSEN CINDY | 301 N. MAXWELL RD | | | | |
| 3 | S | C | S | M/C | INM | ALLEN JOHN | 406 MORTON PEORIA IL | 60888 | 4/3/67 | 070631468 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEC. A: C—Complainant S—Suspect V—Victim W—Witness O—Other (Narr.)

SEC. B: K—Dead Before Report O—No Indication of Injury A—Bleeding, Carried from Scene B—Visible Injury C—No Visible Injury, Momentary Unconscious, Complaint of Pain

SEC. C: S—Sober D—Been Drinking I—Intoxicated/Under Influence O—Other (Describe In Narrative)

SEC. D: M—Male F—Female X—Unknown W—White N—Negro M—Mexican J—Japanese I—Indian P—Puerto Rican C—Chinese O—Other

SEC. E: POL—On Duty Police OD—Off Duty Police INM-Inmate

NARRATIVE:

INMATE ALLEN'S CELL WAS CLEANED BY TENDER'S, INMATE ALLEN WILL RECEIVE TICKETS FOR NO WRIST BAND, OTHER ITEMS OF CONTRABAND AND OF QUESTION WERE GIVEN TO SARGENT CLOSEN. ALLENS CELL HAD PICTURES BEFORE CLEANING AND AFTER CLEANING. WHEN ALLEN RETURNED FROM TIME OUT HE WAS GIVEN HIS PERSONAL BELONGINGS

CONTRABAND - 10 tablets IBU 400; 2 tab unk; USM forms w/carbon paper; a page of a large desk calender (Feb 2002); numerous copies of jail incident rpts; numerous copies of Req form (not his); tickets (not his)

Note: inmt Allen was upset when he returned from his dr visit and found his cell had

| REPORTING OFFICER (TYPE OR PRINT) | ID# | SUPERVISOR APPROVING | ID# |
|---|---|---|---|
| GUALANDI | | Sgt C Closen | 333 |
| TIME/DATE REPORT COMPLETED: 2047 HRS MO 6 DA 13 YR 02 | | EXTRA COPIES | |

NARRATIVE CONT.:

been scrubbed down, his personal property gone thru. All personal property was secured in the E-W closet by ofcr Gurland while tenders were scrubbing G spc cell – walls, floor, lights & windows scrubbed. Maintenance notified that light bulb needed replaced (not out - but dim)

Supervisors Comments:

SUPERVISOR APPROVING

I.D. NO

Page one (1) of 2 Pages

# JAIL INCIDENT REPORT

PEORIA COUNTY SHERIFF'S DEPT.

ORIG ☒ SUP ☐ EXT ☐ JAIL REPORT NO. 0251704

| POD | BLOCK | CELL | SHIFT | NAME PERSON DISCOVERED INCIDENT | TIME. DATE. DAY REPORTED | REL INC NO |
|---|---|---|---|---|---|---|
| H | 4 | Dayroom | 2nd | Tanya Gibbs | 1910 HRS 8/12/02 MO DA YR Mon. DAY | |

| NO. | SEC A | SEC B | SEC C | SEC D | SEC E | NAME AND/OR ALIAS | ADDRESS, NO. CITY, STREET, STATE, ZIP | I.D. NO. | D.O.B./AGE | BOOKING NO. | REF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | W | O | S | F/W | POL | Gibbs Tanya | 301 N Maxwell RD | | | | |
| 2 | W | O | S | | POL | Garlandi Jeffrey | 301 N. Maxwell RD | | | | |
| 3 | W | O | S | F/W | POL | Closen Cindy | 301 N. Maxwell RD | | | | |
| 4 | W | O | S | M/W | POL | Durham Jeff | 301 N. Maxwell RD | | | | |
| 5 | W | O | S | | POL | Burnett Tommie | 301 N Maxwell RD | | | | |
| 6 | | O | S | F/W | POL | Cummins April | 301 N Maxwell RD | | | | |
| 7 | | O | S | | INM | Allen John | 406 Marion Peoria IL | 66[illegible] | 4/1/67 | 07 [illegible] | |
| 8 | S | O | S | M/B | INM | Purdle Timothy | 1000 S. Laramie Chicago IL | 97264 | 1/79 | 0707[illegible] | |

SEC. A: C—Complainant S—Suspect V—Victim W—Witness O—Other (Narr.)

SEC. B: K—Dead Before Report O—No Indication of Injury A—Bleeding, Carried from Scene B—Visible Injury C—No Visible Injury, Momentary Unconscious, Complaint of Pain

SEC. C: S—Sober D—Been Drinking I—Intoxicated/Under Influence O—Other (Describe In Narrative)

SEC. D: M—Male F—Female X—Unknown W—White N—Negro M—Mexican J—Japanese I—Indian P—Puerto Rican C—Chinese O—Other

SEC. E: POL—On Duty Police OD—Off Duty Police INM-Inmate

NARRATIVE:

On the above date and approximate time, Ofc. Gibbs, went into H-west-[illegible] and heard yelling. I realized the yelling was coming from H-4 and when I opened the door I seen John Allen and Timothy Purdle fist fighting. I called on my radio for Ofc. Garlandi to assist me. I immediately asked Allen to come to where I was at the door, he complied at first, then he ran across the day room to where Mark Hoover was sitting on the shower room wall. I called for back-up on my radio and Allen grabbed Hoover by his feet and dragged him off of the wall. Hoover asked Allen what his problem was with him and Allen replied "you didn't help me"? I grabbed Allen by the arm and directed

| REPORTING OFFICER (TYPE OR PRINT) | I.D.# | SUPERVISOR APPROVING | I.D.# |
|---|---|---|---|
| Tanya Gibbs | 322 | Sgt O'Cleven | 333 |
| TIME/DATE REPORT COMPLETED: 2135 HRS MO 8 DA 12 YR 02 | | EXTRA COPIES: SAO | |

Page of Pages

NARRATIVE CONT.:

away from the other inmates, back to the bottom of the stairs to lock him back in his cell, which is located upstairs. At that time Ofc. Gunlandis, Ofc. Burnett, Sgt. Closen, Ofc. Cummings, Ofc. Durham entered the pod and locked everybody back. Inmate Allen was moved to G-Spec. During the move in G-Spec. inmate Allen threw a bloody rag in Ofc. Durham's face. Inmate Allen was taken to the ground and cuffed and shackled. Allens property was placed in the closet in the east west per Sgt. Closen.

Supervisors Comments:

Additional INM Hoover, Mark M/W 250 S McArthur Banner
119270 10/19/60 070676526

SUPERVISOR APPROVING

I.D. NO.

Page one (1) of 6 Pages

# JAIL INCIDENT REPORT

PEORIA COUNTY SHERIFF'S DEPT

ORIG ☒ SUP ☐ EXT ☐ JAIL REPORT NO 02J 1710

| OFFENSE CLASSIFICATION (OFFICE USE ONLY) | POD | BLOCK | CELL | SHIFT | NAME PERSON DISCOVERED INCIDENT | TIME DATE DAY REPORTED | REL INC NO |
|---|---|---|---|---|---|---|---|
| | G | Spec | 1 | 3 | OFC Jones, J | 2300 HRS 8/12/02 Mon | |

| NO | SEC A | SEC B | SEC C | SEC D | SEC E | NAME AND/OR ALIAS | ADDRESS NO CITY STREET STATE ZIP | IO NO | DOB AGE | BOOKING NO | REF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | O | S | M/W | Pol | OFC Jones, J. | 301 Maxwell Rd Peo, Il | — | — | — | |
| 2 | W | O | S | M/W | Pol | OFC Mulay, J. | 301 Maxwell Rd Peo, Il | — | — | — | |
| 3 | S | O | S | M/B | Inm | Allen, John | 406 Morton Peo, Il | 60888 | 4-3-67 | 0706314068 | |
| 4 | W | O | S | M/W | Pol | Sgt Johnson, B. | 301 Maxwell Rd Peo, Il | — | — | — | |
| 5 | W | O | S | M/B | Pol | OFC Anderson, C. | 301 Maxwell Rd Peo, Il | — | — | — | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEC. A: C—Complainant S—Suspect V—Victim W—Witness O—Other (Narr.)

SEC. B: K—Dead Before Report O—No Indication of Injury A—Bleeding, Carried from Scene B—Visible Injury C—No Visible Injury, Momentary Unconscious, Complaint of Pain

SEC. C: S—Sober D—Been Drinking I—Intoxicated/Under Influence O—Other (Describe In Narrative)

SEC. D: M—Male F—Female X—Unknown | W—White N—Negro M—Mexican J—Japanese I—Indian P—Puerto Rican C—Chinese O—Other | SEC. E: POL—On Duty Police OD—Off Duty Police INM-Inmate

NARRATIVE:

On the above date and approx. time I, OFC Jones, was informed by Sgt Johnson to gear up in order to transport Inm Allen, John to Methodist Emergency Room. Inm Allen's left eye lid suffered a laceration which required stitches. Deputy Mulay, J. was sent to Intake to assist me with the transport and standby at the hospital in case Inm Allen decided to cause anymore problems. At 0019 hrs Inm Allen was taken by squad car #709 with cuffs behind his back and shackles on his ankles to Methodist. At 0041 hrs Inm Allen was received at Methodist E.R. and placed in a secure waiting room before moved to a room for treatment. Inm Allen was talking just fine without any complications until the nurse began asking questions.

| REPORTING OFFICER (TYPE OR PRINT) | ID# | SUPERVISOR APPROVING | ID# |
|---|---|---|---|
| OFC Jones, J | 397 | Sgt [signature] | 311 |

TIME/DATE REPORT COMPLETED: 0818 HRS 8 MO 13 DA 02 YR

EXTRA COPIES:

NARRATIVE CONT.:

then he began putting on a show as if his jaw was broken and could barely talk. Inm Allen told the nurse that he thought the left side of his jaw was broken, that his left shoulder was hurting, and that he could not open his left eye. Inm Allen was seen by Dr. Plaster and stated that Inm Allen needs Cat Scan and X-Rays done before stitching up the laceration. I told the doctor that Inm Allen was to get stitches only and if he had any problems with this to contact Patty the nurse on duty at the jail who talked to Dr. Johnson. After the nurse called the jail to confirm with Patty and talking with Dr. Johnson what treatment Inm Allen should receive. It was decided that Inm Allen was to get Cat Scans and X-Rays done. Inm Allen was cuffed to the bed rails and taken to the X-Ray room. Inm Allen was cuffed behind his back and escorted into the X-Ray room. While Inm Allen was being X-rayed he would flinch at the last minute making the pictures blurry so he had to be X-rayed again. Inm Allen was escorted back out to the gurny and taken to the Cat Scan Room. Inm Allen was escorted into the room, placed on the be[illegible], and I moved his cuffs to the front so he could lie flat on his back during the cat scans. While Inm Allen was having the cat scans done he began moving his mouth trying to interfere with the pictures taken. Inm Allen was escorted back out to the gurny and cuffed to the bed rails again and then taken back to the E.R. room. Inm Allen informed me that Inm Lamon, Andrew informed him that, he

Supervisors Comments:

SUPERVISOR APPROVING

I.D. NO.

6

Page one (3) of 6 Pages

# JAIL INCIDENT REPORT

PEORIA COUNTY SHERIFF'S DEPT

ORIG ☐ SUP ☐ EXT ☒ JAIL REPORT NO 02J1710

| OFFENSE CLASSIFICATION (OFFICE USE ONLY) | POD | BLOCK | CELL | SHIFT | NAME PERSON DISCOVERED INCIDENT | TIME DATE DAY REPORTED HRS MO DA YR DAY | REL INC NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| NO | SEC A | SEC B | SEC C | SEC D | SEC E | NAME AND/OR ALIAS | ADDRESS NO CITY STREET STATE ZIP | ID NO | DOB AGE | BOOKING NO | REF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | | | | | | | | | | |
| | | | | | | Continued | | | | | |

SEC. A: C—Complainant S—Suspect V—Victim W—Witness O—Other (Narr.)

SEC. B: K—Dead Before Report O—No Indication of Injury A—Bleeding, Carried from Scene B—Visible Injury C—No Visible Injury, Momentary Unconscious; Complaint of Pain

SEC. C: S—Sober D—Been Drinking I—Intoxicated/Under Influence O—Other (Describe In Narrative)

SEC. D: M—Male F—Female X—Unknown W—White N—Negro M—Mexican J—Japanese I—Indian P—Puerto Rican C—Chinese O—Other

SEC. E: POL—On Duty Police OD—Off Duty Police INM-Inmate

NARRATIVE:

overheard some inmates on the bus talking about putting a hit out on Inm Allen. Those inmates were in H4 and received money on their accounts to take out Inm Allen. Inm Allen stated that those people were Inm Purdle, Timothy; Inm Faulkner, Antoine; and Inm Brown, Quandrix and that he warned the second shift officers that there was gonna be a fight tonight. Inm Allen stated when he walked out of the shower during his timeout Inm Faulkner threw piss on him so he had to take another shower and after that the fight began with Inm Purdle, Tim. When the nurse came back into the room to prep for the doctor to put stitches in Inm Allen's eyelid. Inm Allen quit talking and went

REPORTING OFFICER (TYPE OR PRINT) ID# SUPERVISOR APPROVING ID#

TIME/DATE REPORT COMPLETED HRS MO / DA YR EXTRA COPIES

1:04-cv-01295-HAB-JAG # 57-4 Page 10 of 19

NARRATIVE CONT.:

back to the clenched jaw routine. The doctor came in and stated that Inm Allen's jaw was not broken just swollen and everything else looked ok. Dr Plaster then cleaned out the laceration, injected the cut with medication to numb the eyelid, and then began closing up the wound with stitches. Thirteen stitches were used to seal the wound. Dr. Plaster reexamined Inm Allen's eye and stated there is a possible chance the lense in the eye has dettached itself but did not know for sure because Inm Allen was flinching too much to get a good look at it. Dr. Plaster stated Inm Allen would need to see an ophthalmologist. Inm Allen then asked the doctor if he was going to recommend someone rather than let the jail doctor deal with it. Inm Allen was trying to convince the doctor but I told them that the nurse or doctor at the jail will make the decision. When the nurse brought in the discharge papers Inm Allen was asking for copies to keep for himself. Inm Allen got upset when I informed him that if he wanted copies to contact his attorney and have his attorney contact the medical

Supervisors Comments:

dept. to get copies. Inm Allen was recuffed behind his back and escorted out to the squad car to be transported back to the jail. When we arrived at the jail Inm Allen was escorted back into Intake and taken over to Holding "B" to use the restroom. I removed the cuffs so Inm Allen could go to the bathroom and after he was finished I put the cuffs back on him behind his back.

SUPERVISOR APPROVING | I.D. NO.

Page one 5 of 6 Pages

# JAIL INCIDENT REPORT

PEORIA COUNTY SHERIFF'S DEPT

ORIG ☐ SUP ☐ EXT ☐ JAIL REPORT NO

| OFFENSE CLASSIFICATION (OFFICE USE ONLY) | POD | BLOCK | CELL | SHIFT | NAME PERSON DISCOVERED INCIDENT | TIME DATE DAY REPORTED HRS MO DA YR DAY | REL INC NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| NO | SEC A | SEC B | SEC C | SEC D | SEC E | NAME AND/OR ALIAS | ADDRESS NO CITY STREET STATE ZIP | ID NO | DOB AGE | BOOKING NO | REF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | | | | | | | | | | |
| | | | | | | Cancelled | | | | | |

**SEC. A:** C—Complainant S—Suspect V—Victim W—Witness O—Other (Narr.)

**SEC. B:** K—Dead Before Report O—No Indication of Injury A—Bleeding, Carried from Scene B—Visible Injury C—No Visible Injury, Momentary Unconscious, Complaint of Pain

**SEC. C:** S—Sober D—Been Drinking I—Intoxicated/Under Influence O—Other (Describe In Narrative)

**SEC. D:** M—Male F—Female X—Unknown W—White N—Negro M—Mexican J—Japanese I—Indian P—Puerto Rican C—Chinese O—Other **SEC. E:** POL—On Duty Police OD—Off Duty Police INM-Inmate

NARRATIVE:

Inm Allen began running his mouth at Sgt Johnson, who made the decision to keep the cuffs and shackles on, and if the cuffs stayed on the rest of night he made threats to see Sgt Johnson and I in court. Sgt Johnson and I escorted Inm Allen back to G-Spec. #1. Inm Allen told Sgt Johnson he wanted to talk to DCS Buchanan and Sgt Johnson told Inm Allen to fill out an inmate request form. Inm Allen become very upset, pouting because he wasn't getting his way, and taunting the officers again. Inm Allen was put into G-Spec without any complications or confrontations. Report was written to document Inm Allen's actions during the trip to the hospital,

REPORTING OFFICER (TYPE OR PRINT) ID# SUPERVISOR APPROVING ID#

TIME/DATE REPORT COMPLETED HRS MO DA YR EXTRA COPIES

NARRATIVE CONT.:

while we were there and the way back to the jail where he was placed back in his cell.

Supervisors Comments:

SUPERVISOR APPROVING

I.D. NO.

1:04-cv-01295-HAB-JAG # 57-4 Page 13 of 19

Page one (1) of 1 Pages

# JAIL INCIDENT REPORT

/

PEORIA COUNTY SHERIFF'S DEPT.

ORIG ☐ SUP ☒ EXT ☐ JAIL REPORT NO. 025 - ~~1704~~ 1705 3N

| POD | BLOCK | CELL | SHIFT | NAME PERSON DISCOVERED INCIDENT | TIME, DATE, DAY REPORTED | REL INC NO |
|---|---|---|---|---|---|---|
| G | - | SPECIAL | 2 | HAUK, B | 2015 HRS 8/12/02 | |

| NO. | SEC A | SEC B | SEC C | SEC D | SEC E | NAME AND/OR ALIAS | ADDRESS, NO, CITY, STREET, STATE, ZIP | I.D. NO. | D.O.B./AGE | BOOKING NO. | REF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C/W | O | S | M/W | POL | HAUK, B | 301 MAXWELL RD | | | | |
| 2 | W | O | S | M/W | POL | SGT. CLOSEN | 301 MAXWELL RD. | | | | |
| 3 | W | O | S | M/W | POL | DURHAM, J | 301 MAXWELL RD | | | | |
| 4 | W | O | S | M/W | POL | COX, W | 301 MAXWELL RD. | | | | |
| 5 | W | O | S | M/W | POL | GULLANDI, [illegible] | 301 MAXWELL RD | | | | |
| 6 | S | O | S | M/B | INM | ALLEN, JOHN | 406 MORTON | 60888 | 4/3/67 | 2003 468 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEC. A: C—Complainant S—Suspect V—Victim W—Witness O—Other (Narr.)

SEC. B: K—Dead Before Report O—No Indication of Injury A—Bleeding, Carried from Scene B—Visible Injury C—No Visible Injury, Momentary Unconscious, Complaint of Pain

SEC. C: S—Sober D—Been Drinking I—Intoxicated/Under Influence O—Other (Describe In Narrative)

SEC. D: M—Male F—Female X—Unknown W—White N—Negro M—Mexican J—Japanese I—Indian P—Puerto Rican C—Chinese O—Other

SEC. E: POL—On Duty Police OD—Off Duty Police INM-Inmate

NARRATIVE:

ON THE ABOVE DATE AND TIME WHILE ASSIGNED TO 5D SGT CLOSEN CALLED ME BY NAME TO MEET HER IN THE HALLWAY BY G-H AND I WAS TOLD BY SGT. CLOSEN THAT INM. ALLEN WAS GOING TO BE MOVED TO G SPECIAL CELL. ALLEN WAS BEING MOVED BECAUSE OF A FIGHT HE WAS INVOLVED WITH IN H-4 (CL [illegible] # 1204) . ALONG WITH OFFICERS, DURHAM COX, GULLANDI, AND SGT CLOSEN WENT TO H-4 GOT ALLEN. OFC GULLANDI OPENED THE CELL DOOR OFC DURHAM TOLD ALLEN TO COME OUT OF THE CELL ALLEN SAID "I NEVER SAID I WASN'T COMING OUT" ALLEN CAME OUT OF THE CELL AND WAS ESCORTED OUT OF THE BLOCK OUT IN THE VEST OFC. DURHAM [illegible] ALLEN TO PULL UP HIS JUMP SUIT ALLEN CONTINUED TO WALK TO THE HALLWAY. OFC DURHAM [illegible] ALLEN AGAIN TO PULL UP HIS SUIT ALLEN [illegible] STOP AND STARTED TO PUT UP HIS

| REPORTING OFFICER (TYPE OR PRINT) | I.D.# | SUPERVISOR APPROVING | I.D.# |
|---|---|---|---|
| HAUK B B Hauk | 388 | [signature] | 333 |
| TIME/DATE REPORT COMPLETED: 2130 HRS 8 MO. 12 DA 02 YR | | EXTRA COPIES: SAO | |

NARRATIVE CONT.:

SUIT. ALLEN LOOKED AT OFC GULLAUDE AND SAID "I TOLD YOU ALL THIS WAS UNNESSARY." OFC GULLAUDE SAID "YES IT WAS" ALLEN THEN SAID "I TOLD YOU YOU WOULDN'T NEED THE CUFFS" BY THEN ALLEN HAD HIS SUIT UP AND WE ALL STARTED TO MOVE INTO THE HALL. I DO NOT KNOW WHAT ALLEN MENT WITH WHAT HE SAID TO OFC GULLAUDE, BUT WHEN WE GOT TO THE CELL-G SPECIAL, ALLEN REFUSED TO WALK IN TO THE CELL HE SAID "NO! I WANT TO GO UP FRONT" OFC DURHAM TOLD ALLEN HE WASN'T BEING MOVED TO THE FRONT AND ORDERED ALLEN INTO THE CELL. ALLEN REFUSED AND STOOD WHERE HE WAS. OFC DURHAM THEN GRABBED ALLEN BY HIS UNIFORM AND PUT ALLEN IN THE CELL. OFC DURHAM THEN STARTED TO CLOSE THE DOOR. ALLEN TURNED AROUND AND STARTED BACK OUT OF THE CELL. AS ALLEN CAME BACK OUT HE THREW SOME KIND OF RED CLOTH INTO THE FACE OF OFC DURHAM. OFC DURHAM THEN PUSHED ALLEN BACK INTO THE CELL. AS THE REST OF THE OFFICERS CAME INTO THE CELL OFC DURHAM AND GULLAUDE TRIED TO RESTRAIN ALLEN BUT ALLEN REFUSED TO ~~[illegible]~~ COOPERATE. ALLEN WAS TAKEN TO THE FLOOR OFC COX AND GULLAUDE PLACED SCHACKLES ON ALLEN'S

Supervisors Comments:

LEGS. I ~~ASS~~ ASSISTED SGT. CLOSEN PUT THE HANDCUFFS ON. ALLEN WOULD NOT ALLOW US TO HANDCUFF HIM. I FORCED HIS RIGHT HAND BEHIND HIS BACK AS SGT CLOSEN PUT ON A CUFF. OFC DURHAM FORCED ALLENS' LEFT HAND BEHIND HIS BACK AND SGT CLOSEN PUT ON THE OTHER CUFF. WITH ALLEN CUFFED AND SCHACKELED, ALL OFFICERS LEFT THE CELL WITH NO FURTHER INCIDENT.

SUPERVISOR APPROVING

I.D. NO.

1:04-cv-01295-HAB-JAG # 57-4 Page 15 of 19

Page one (1) of Pages

# JAIL INCIDENT REPORT

PEORIA COUNTY SHERIFF'S DEPT

ORIG ☑ SUP ☐ EXT ☐ — JAIL REPORT NO: 02J1705 — REL INC NO:

| POD | BLOCK | CELL | SHIFT | NAME PERSON DISCOVERED INCIDENT | TIME DATE DAY REPORTED |
|---|---|---|---|---|---|
| G | Spec | | 2nd | Dfc. Durham | 2010 HRS 8/12/02 Mon |

| NO | SEC A | SEC B | SEC C | SEC D | SEC E | NAME AND/OR ALIAS | ADDRESS, NO., CITY, STREET, STATE, ZIP | I.D. NO. | D O B /AGE | BOOKING NO | REF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C | O | S | M/W | Pol | Durham, J. | on file 301 N Maxwell | | | | |
| 2 | W | O | S | F/W | Pol | Closen, C. | on file 301 N Maxwell | | | | |
| 3 | W | O | S | M/W | Pol | Cox, D. | on file 301 N Maxwell | | | | |
| 4 | W | O | S | M/W | Pol | Gualandi, J. | on file 301 N Maxwell | | | | |
| 5 | W | O | S | M/W | Pol | Hauk, | on file 301 N Maxwell | | | | |
| 6 | S | O | S | M/B | INM | Allen, John | 406 Morton Peoria IL | 60888 | 4/3/67 | 070631468 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEC. A: C—Complainant S—Suspect V—Victim W—Witness O—Other (Narr.)

SEC. B: K—Dead Before Report O—No Indication of Injury A—Bleeding, Carried from Scene B—Visible Injury C—No Visible Injury, Momentary Unconscious, Complaint of Pain

SEC. C: S—Sober D—Been Drinking I—Intoxicated/Under Influence O—Other (Describe In Narrative)

SEC. D: M—Male F—Female X—Unknown; W—White N—Negro M—Mexican J—Japanese I—Indian P—Puerto Rican C—Chinese O—Other

SEC. E: POL—On Duty Police OD—Off Duty Police INM-Inmate

NARRATIVE:

On the above day and appr. time, Sgt Closen called me at Central as I was giving them a break and asked me how long I was going to be there because she needed help moving J. Allen from H4 to G Spc. I met with Sgt. Closen and other Officers in the E-W and we went into H4 to get Allen, As we escorted Allen out of H4 he was cooperating with us but he was yelling and argueing with the other inmates When we got him in the E-W and had G-Spc Door already open, I told him to get in, and then Allen refused by saying "I'm not going in there, I want to go to Intake". So I grabbed him by the arm and escorted him into the cell and as his door was being closed he threw a wet towel at me and hit me in

REPORTING OFFICER (TYPE OR PRINT): J. Durham — I.D.# 394

SUPERVISOR APPROVING: Sgt C Closen — ID# 333

TIME/DATE REPORT COMPLETED: 2111 HRS 8 MO 12 DA 02 YR

EXTRA COPIES: SAO

331/SW/5-97

NARRATIVE CONT.:

the side of the face, as I went in the cell to restrain Allen, he told me to go ahead and hurt him, I grabbed him by the arm and put him on the floor and we cuffed and shackled him. Allen told me over and over to go ahead and hurt him but we left him on the floor with no injuries from the incident.

Supervisors Comments:

SUPERVISOR APPROVING

I.D. NO.

Page one (1) of Pages

# JAIL INCIDENT REPORT

PEORIA COUNTY SHERIFF'S DEPT.

ORIG [X] SUP [ ] EXT [ ] REPORT NO 02-J1707

| POD | BLOCK | CELL | SHIFT | NAME PERSON DISCOVERED INCIDENT | TIME DATE DAY REPORTED | REL INC NO |
|---|---|---|---|---|---|---|
| G | SPEC | 1 | 3rd | C. Anderson | 2310 HRS 08 12 02 Mon. | |

| NO | SEC A | SEC B | SEC C | SEC D | SEC E | NAME AND/OR ALIAS | ADDRESS NO CITY STREET STATE ZIP | ID NO | DOB/AGE | BOOKING NO | REF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C W | O | S | M B | Pol | Anderson, Courtney | 301 N. Maxwell Rd. | — | — | — | |
| 2 | W | O | S | M W | Pol | Jones, Jack | 301 N. Maxwell Rd. | — | — | — | |
| 3 | W | O | S | M W | Pol | Johnson, Brian (Sgt) | 301 N. Maxwell Rd. | — | — | — | |
| 4 | S | B | S | M B | Inm | Allen, John | 406 Morton Peoria, IL 61603 | 60888 | 04-03-67 | 070631468 | |
| 5 | W | O | S | F W | Nurse | Mattus, Patty (Nurse) | 301 N. Maxwell Rd | — | — | — | |
| 6 | W | O | S | M W | Pol | McCoy, Tyler | 301 N. Maxwell Rd | — | — | — | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SEC. A: C—Complainant S—Suspect V—Victim W—Witness O—Other (Narr.)

SEC. B: K—Dead Before Report O—No Indication of Injury A—Bleeding, Carried from Scene B—Visible Injury C—No Visible Injury, Momentary Unconscious, Complaint of Pain

SEC. C: S—Sober D—Been Drinking I—Intoxicated/Under Influence O—Other (Describe In Narrative)

SEC. D: M—Male F—Female X—Unknown W—White N—Negro M—Mexican J—Japanese I—Indian P—Puerto Rican C—Chinese O—Other

SEC. E: POL—On Duty Police OD—Off Duty Police INM-Inmate

NARRATIVE:

On the above date and approximate time ~~inmate~~ Allen was escorted in cuffs and shackles to medical to have his left eye looked at by the nurse (Patty). ~~White~~ CA Prior to taking inmate Allen down to medical, inmate Allen was seen by ofc. Anderson rubbing his face against the window in his cell. While in medical, Nurse Patty looked over the wound to inmate Allen's left eye and came to the conclusion that inmate Allen needed to be taken to Methodist Hospital. Inmate Allen was escorted [to] intake by ofc's listed above *Previously on 2nd shift, inmate Allen refused medical treatment.

Upon arriving in intake, inmate began taunting officers -- Sgt Johnson and ofc McCoy. Inmate Allen blew kisses to ofc. McCoy and said "see you in court". Inmate also stated to Sgt. Johnson that "he was done wrong by second shift and wanted to wait until 3rd shift. Inmate Allen also stated that he (Sgt. Johnson) used to be a nice officer, but changed when he (Sgt. Johnson) became Sergent. While in intake

REPORTING OFFICER (TYPE OR PRINT): C Anderson ID: 361

SUPERVISOR APPROVING: [signature] ID: 334

TIME/DATE REPORT COMPLETED: 0003 08 13 02

EXTRA COPIES

331/40M/3-00

NARRATIVE CONT.:

~~Inmate~~ CA ~~Allen~~ CA

Inmate Allen continued to taunt officers by stating he was not going to go to see the nurse because he felt they would not do their job correctly on 2nd shift. Inmate Allen continued to ~~talk~~ taunt CA to ofc. McCoy by saying you know you were wrong but I will see you in court. Inmate Allen continued to ~~talk~~ taunt CA to Sgt. Johnson complaining of the job being done by fellow officers and making comments to ask if the Sgt. (Johnson) was upset with. Inmate Allen also stated "he felt he was being lied on." Inmate Allen continued to talk after being instructed to keep quiet by the officers. Inmate Allen refused to comply with directions given by the officers and was placed in Holding B to await transport to hospital. Inmate Allen was later taken to the hospital.

NOTE: INM ALLEN DARED ME (SGT. JOHNSON) SEVERAL TIMES TO "HIT HIM AND TO "BEAT MY ASS THEN. JOHNSON."

Supervisors Comments:

SUPERVISOR APPROVING [signature]

I.D. NO 334

Page one (1) of 1 Pages

# JAIL INCIDENT REPORT

PEORIA COUNTY SHERIFF'S DEPT.

ORIG ☐ SUP ☒ EXT ☐ JAIL REPORT NO 02J1704

| OFFENSE CLASSIFICATION (OFFICE USE ONLY) | POD | BLOCK | CELL | SHIFT | NAME PERSON DISCOVERED INCIDENT | TIME, DATE, DAY REPORTED | REL INC NO |
|---|---|---|---|---|---|---|---|
| informational | H | 4 | Day Room | 2 | Closen | 0045 HRS 8/13/02 Tue | |

| NO | SEC A | SEC B | SEC C | SEC D | SEC E | NAME AND/OR ALIAS | ADDRESS NO. CITY, STREET, STATE, ZIP | ID NO | DOB/AGE | BOOKING NO | REF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C W | O | S | | Sgt | Closen, C | 301 N Maxwell Rd | | on file | | |
| | W | O | S | M W | offer | Cox D | 301 N Maxwell Rd | | on file | | |
| | W | O | S | F W | Med | Mattus, P | 301 N Maxwell Rd | | on file | | |
| | S | O | S | M B | INM | Purdle Timothy | 1820 S Laramie Peo | 97864 | 5/22/79 | 0707066646 | |
| | S | O | S | M B | INM | Allen John | 406 Morton Peo | 60888 | 4/3/67 | 0707631468 | |
| | W | O | S | M W | offer | Schrader, S | 301 N Maxwell Rd | | on file | | |
| | W | O | S | F W | offer | Gibbs, Tanya | 301 N Maxwell Rd | | on file | | |

SEC. A: C—Complainant S—Suspect V—Victim W—Witness O—Other (Narr.)

SEC. B: K—Dead Before Report O—No Indication of Injury A—Bleeding, Carried from Scene B—Visible Injury C—No Visible Injury, Momentary Unconscious, Complaint of Pain

SEC. C: S—Sober D—Been Drinking I—Intoxicated/Under Influence O—Other (Describe In Narrative)

SEC. D: M—Male F—Female X—Unknown W—White N—Negro M—Mexican J—Japanese I—Indian P—Puerto Rican C—Chinese O—Other

SEC. E: POL—On Duty Police OD—Off Duty Police INM—Inmate

NARRATIVE:

At approx 1940 hrs a back upcall was recv'd from H4 regarding a fight between John Allen + Tim Purdle. After the two inmates were locked back, inm Purdle requested to be seen by medical. Nurse Mattus was in the E-W doing med pass, so she had come to H pod incase medical was needed. Nurse Mattus went into inm Purdles cell with the above named offic. The left hand of inm Purdle was noticeably swollen; he complained of being stabbed in the chest by inm Allen. A 1-1½ inch cut was observe on the right side of his collar bone. He was given an ice pack by medical and told by medical to clean the cut w/soap and water and was given tylenol. He is ~~was~~ also scheduled for an Xray of his hand Tuesday AM

REPORTING OFFICER (TYPE OR PRINT): Sgt C Closen ID# 333

SUPERVISOR APPROVING: Eric Buchanan ID# 304

TIME/DATE REPORT COMPLETED: 0101 HRS 8 MO 13 DA 02 YR

EXTRA COPIES: SAO