E-FILED
Thursday, 15 December, 2005 12:41:08 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### Central District of Illinois
#### Peoria Division

December 15, 2005

John E. Allen
718 Mary St
Peoria, IL. 61603

RE: Allen vs McCoy,etal
CASE NO. 04-1295

Dear Mr Allen:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. <u>See</u> Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. <u>See</u>, <u>generally,</u> <u>Lewis v. Faulkner</u>, 689 F. 2d 100 (7th Cir. 1982); <u>Timms v. Frank</u>, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. <u>See</u> L.R. CDIL 7.1(B).

                                         s/ H. Kallister
                                         JOHN M. WATERS, CLERK
                                         U.S. DISTRICT COURT

cc: all counsel