## US DISTRICT COURT CENTRAL ILLINIOS
## PEORIA COUNTY

John Allen, Sr.   Plaintiff

VS

Mike McCoy, ET, AL

Case No: 04-CV-1295

FILED
FEB 0 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### MOTION TO DISMISS

Now comes the plaintiff John E Allen, Sr. in the above case requesting this court dismiss the 04-CV-1295 case against the above defendants. The plaintiff no longer wishes to persue this case.

Therefore the plaintiff wishes this court to order this case be closed and dismissed.

Respectfully submitted,   */s/ John E. Allen Sr.*

John E Allen, Sr
3510 70th St #101
Moline, IL 61265