UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOHN E. ALLEN,
   Plaintiff,

vs.                                                                 No. 04-1295

MIKE MCCOY,
   Defendants.

## ORDER

This cause is before the court on plaintiff's motion to voluntarily dismiss his lawsuit. [d/e 60]. The plaintiff states he no longer wishes to pursue this litigation. The court notes the defendants have also filed a motion to dismiss for lack of prosecution stating that the plaintiff has not participated in the discovery process.

**IT IS THEREFORE ORDERED that:**

**1) The plaintiff's motion to voluntarily dismiss this case is granted. [d/e 60] The case is dismissed without prejudice.**

**2) The pending motions to dismiss and for summary judgement are denied as moot. [55, 57].**

**3) The plaintiff still must pay the $250 filing fee in full. Release from incarceration does not relieve the plaintiff of his obligation to pay the filing fee. The plaintiff must notify the clerk of the court of any change of address and phone number within seven days of such change.**

Entered this 13th day of February, 2006.

s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE